**MICHAEL N. FEUER,** City Attorney (SBN 111529x)
**JAMES P. CLARK,** Supervising/Managing Attorney (64780)
**CORY M. BRENTE,** Supervising Assistant City Attorney (SBN 115453)
**ELIZABETH FITZGERALD,** Deputy City Attorney (SBN 158917)
**REBEKAH W. YOUNG,** Deputy City Attorney (SBN 214859)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7560   Fax: (213) 978-8785
Email: elizabeth.fitzgerald@lacity.org
Email: Rebekah.young@lacity.org

*Attorneys for Defendants* **CITY OF LOS ANGELES, CHARLIE BECK, OSCAR GAMINO and CARLA ZUNIGA**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAAN KARIM PREMJEE,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, CHIEF CHARLIE BECK, DETECTIVE OSCAR GAMINO, DETECTIVE CARLA ZUNIGA, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | **Case No. CV18-04998 AB (ROA)**<br>*Hon Judge: Andre Birotte, Jr.; Crtm 7B*<br>*Hon Magistrate Judge: Rozella A. Oliver*<br><br>**DECLARATION OF ELIZABETH T. FITZGERALD**<br><br>[Filed concurrently with Notice of Motion and Motion for Summary Judgment; Declaration of Oscar Gamino; Exhibits; Statement of Undisputed Fact and Law and Proposed Order]<br><br>Hearing Date: September 13, 2019<br>Time: 10:00 a.m.<br>Courtroom: 7B, 350 W. 1st Street |

I ELIZABETH T. FITZGERALD Declare:

1. I am an attorney at law licensed in the State of California and am a Deputy City Attorney with the Los Angeles City Attorney's Office. I am lead trial counsel in the above captioned matter. I make this declaration in support of Defendants' Motion for Summary

1

Judgment. I have personal knowledge of the facts contained in this declaration and if called upon to testify to the truth of the matters stated in this declaration, I would and could competently do so.

2. Attached hereto as Exhibit "A" is a true and correct copy of relevant portions of the Preliminary Hearing in the case of People v. Armaan Premee, Volumes 1 and 2 from July 24, 2017 and July 25-26, respectively

3. Attached hereto as Exhibit "B" are true and correct copies of reports prepared April 1, 2017, April 12, 2017, May 16, 2017, May 31, 1017, July 19, 2017, and October 16, 2017, and authenticated by Detective Oscar Gamino during his deposition.

4. Attached hereto as Exhibit "C" is a true and correct copy of relevant portions of the deposition of Detective Oscar Gamino taken on April 17, 2019.

5. Attached hereto as Exhibit "D" is a true and correct copy of relevant portions of the deposition of Detective Carla Zuniga taken on April 17, 2019.

6. Attached hereto as Exhibit "E" is a true and correct copy of relevant portions of the deposition of Deputy District Attorney Lana Kim, including an excerpt from the internal affairs interview of Lana Kim, referenced and authenticated during her deposition taken on July 26, 2019.

7. Attached hereto as Exhibit "F" is a true and correct copy of relevant portions of the deposition of Plaintiff Armaan Premjee.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 2nd day of August 2019 at Los Angeles, California.

/S/ *Elizabeth Fitzgerald*
Declarant, Elizabeth T. Fitzgerald