# EXHIBIT A

(Preliminary Hearing Transcript Excerpts)

COPY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

DEPARTMENT 110                    HON. MICHAEL E. PASTOR, JUDGE

THE PEOPLE OF THE STATE OF          )
CALIFORNIA,                         )
                                    )
                    PLAINTIFF,      )
                                    )
            VS.                     )   NO. BA456846-01
                                    )
ARMANN KARIM PREMJEE,               )
                                    )
                    DEFENDANT.      )   VOLUME 1 OF 2
                                    )
_____)


REPORTER'S TRANSCRIPT OF PRELIMINARY HEARING

JULY 24, 2017


APPEARANCES:

FOR THE PEOPLE:        JACKIE LACEY, DISTRICT ATTORNEY
                       BY:   LANA KIM, DEPUTY
                       211 WEST TEMPLE STREET, SUITE 200
                       LOS ANGELES, CA 90012

FOR THE DEFENDANT:     HARLAND BRAUN, ESQ.
                       BRAUN & BRAUN, LLP
                       10250 CONSTELLATION BLVD.
                       SUITE 1020
                       LOS ANGELES, CA 90067




REPORTED BY:           MAVIS THEODOROU, CSR #2812
                       OFFICIAL REPORTER

1  YOU OBSERVE THE DEFENDANT?

2       A    YES.

3       Q    DID HE APPEAR INTOXICATED TO YOU?

4       A    NO.

5       Q    IS HE A FRATERNITY BROTHER OF YOURS?

6       A    HE WAS.

7       Q    AT THIS TIME WAS HE A FRATERNITY BROTHER OF

8  YOURS?

9       A    YES.

10      Q    DO YOU KNOW IF HE LIVED AT THAT FRATERNITY

11 HOME?

12      A    HE DID.

13      Q    WERE YOU LIVING AT THE FRATERNITY HOME AT

14 THAT TIME?

15      A    NO.

16      Q    SO WHEN YOU WERE AT THE FRATERNITY HOUSE, YOU

17 SAW THE DEFENDANT AND THE VICTIM -- EXCUSE ME -- THIS

18 WOMAN.  YOU INDICATED THAT SHE APPEARED INTOXICATED?

19      A    YES.

20      Q    CAN YOU TELL US MORE ABOUT THAT?

21      A    I WAS ON THE BALCONY WITH ERIC OH, AND I HAD

22 JUST POURED MYSELF A DRINK A FEW MINUTES EARLIER.  I

23 HADN'T EVEN BEEN THERE VERY LONG, ABOUT 20 MINUTES.  I

24 SAW AN UBER PULL UP IN FRONT OF THE HOUSE.  I WITNESSED

25 THAT YOUNG WOMAN STUMBLE OUT OF THE VEHICLE.  SHE ALMOST

26 FELL IN THE STREET, AND ONE OF HER SHOES FELL OFF.

27           IMMEDIATELY AFTER THAT, I SAW MR. PREMJEE GET

28 OUT OF THE VEHICLE.  HE PICKED HER UP TO CARRY HER INTO

1   THE HOUSE.  BOTH ERIC AND I LEANED DOWN, BECAUSE WE WERE

2   CONCERNED, OVER THE BALCONY AND ASKED IF SHE WAS OKAY.

3   MR. PREMJEE INDICATED THAT HE WAS FINE.  AND BOTH ERIC

4   AND I LOOKED AT EACH OTHER AND SAID, "NO.  IS SHE OKAY,"

5   AT WHICH POINT MR. PREMJEE GAVE A LITTLE SMILE AND WINK

6   NOD AND SAID, "YEAH, SHE'S FINE."

7        Q     DID YOU EVER SEE THEM, THE WOMAN AND THE

8   DEFENDANT, INSIDE THE FRATERNITY HOME?

9        A     YES.

10       Q     WHAT HAPPENED WHEN YOU SAW THEM INSIDE THE

11  HOME?

12       A     WHEN I SAW THEM INSIDE THE HOME, THAT WAS

13  AFTER I HAD GRABBED FRANK AND EDDIE FROM ONE OF THE ROOMS

14  AT THE FRONT OF THE HOUSE BECAUSE I DIDN'T KNOW WHERE

15  ARMANN LIVED.  I WASN'T THERE VERY OFTEN.  IT WAS MY

16  SENIOR YEAR, WORKING ON PREPPING FOR LAW SCHOOL AND

17  APPLICATIONS AT THAT TIME.

18            SO I WENT TO GRAB -- I RAN DOWNSTAIRS,

19  GRABBED THE SHOE THAT WAS IN THE STREET TO BRING IT

20  UPSTAIRS SO I AT LEAST HAD SOMETHING WITH ME TO INDICATE

21  THAT SOMETHING WAS WRONG.  I GRABBED FRANK FROM THAT ROOM

22  BECAUSE HE WAS THE ONLY BROTHER IN THAT ROOM WHO I SAW

23  WITHOUT A DRINK IN HIS HAND.  ASKED HIM WHERE THE ROOM

24  WAS, TOLD HIM WHAT I HAD SEEN.

25            WE IMMEDIATELY HEADED BACK.  WE FOUND THE

26  GIRL IN THE HALLWAY.  SHE WAS STUMBLING AROUND WALLS.

27  SHE WAS TRYING TO GET INTO A LOCKED CLOSET.  SHE KEPT

28  ASKING US TO OPEN THAT DOOR BECAUSE SHE WAS UNDER THE

1    IMPRESSION THAT IT WAS A BATHROOM.  WE TOLD HER SEVERAL

2    TIMES THAT IT WAS A CLOSET.  WE TRIED TO ASK HER NAME,

3    WHERE ARMANN WAS.  SHE WAS LARGELY INCOHERENT AND

4    SPEAKING VERY LOUDLY.

5              AFTER A COUPLE MINUTES, ARMANN CAME OUT OF

6    THE BATHROOM.  HE WALKED HER BACK TO HIS ROOM, AND WE

7    TALKED WITH BOTH OF THEM.  WE TOLD ARMANN THAT SHE SHOULD

8    NOT BE ABLE TO SPEND THE NIGHT.  SHE WAS SPEAKING LOUDLY.

9    HE ARGUED FOR A LITTLE BIT, BUT HE ACQUIESCED AND AGREED

10   THAT IT WOULD BE BEST FOR HER TO HEAD BACK.

11             SHE HAD TOLD US SHE LIVED ON CAMPUS.  I DON'T

12   RECALL IF SHE SAID WHERE SHE LIVED.  ALL I HEARD WAS SHE

13   LIVED ON CAMPUS AND SHE HAD ROOMMATES.  SO I FIGURED IT

14   WOULD BE BEST TO TAKE HER BACK SINCE WE HAVE D.P.S. AND

15   THEY HAVE SECURITY MEASURES IN PLACE.

16       Q    IF I COULD STOP YOU RIGHT THERE.  YOU JUST

17   SAID D.P.S.  WHAT DOES D.P.S. STAND FOR?

18       A    DEPARTMENT OF PUBLIC SAFETY.

19       Q    IS THAT BASICALLY THE USC POLICE?

20       A    YELLOW JACKET OFFICERS SEPARATE FROM THE USC

21   POLICE.

22       Q    DID THE DEFENDANT SAY ANYTHING TO YOU

23   REGARDING HOW THIS FEMALE WAS IN TERMS OF IF SHE WAS OKAY

24   OR NOT?

25       A    AT THAT POINT IN TIME, HE DID NOT SAY

26   ANYTHING DIRECTLY.  HE INDICATED IT WILL BE BEST FOR HER

27   TO GO BACK.  WE INSTRUCTED HIM HE NEEDED TO CALL A UBER.

28   HE WENT ON HIS PHONE, AND WE WERE UNDER THE IMPRESSION HE

1  HAD.  AT THAT POINT THEY WALKED OUT OF THE ROOM.

2       JOSH LINARES, WHO LIVES TO LEFT OF ARMANN'S

3  ROOM AT THAT POINT, WALKED OUT BECAUSE HE HAD HEARD US

4  TALKING.  HE ASKED US WHAT WAS GOING ON.  FRANK AND I

5  WALKED INTO HIS ROOM, CLOSED THE DOOR AND TOLD HIM.

6       AFTER A LITTLE BIT, WE HEARD SOMEONE COMING

7  BACK DOWN THE HALLWAY.  BOTH FRANK AND I SAW IT WAS

8  ARMANN AND THE YOUNG WOMAN, AND WE TOLD HIM THAT --

9       Q     IF I COULD STOP YOU.  YOU INDICATED THAT THE

10 DEFENDANT HAD GONE ON HIS PHONE.  HAD HE LEFT WITH THE

11 FEMALE?  DID IT APPEAR THAT HE WAS LEAVING THE FRATERNITY

12 HOUSE WHEN YOU WALKED INTO JOSH LINARES'S ROOM?

13      A     YES.

14      Q     WHEN YOU WERE IN HIS ROOM, I THINK THE LAST

15 THING YOU SAID WAS YOU HEARD SOMEONE COMING BACK?

16      A     YES.

17      Q     DID YOU OPEN JOSH'S ROOM?

18      A     YES.

19      Q     WHEN YOU OPENED THAT BEDROOM DOOR, DID YOU

20 SEE ANYBODY?

21      A     YES.

22      Q     WHO DID YOU SEE?

23      A     ARMANN AND THE YOUNG WOMAN.

24      Q     WHAT HAPPENED NEXT?

25      A     WHAT HAPPENED NEXT WAS FRANK AND I TOLD

26 ARMANN THAT SHE WOULD NOT BE ABLE TO STAY THE NIGHT ONCE

27 AGAIN.  AT THAT POINT ARMANN SAID TO BOTH FRANK AND I,

28 "SHE IS BLACKED.  SHE IS GOING TO SLEEP IT OFF HERE."

1    FRANK AND I BOTH REACTED AT THAT POINT AND FOLLOWED THEM

2    BACK TO THE ROOM.

3              SOMEONE TRIED TO CLOSE THE DOOR.  I'M NOT

4    AWARE OF WHO THAT WAS.  I DON'T KNOW IF IT WAS ARMANN OR

5    THE YOUNG WOMAN, BUT I HELD THE DOOR OPEN.  FRANK AND I

6    AGAIN BOTH INSTRUCTED THEM THAT SHE WOULD NOT BE ABLE TO

7    STAY.

8         Q    MAY I ASK YOU.  WHY WAS IT IMPORTANT FOR HER

9    NOT TO STAY AT THE FRATERNITY HOUSE?

10        A    BECAUSE SHE WAS VERY CLEARLY INTOXICATED, AND

11   FOR HER OWN SAFETY WE WANTED TO MAKE SURE SHE GOT BACK TO

12   CAMPUS WHERE THEY HAVE SECURITY MEASURES IN PLACE.  ALSO

13   FOR THE WELL-BEING OF THE HOUSE.  AS MR. BRAUN STATED

14   EARLIER, THE HOUSE WAS ON PROBATION AND WE WANTED TO MAKE

15   SURE IF ANYTHING DID OCCUR, THAT IT DID NOT TAKE PLACE AT

16   THE HOUSE.  WE WANTED TO MAKE SURE THAT SECURITY WAS

17   THERE IN CASE SOMETHING DID.

18        Q    I BELIEVE THE LAST THING YOU SAID BEFORE THAT

19   WAS THAT SOMEONE TRIED TO CLOSE THE DOOR?

20        A    YES.

21        Q    YOU TRIED TO KEEP IT OPEN.  WHAT HAPPENED

22   AFTER THAT?

23        A    AFTER THAT, BOTH FRANK AND I STOOD IN THE

24   DOORWAY.  WE TOLD ARMANN THAT SHE WOULD DEFINITELY NOT BE

25   ABLE TO STAY THE NIGHT.  THAT SHE NEEDED TO GET HOME.

26   THAT HE NEEDED TO CALL AN UBER.

27              AT THIS POINT WE WATCHED AND MADE SURE HE

28   CALLED AN UBER ON HIS PHONE.  THAT WAS AFTER THEY HAD

1  ARGUED A LITTLE BIT THAT SHE SHOULD BE ABLE TO STAY.  AND

2  AT THAT POINT ONCE HE CALLED THE UBER, FRANK AND I

3  WATCHED THEM WALK OUT OF THE HOUSE AT THIS TIME, WENT

4  BACK UP TO THE BALCONY.  WE SAW ARMANN PLACE HER IN THE

5  BACK SEAT OF AN UBER AND HE GOT IN THE FRONT, AND THEY

6  LEFT.

7       Q    IF I COULD ASK YOU, HOW DID SHE APPEAR WHEN

8  SHE GOT INTO THE UBER AT THAT TIME?

9       A    ARMANN HAD TO HELP PLACE HER IN THE UBER.

10      Q    CAN YOU DESCRIBE THAT?

11      A    SO HE HAD TO OPEN THE DOOR AND HELP HER GET

12 INTO HER SEAT.

13      Q    AT THIS TIME DID SHE HAVE HER SHOE, THE OTHER

14 SHOE?

15      A    AT THIS POINT I'M NOT AWARE IF SHE HAD THE

16 SHOE.  I KNOW THAT FRANK HAD BROUGHT IT BACK.  AT THAT

17 POINT I HAD GIVEN THE SHOE TO FRANK.

18      Q    WHAT HAPPENED AFTER THE DEFENDANT HELPED THE

19 FEMALE INTO THE BACK SEAT OF THE UBER CAR?

20      A    HE HELPING HER INTO THE BACK SEAT OF THE

21 UBER.

22      Q    WHERE DID HE SIT?

23      A    THE FRONT SEAT.

24      Q    WHAT HAPPENED AFTER THAT?

25      A    AFTER THAT, THEY LEFT.  I WAS ON THE BALCONY

26 UNTIL ABOUT 3:30, AND AT NO POINT DID I SEE THEM COME

27 BACK.

28      MS. KIM:  NOTHING FURTHER, YOUR HONOR.

1    FROM YOUR PRESENT LOCATION AND THINGS WILL WORK OUT.

2            THIRDLY, SIR, IF YOU SHOULD BE ASKED A

3    QUESTION THAT CALLS FOR AN ANSWER OF YES OR NO, PLEASE

4    USE THE WORDS YES OR NO RATHER THAN SLANG LIKE UH-HUH, OR

5    HUH-UH, OR SIMPLY SHAKING YOUR HEAD BY ITSELF.

6            LASTLY, SIR, PLEASE WAIT FOR A FULL QUESTION

7    TO BE ASKED OF YOU BEFORE YOU EVEN START TO ANSWER.  IF

8    YOU WAIT FOR THE FULL QUESTION AND COUNSEL AND I WAIT FOR

9    YOUR ANSWER, WE WON'T HAVE PEOPLE TALKING OVER EACH

10   OTHER.  THAT CAN GET DISTRACTING AND IS ALSO VERY HARD ON

11   THE REPORTER.

12            IS THAT ALL OKAY?

13        THE WITNESS:  YES.

14        THE COURT:  DIRECT, MS. KIM.

15        MS. KIM:  THANK YOU.

16

17                DIRECT EXAMINATION

18   BY MS. KIM:

19        Q    MR. AIMETTI, I'LL DIRECT YOUR ATTENTION TO

20   APRIL 1ST, 2017, AROUND 12:45, ONE O'CLOCK IN THE

21   MORNING.  WERE YOU AT THE LOCATION OF KAPPA SIGMA

22   FRATERNITY HOUSE, LOCATED AT 928 WEST 28TH STREET, IN THE

23   CITY AND COUNTY OF LOS ANGELES?

24        A    I WAS.

25        Q    WERE YOU RESIDING AT THAT PLACE AT THAT TIME?

26        A    YES.

27        Q    DO YOU SEE ANYBODY IN COURT TODAY THAT YOU

28   SAW ON THAT DATE AND TIME?

```
1        A     YES.

2        Q     CAN YOU PLEASE POINT TO THAT PERSON.   TELL

3   THE COURT WHERE HE OR SHE IS LOCATED AND WHAT HE OR SHE

4   IS WEARING.

5        A     YEAH.   I GUESS A VEST WITH A WHITE SHIRT AND

6   NAVY BLUE TIE.

7        THE COURT:  POINTING TO AND IDENTIFYING MR.

8   PREMJEE, THE DEFENDANT.   THANK YOU.

9        Q     BY MS. KIM:  MR. AIMETTI, DO YOU KNOW A

10  PERSON BY THE NAME OF AUSTIN RIDGEWAY?

11       A     I DO.

12       Q     HOW DO YOU KNOW HIM?

13       A     WELL, HE IS ALSO A CURRENT BROTHER IN THE

14  HOUSE OR WAS BEFORE HE GRADUATED.   WE HAD TALKED HERE AND

15  THERE.

16       Q     WAS HE AT THE LOCATION ON THAT DATE AND TIME?

17       A     HE WAS.

18       Q     WHEN YOU SAW THE DEFENDANT, DID YOU SEE HIM

19  WITH ANYONE?

20       A     YES.

21       Q     CAN YOU DESCRIBE THIS PERSON FOR US?

22       A     YEAH.   WELL, SHE WAS A GIRL THAT I WOULD SAY

23  NON-DESCRIPT HEIGHT, BROWNISH SKIN COLOR, MAYBE INDIAN,

24  PAKISTANI, SOUTH ASIAN DESCENT, AND SHE WAS VERY

25  INTOXICATED.

26       Q     DID YOU SEE IF THE DEFENDANT APPEARED

27  INTOXICATED?

28       A     HE DID NOT APPEAR INTOXICATED TO ME.
```

1    Q    HAD YOU EVER SEEN THE DEFENDANT INTOXICATED

2  PRIOR TO THAT DAY?

3    A    YES.

4    Q    YOU INDICATED THAT THE FEMALE WAS VERY

5  INTOXICATED.  CAN YOU TELL US MORE ABOUT THAT?

6    A    WELL, I MEAN WHEN I FIRST SAW HER AND GOING

7  FROM THERE, SHE COULDN'T HOLD HERSELF UP.  SHE WAS

8  FALLING INTO ONE WALL AND WOULD TRY TO OVERCOMPENSATE AND

9  FALL INTO THE OTHER WALL.  SO SHE WAS IN A SENSE KIND OF

10  BOUNCING BETWEEN THE WALLS AND WOULD HAVE TO LEAN ON

11  SOMETHING TO BE ABLE TO STAND UP.  FOR EXAMPLE, SHE WAS

12  KNOCKING ON THE DOOR AND ALSO LEANING ON THE DOOR AS SHE

13  WAS KNOCKING ON IT.

14    Q    I DIDN'T ASK YOU.  YOU WERE DESCRIBING SOME

15  WALLS.  WHERE WAS THIS?

16    A    YEAH.  WE CALL IT BACK HALL IN THE HOUSE.

17  USUALLY THERE IS LIGHTS ON.  IT WAS A LITTLE STRANGE TO

18  ME THAT IT WAS DARK WHEN I WENT BACK THERE.  BUT THERE IS

19  A TRASH CAN.  INITIALLY WHEN I SAW HER, SHE FELL -- NOT

20  INTO THE TRASH -- BUT BUMPED INTO THE TRASH CAN, AND THEN

21  BUMPED INTO THE WALL.  I COULD TELL FROM FAR AWAY THAT IT

22  WAS SOMEBODY THAT WAS VERY, VERY INTOXICATED.

23    THE COURT:  PLEASE SLOW DOWN A LITTLE BIT.

24    THE WITNESS:  YEAH.

25    THE COURT:  THANK YOU.

26    Q    BY MS. KIM:  YOU CALLED IT A BACK HALL.  IS

27  IT LIKE A HALLWAY?

28    A    YES.  ESSENTIALLY WE CALL FRONT HALL, MID

1    HALL AND BACK HALL OF THE HOUSE.  IT IS THE BACK OF THE

2    HOUSE.

3         Q     WAS THERE A POINT WHERE YOU HAD TO HELP THE

4    FEMALE BECAUSE SHE WAS FALLING?

5         A     WELL, SO WHAT HAPPENED WAS THAT MYSELF AND

6    AUSTIN HAD WALKED INTO THE BACK HALL AND WE WERE TALKING

7    TO HER, TRYING TO SAY, "CAN WE CALL YOU AN UBER TO GET

8    YOU HOME?  CAN WE GET YOU HOME?  IT IS NOT SAFE OR OKAY

9    FOR YOU TO BE HERE."

10             WE WANTED TO MAKE SURE WE GOT HER AN UBER

11   HOME.  WE WERE ASKING HER, "CAN WE CALL YOU AN UBER?"

12   SHE LOOKED AT US BUT COULDN'T UNDERSTAND WHAT WE WERE

13   SAYING BECAUSE WHEN WE SAID, "CAN WE GET YOU AN UBER,"

14   HER RESPONSE WOULD BE SHE WAS KNOCKING ON THE SUPPLY

15   CLOSET DOOR, SAYING, "LET ME IN."  WE TRIED TELLING HER

16   THAT IT WAS NOT A DOOR TO A ROOM, BUT RATHER TO SUPPLIES.

17        Q     DID IT APPEAR SHE UNDERSTOOD WHAT YOU WERE

18   SAYING WHEN SHE WAS KNOCKING ON THE SUPPLY DOOR?

19        A     NO.

20        THE COURT:  FREQUENTLY WHEN I ASK SOMEONE TO SLOW

21   IT DOWN, THE PERSON SPEEDS UP AND WE ARE EXPERIENCING

22   THAT.  A LITTLE SLOWER.

23        THE WITNESS:  THANK YOU.

24        Q     BY MS. KIM:  DURING THIS TIME, WHERE WAS THE

25   DEFENDANT?

26        A     HE WAS -- INITIALLY WHEN WE WENT BACK THERE,

27   HE WAS NOT THERE.  I BELIEVE HE CAME OUT OF THE BATHROOM

28   MAYBE A COUPLE MINUTES AFTER WE HAD STARTED TALKING TO

```
 1   THE GIRL IN THE BACK.
 2        Q    AT SOME POINT DID YOU SEE THE DEFENDANT COME
 3   OUT INTO THE HALLWAY?
 4        A    YES.  YEAH.
 5        Q    WHAT HAPPENED WHEN YOU SAW THE DEFENDANT COME
 6   OUT INTO THE HALLWAY?
 7        A    SO ESSENTIALLY, I HAD SAID, "SHE IS TOO
 8   INTOXICATED TO STAY HERE."  AND I DIDN'T FEEL COMFORTABLE
 9   WITH HER BEING IN THE HOUSE, AND SHE NEEDED TO GO HOME.
10        Q    DID YOU SAY THAT TO THE DEFENDANT?
11        A    YES.
12        Q    DID HE RESPOND?
13        A    YES.
14        Q    WHAT DID HE SAY?
15        A    INITIALLY, HE TRIED TO, I GUESS, PERSUADE ME
16   TO LET HER STAY BECAUSE SHE WOULD SLEEP IT OFF, STAY ON
17   THE COUCH, SOMETHING TO THAT EFFECT.  I STILL DIDN'T FEEL
18   COMFORTABLE WITH IT.  SO I CONTINUED TO SAY THAT SHE
19   NEEDS TO GO HOME.
20        Q    DID THE DEFENDANT MAKE ANY COMMENTS TO YOU
21   ABOUT THIS GIRL'S LEVEL OF INTOXICATION?
22        A    WELL, TO ME, I MEAN I'VE SEEN IT HAPPEN
23   BEFORE IF SOMEONE'S FRIEND IS A LITTLE BIT DRUNK.  THEY
24   WILL SAY, "THEY ARE GOING TO STAY ON MY COUCH TONIGHT,"
25   OR SOMETHING.  THAT IS PRETTY MUCH TO ME AN
26   ACKNOWLEDGMENT THEY ARE TOO DRUNK TO GET HOME.
27        Q    DID THE DEFENDANT SAY ANYTHING TO YOU THAT
28   NIGHT?
```

1       A       YEAH.  WELL, HE SAID SHE WAS VERY DRUNK.

2       Q       OKAY.  SO AFTER HE CAME OUT, WHAT HAPPENED

3  NEXT?

4       A       SO I SAID -- WE HAD A LITTLE BRIEF

5  DISCUSSION.  I SAID, LIKE, "SHE HAS TO GO."  SO AFTER

6  THAT, ARMANN EVENTUALLY AGREED.  SO WE AGREED THAT AN

7  UBER WAS THE BEST CASE.  I DIDN'T KNOW WHERE SHE LIVED OR

8  WHERE SHE WAS FROM, OR ANYTHING LIKE THAT.  SO PRETTY

9  MUCH, THEY AGREED TO CALL AN UBER.

10              AT THAT POINT WE WERE JUST STANDING IN THE

11 BACK HALL THINKING THE DEFENDANT AND THE GIRL HAD MAYBE

12 GONE TO THE FRONT OF THE HOUSE OR CALLED UBER, BUT I

13 ASSUMED THEY WERE ON THE WAY OUT.

14      Q       LET ME ASK YOU.  WHEN YOU SAY, "WE," FIRST OF

15 ALL, TELL ME WHO "WE" IS?

16      A       MYSELF AND AUSTIN.

17      Q       AND DID THE DEFENDANT AND THIS FEMALE EVER

18 LEAVE THE BACK HALL AREA?

19      A       YEAH, BRIEFLY, AND THEN THEY CAME BACK.  AND

20 THEN I WATCHED, MYSELF AND AUSTIN WATCHED AS HE PULLED UP

21 THE UBER APP ON HIS PHONE.  WE SAW UBER IS ON THE WAY,

22 AND THEN WE SAW THE UBER CALL ON HIS PHONE.

23      Q       WHAT HAPPENED AFTER THAT?

24      A       WE WALKED FORWARD TOGETHER, I GUESS KIND OF

25 AS A GROUP.  SHE COULDN'T REALLY WALK.  SHE WAS BEING

26 SUPPORTED ALMOST ENTIRELY BY ARMANN.

27      Q       I'M SORRY TO INTERRUPT YOU.  WAS THERE A

28 POINT -- I'LL BACKTRACK, AND I APOLOGIZE.  WAS THERE A

1  POINT WHEN THE DEFENDANT WAS IN HIS BEDROOM WITH THE

2  FEMALE?

3      A      YEAH.   THE DOOR WAS, LIKE I WOULD SAY, ABOUT

4  HALFWAY OPEN.   IT WAS A LITTLE OPEN.   THAT IS WHERE WE

5  HAD OUR DISCUSSION THAT A UBER NEEDED TO BE CALLED.

6      Q      DURING THIS TIME WAS ANYONE TRYING TO CLOSE

7  THE DEFENDANT'S BEDROOM DOOR?

8      A      WELL, WHAT HAPPENED WAS THAT ARMANN HAD

9  CLOSED THE DOOR.   I WALKED OVER AND OPENED THE DOOR.

10      Q      WHY DID YOU DO THAT?

11      A      BECAUSE I DIDN'T REALLY FEEL COMFORTABLE WITH

12  WHAT WAS HAPPENING, AND I WANTED TO MAKE SURE SHE DID NOT

13  STAY AT THE HOUSE.

14      Q      AT THAT POINT, WAS THAT WHEN HE ORDERED THE

15  UBER?

16      A      WELL, YEAH.   THE DEAL WAS THAT WE TALKED TO

17  HIM.  HE INITIALLY SAID HE CALLED UBER.   THEY LEFT

18  BRIEFLY, THEN CAME BACK.   THEN I DON'T KNOW WHAT HAPPENED

19  IN THAT BRIEF TIME PERIOD THEY WERE THERE, BUT ME AND

20  AUSTIN CAME BACK AND SAID, "YOU NEED TO CALL AN UBER."

21  WE MADE SURE TO WATCH AS HE CALLED UBER ON HIS PHONE.

22      Q      DURING THIS TIME WHEN YOU SAW THE DEFENDANT,

23  DID HE EVER TRY TO REASSURE YOU THAT THE FEMALE WAS OKAY?

24      A      I MEAN, IT WAS MORE SO TRIED TO CONVINCE ME

25  SHE WAS OKAY TO STAY ON THE COUCH.   I MEAN, IT WAS

26  OBVIOUS SHE WASN'T SOBER OR FINE.   SHE WAS VERY -- I

27  MEAN, LIKE I SAID, SHE COULDN'T STAND UP WITHOUT SUPPORT.

28          THE COURT:   I DON'T THINK THE WITNESS IS ANSWERING

1   THE QUESTION ABOUT THE DEFENDANT'S REASSURANCES AS

2   OPPOSED TO HIS OBSERVATIONS.  CAN YOU CLARIFY THAT.

3        MS. KIM:  YES, YOUR HONOR.

4        Q     DID THE DEFENDANT HIMSELF EVER TELL YOU AND

5   REASSURE YOU OR TRY TO REASSURE YOU THIS FEMALE WAS

6   TOTALLY FINE, THAT SHE COULD STAY AT THE HOUSE?

7        A     NO.

8        MS. KIM:  CAN I HAVE A MOMENT, YOUR HONOR?

9        THE COURT:  YOU MAY.

10       THE WITNESS:  TO CLARIFY, I MEANT THAT LIKE HE

11  NEVER SAID THAT SHE WASN'T DRUNK.  THE ARGUMENT, THE

12  DISCUSSION WAS ALWAYS WHETHER SHE SHOULD STAY AT THE

13  HOUSE OR NOT.

14       Q     BY MS. KIM:  THANK YOU.  THE SECOND TIME THAT

15  THEY LEFT, DID YOU SEE THE UBER CAR ARRIVE?

16       A     YES.

17       Q     WHAT HAPPENED WHEN THE UBER CAR ARRIVED?

18       A     I SAW THEM GET IN THE UBER.  THAT WAS THE

19  LAST I SAW OF THEM FOR THE NIGHT.

20       Q     DID THE DEFENDANT HAVE TO HELP THIS FEMALE

21  GET INTO THE UBER VEHICLE?

22       A     YES.

23       Q     HOW?

24       A     IT WAS ESSENTIALLY THE SAME WAY.  THEY HAD

25  BEEN WALKING THE ENTIRE TIME WHERE SHE WAS ALMOST --

26  SEEMED LIKE ALMOST ENTIRELY LEANING ON HIM.  THEN ARMANN

27  WALKED UP TO THE PASSENGER DOOR, I BELIEVE, AND THEN KIND

28  OF HELPED HER INSIDE.

1      Q      DO YOU KNOW IF SHE WAS PLACED IN THE BACK

2  SEAT?

3      A      I BELIEVE IT WAS THE BACK.

4      Q      DO YOU KNOW WHERE HE SAT?

5      A      I DO NOT.

6      Q      WHEN YOU WERE SPEAKING TO THE FEMALE, DID SHE

7  APPEAR COHERENT?

8      A      NO.

9      Q      DID IT APPEAR SHE WAS UNDERSTANDING ANYTHING

10  THAT YOU WERE SAYING?

11      A      NO.

12      Q      DID YOU TELL DETECTIVE GAMINO IT WAS LIKE

13  TALKING TO SOMEBODY, BUT NOT SOMEBODY?

14      A      YEAH.

15      Q      WHAT DO YOU MEAN BY THAT?

16      A      WELL, SO I WOULD SAY, "EXCUSE ME."  SHE WOULD

17  LOOK AT ME LIKE A PERSON WOULD IN NORMAL CONVERSATION BUT

18  WHEN I WOULD SAY, FOR EXAMPLE, "THAT'S A SUPPLY CLOSET

19  DOOR.  NO ONE IS IN THERE."  SHE WOULD JUST CONTINUE

20  KNOCKING ON IT.  IT WAS LIKE SHE DIDN'T REALIZE IT WAS

21  NOT THE RIGHT DOOR.  I REPEATED MYSELF A LOT OF TIMES.

22      MS. KIM:  THANK YOU.  NOTHING FURTHER, YOUR HONOR.

23      THE COURT:  MS. KIM, THANK YOU.

24          THIS IS CROSS-EXAMINATION, MR. BRAUN.

25

26                  CROSS-EXAMINATION

27  BY MR. BRAUN:

28      Q      DO YOU KNOW WHERE BANDITOS IS?

1    ABOUT FEMALES STAYING OVER IN THE ROOMS?

2         A    I MEAN, IT GENERALLY DEPENDS, I GUESS, ON THE

3    CONTEXT.  IN THIS CASE, I HAD SEEN -- WHAT CONCERNED ME

4    THE MOST IS THAT WHEN I INITIALLY SAW HER, SHE WAS

5    STUMBLING AROUND BY HERSELF AND IT DIDN'T LOOK LIKE SHE

6    WAS IN THE IMMEDIATE CARE OF SOMEBODY AND WAS IN NO STATE

7    TO TAKE CARE OF HERSELF.  THAT IS WHAT CONCERNED ME.

8         Q    WAS YOUR FRATERNITY ON PROBATION AT THAT

9    TIME?

10        A    YES.

11        Q    WASN'T THERE AN INCIDENT NEARBY WHERE AN

12   INTOXICATED FEMALE FELL OUT OF A BALCONY AT ONE OF THE

13   FRATERNITY HOUSES?

14        A    THAT HAD HAPPENED AT A SORORITY EVENT.  SHE

15   FELL FROM AN ELEVATED SURFACE.  I'M NOT SURE WHERE.

16        Q    YOUR CONCERN WAS SHE APPEARED INTOXICATED; IS

17   THAT RIGHT?

18        A    YES.

19        Q    IF SHE HADN'T BEEN INTOXICATED, THERE WOULD

20   BE NO TROUBLE FOR HER STAYING OVER IN THE ROOM?

21        A    NO.

22        THE COURT:  THAT IS A DOUBLE.  IT MAY BE CONFUSING.

23        Q    BY MR. BRAUN:  YOU ARE RIGHT.

24        A    IF SHE WAS NOT INTOXICATED, I WOULD HAVE NO

25   TROUBLE WITH HER STAYING IN THE HOUSE.

26        Q    YOU WERE AWARE OF THE INCIDENT AT THE OTHER

27   FRATERNITY HOUSE; WERE YOU NOT?

28        A    YES.

1  IT WAS A DIFFERENT PART OF THE CONVERSATION.

2      Q      SO WHEN WAS THIS CONVERSATION THAT YOU SAID

3  THAT SHE WAS TOO INTOXICATED?

4      A      WELL, THE CONVERSATION STARTED OFF WITH ME

5  AND ARMANN.  WE WENT BACK AND FORTH.  I SAID, "SHE IS TOO

6  DRUNK TO STAY HERE.  SHE NEEDS TO GO HOME."  WE WERE

7  TALKING ABOUT THAT.

8            AFTER WE REACHED THE POINT WHERE HE AGREED

9  WITH ME, WE WERE TALKING ABOUT THE UBER, WHERE TO SEND

10 HER OR WHERE TO GO BACK OR WHATEVER THE CASE MAY BE

11 BECAUSE I WASN'T SURE WHERE SHE STAYED, AND AT THAT POINT

12 SHE TRIED SAYING SHE WASN'T TOO DRUNK.

13     Q      OKAY.  AND SHE WANTED TO STAY THERE?

14     A      YES.

15     Q      SO BASICALLY, THIS WOMAN TOLD YOU, AND

16 RIDGEWAY AND ARMANN THAT SHE WASN'T TOO DRUNK TO STAY

17 THERE, CORRECT?

18     A      WELL, I MEAN I'M NOT SURE ABOUT AUSTIN

19 BECAUSE ME AND ARMANN WERE HAVING MORE OF A DIRECT

20 CONVERSATION.  SHE DEFINITELY SAID IT, BUT I'M NOT SURE

21 IF AUSTIN HEARD.

22     Q      WHEN SHE TOLD YOU SHE WASN'T TOO DRUNK, YOU

23 UNDERSTOOD WHAT SHE SAID?

24     A      YEAH.  IT WAS SLURRED, THOUGH.

25     Q      BUT IT WAS IN RESPONSE TO SOME COMMENT?

26     A      IT WAS IN RESPONSE.  TO ME, IT SEEMED LIKE A

27 GENERAL CONVERSATION.

28     MR. BRAUN:  NO FURTHER QUESTIONS, YOUR HONOR.

```
1        MS. KIM:  THANK YOU.

2

3                     DIRECT EXAMINATION

4   BY MS. KIM:

5        Q     DETECTIVE GAMINO, WHAT IS YOUR OCCUPATION AND

6   ASSIGNMENT?

7        A     MY OCCUPATION IS A DETECTIVE WITH THE LAPD,

8   ASSIGNED TO ROBBERY/HOMICIDE DIVISION, SPECIAL ASSAULT

9   SECTION.

10       Q     AND HOW LONG HAVE YOU BEEN A SWORN PEACE

11  OFFICER?

12       A     NEXT MONTH WILL BE 23 YEARS.

13       Q     ARE YOU THE ASSIGNED INVESTIGATOR ON THIS

14  CASE AGAINST MR. PREMJEE?

15       A     YES.

16       Q     IS THERE ANOTHER DETECTIVE THAT IS ALSO AN

17  INVESTIGATING OFFICER ON THIS CASE?

18       A     YES.

19       Q     WHAT IS HER NAME?

20       A     DETECTIVE CARLA ZUNIGA.

21       Q     WHEN DID YOU BEGIN THE INVESTIGATION FOR THIS

22  CASE?

23       A     THE MORNING OF APRIL 1ST, 2017.

24       Q     DURING THE COURSE OF YOUR INVESTIGATION, DID

25  YOU SPEAK TO A STUDENT BY THE NAME OF TANIKA MEHRA?

26       A     YES.

27       Q     WHEN DID THIS CONVERSATION TAKE PLACE?

28       A     THE FIRST TIME WE SPOKE TO, OR I SPOKE TO
```

1    WAS THAT APPEARED TO BE UNDERNEATH HIM?

2        A    SHE SAW SOMEONE, BUT SHE COULD NOT TELL WHO

3    IT WAS.

4        Q    TO GIVE US A BETTER IDEA FOR THE COURT, THE

5    DORM ROOM, HOW MANY BEDROOMS ARE IN THIS DORM?

6        A    I BELIEVE THERE IS FOUR.

7        Q    IS THERE A COMMON AREA IN THIS DORM ROOM?

8        A    YES.

9        Q    KIND OF LIKE A LIVING ROOM?

10       A    YES.

11       Q    IN EACH DORM ROOM, HOW MANY PEOPLE LIVE IN

12   EACH ROOM?

13       A    I CAN'T TESTIFY TO HOW MANY PEOPLE LIVE IN

14   THAT ONE, BUT I KNOW THAT TANIKA SHARED A ROOM WITH A

15   ROOMMATE.  I KNOW THAT THE VICTIM IN THIS CASE SHARED HER

16   ROOM WITH A ROOMMATE AS WELL.

17       Q    SO TANIKA AND THE VICTIM DID NOT SHARE A

18   ROOM, CORRECT?

19       A    NO.

20       THE COURT:  LET'S BE CAREFUL AS TO PHRASEOLOGY.  AS

21   OPPOSED TO ALLEGED VICTIM OR SOMEONE ELSE, PLEASE, RATHER

22   THAN THE TERM VICTIM BY ITSELF.  THANK YOU.

23       Q    BY MS. KIM:  WHEN TANIKA WAS SPEAKING TO YOU,

24   SHE SAID THAT SHE SAW THE PERSON ON TOP OF SOMEONE.  SHE

25   DID NOT SEE WHO THAT INDIVIDUAL WAS UNDERNEATH, CORRECT?

26       A    YES.

27       Q    WHAT DID SHE TELL YOU SHE SAW OR DID NEXT?

28       A    SHE WENT INTO HER ROOM QUICKLY, CLOSED THE

1    IN TERMS OF WEIGHT AS OPPOSED TO

2  ADMISSIBILITY, THAT IS FAIR GAME.   THANK YOU.

3       MR. BRAUN:   THANK YOU.

4       THE COURT:   AND, OF COURSE, AS YOU POINTED OUT, IF

5  THERE IS AN OBJECTION ON GROUNDS OF INADMISSIBLE HEARSAY

6  OR ANYTHING ELSE THAT WOULD APPLY, FEEL FREE TO MAKE THE

7  OBJECTION.   THANK YOU.

8       MS. KIM?

9       MS. KIM:   THANK YOU, YOUR HONOR.

10

11             DIRECT EXAMINATION (RESUMED)

12 BY MS. KIM:

13      Q    I BELIEVE YOU INDICATED THAT THE FIRST

14 CONVERSATION YOU HAD WITH TANIKA WAS AT CALIFORNIA

15 HOSPITAL LATER IN THE DAY ON APRIL 1ST, CORRECT?

16      A    YES.

17      Q    AND DID SHE TELL YOU WHAT SHE SAW IN THE

18 MORNING, EARLY MORNING HOURS OF APRIL 1ST IN HER DORM?

19      A    YES.   SHE STATED THAT SHE RETURNED TO HER

20 DORM ROOM AFTER 1:00 A.M. ON APRIL THE 1ST.   SHE WAS NOT

21 SURE EXACTLY WHAT TIME IT WAS, BUT SHE KNEW IT WAS AFTER

22 1:00 A.M.

23           AS SHE WALKED TO HER ROOM, SHE NOTICED THAT

24 THE LIGHTS WERE ON.   SHE NOTICED THE BACK SIDE, THE NAKED

25 BACK SIDE, OF A MALE.   SHE SAW A MALE'S BUTT, AND SHE GOT

26 VERY SURPRISED BY IT AND IT LOOKED LIKE HE WAS ON TOP OF

27 SOMEBODY.

28      Q    DID SHE TELL YOU IF SHE SAW WHO THAT PERSON

```
 1    DOOR BEHIND HER, AND SHE WOKE UP HER ROOMMATE, CECI.  I'M

 2    TRYING TO REMEMBER HER LAST NAME.

 3         Q    THAT IS OKAY.  CECI IS C-E-C-I, CORRECT?

 4         A    YES.

 5         Q    AND WHAT HAPPENED AFTER SHE WOKE UP HER

 6    ROOMMATE?

 7         A    SHE BASICALLY TOLD HER ROOMMATE THAT THERE

 8    WAS SOMEONE OUT IN THE COMMON ROOM AREA AND WAS ON TOP OF

 9    AN AIR MATTRESS, AND THAT SOMEONE WAS UNDERNEATH THE BODY

10    OF THE MALE.

11         Q    DID SHE TELL YOU IF SHE TOLD HER ROOMMATE IF

12    THIS PERSON WAS NUDE OR NOT?

13         A    YES.  SHE TOLD HER ROOMMATE THIS PERSON WAS

14    NUDE.

15         Q    WHAT DID SHE TELL YOU HAPPENED NEXT?

16         A    SHE SAID THAT HER ROOMMATE DID NOT BELIEVE

17    HER, AND SHE OPENED THE DOOR FOR HER ROOMMATE TO TAKE A

18    LOOK.  AND THEY BOTH LOOKED OUTSIDE AND SAW WHAT APPEARED

19    TO BE THE MAN THAT WAS LAYING ON THE AIR MATTRESS HAVING

20    SEX WITH SOMEONE.  AND THEY IMMEDIATELY CLOSED THE DOOR

21    AGAIN.

22         Q    DID SHE TELL IF YOU THERE WAS A TIME WHERE

23    SHE ENDED UP SEEING WHO THE PERSON WAS UNDERNEATH THIS

24    MALE?

25         A    YES.  IT WASN'T UNTIL SHE DID NOT HEAR ANY

26    NOISES THAT SHE OPENED THE DOOR AND CAME OUTSIDE OF HER

27    ROOM AND SAW THAT THE PERSON LAYING UNDERNEATH THE MALE

28    WAS ARSHIA, ONE OF THE DORM ROOMMATES.
```

```
 1        Q     DID SHE TELL YOU HOW ARSHIA LOOKED WHEN

 2   TANIKA SAW HER?

 3        A     SHE SAID THAT SHE WAS LAYING ACROSS THE AIR

 4   MATTRESS NAKED AND WAS BASICALLY PASSED OUT.

 5        Q     DID SHE TELL YOU IF SHE EVER SAW THIS MALE

 6   BACK IN THAT COMMON AREA?

 7        A     YES.  AFTER SHE APPROACHED ARSHIA, SHE

 8   ATTEMPTED TO WAKE HER.  AND DURING THAT TIME WHEN SHE WAS

 9   TRYING TO WAKE ARSHIA, THE MALE OR A MALE APPROACHED THE

10   COMMON ROOM AREA AND SHE CONFRONTED HIM BY ASKING HIM,

11   "WHAT ARE YOU DOING?  CAN'T YOU SEE SHE IS DRUNK AND

12   PASSED OUT?"

13        Q     DID SHE TELL YOU IF SHE SAW HIM WEARING ANY

14   PANTS WHEN HE RETURNED?

15        A     YES.  SHE SAID THAT THE MALE WAS ONLY WEARING

16   A T-SHIRT WITH NO PANTS.

17        Q     DID SHE TELL YOU IF HE SAID ANYTHING WHEN

18   TANIKA CONFRONTED HIM?

19        A     YES.  HE APPARENTLY TOLD HER THAT THEY WERE

20   BOTH WASTED AND FUCKED UP, AND HE APOLOGIZED FOR MAKING

21   ANY NOISE OR FOR WAKING THEM.

22        Q     DID SHE IDENTIFY THIS PERSON TO YOU, THE MALE

23   THAT WAS IN THE COMMON AREA ON TOP OF ARSHIA?

24        A     AT THE TIME AT THE HOSPITAL, NO.

25        Q     AT SOME POINT AFTER THAT, DID SHE IDENTIFY

26   THIS PERSON?

27        A     DURING THE FOLLOW-UP INTERVIEW, YES.

28        Q     DO YOU SEE THAT PERSON IN COURT TODAY?
```

1      Q      DID SHE EVER SHOW YOU A PICTURE OF WHO ARMANN
2  WAS THAT SHE SAW ON TOP OF ARSHIA ON APRIL 1ST?
3      A      I'M SORRY.  WHAT WAS THAT?
4      Q      HOW DID YOU KNOW SHE WAS TALKING ABOUT A
5  PERSON BY THE NAME OF ARMANN?
6      A      SHE MENTIONED HIS NAME DURING THE SECOND
7  INTERVIEW TO US WHO HE WAS.  SHE ALSO TOLD US THAT SHE
8  LEARNED WHO HE WAS FROM INFORMATION THAT WAS IN THE DORM
9  THAT HE HAD CHECKED IN WITH ARSHIA WHEN THEY ARRIVED TO
10  THE DORM AFTER BANDITOS.
11      Q      WAS THERE EVER A PICTURE SHOWN TO HER, OR ANY
12  SIX-PACK, OR ANYTHING TO SHOW WHO THIS ARMANN PERSON WAS?
13      A      I DON'T REMEMBER EVER SHOWING TANIKA A
14  PHOTOGRAPH OF ARMANN.
15      Q      BUT SHE WAS FAMILIAR WITH HIS FIRST NAME,
16  ARMANN?
17      A      YES.
18      Q      DID SHE EVER TELL YOU WHAT HIS LAST NAME WAS?
19      A      NO.
20      Q      AFTER SHE CONFRONTED THE INDIVIDUAL, THEN DID
21  SHE TELL YOU IF HE LEFT?
22      A      YES.  SHE SAID THAT HE ASKED FOR HIS PANTS.
23  SHE KICKED A PAIR OF PANTS OVER TO HIM.  HE PUT THEM ON,
24  AND HE LEFT.
25      Q      DID SHE TELL YOU WHAT SHE DID NEXT AFTER THE
26  INDIVIDUAL LEFT?
27      A      SHE SAYS THAT HER AND CECI TRIED TO WAKE UP
28  ARSHIA BY SHAKING HER NUMEROUS TIMES, AND SHE WAS

1   UNRESPONSIVE.

2          Q      DID SHE TELL YOU IF SHE SHOOK HER VIOLENTLY?

3          A      SHE TOLD US SHE DID SHAKE HER, YES.

4          Q      VIOLENTLY?

5          THE COURT:   I THINK THAT IS THE ANSWER TO THE

6   QUESTION.  LISTEN CAREFULLY TO THE FULL QUESTION.

7          Q      BY MS. KIM:  DID SHE TELL YOU IF SHE SHOOK

8   ARSHIA VIOLENTLY?

9          A      YES.

10         Q      DID SHE TELL YOU IF SHE DID ANYTHING ELSE

11  OTHER THAN SHAKING HER VIOLENTLY TO TRY TO WAKE UP

12  ARSHIA?

13         A      YES.  SHE SAID THAT THEY ALSO POURED WATER ON

14  HER SO SHE COULD WAKE UP, BUT THAT DIDN'T WORK EITHER.

15         Q      DID SHE DESCRIBE HOW ARSHIA APPEARED WHEN SHE

16  SAW HER UNRESPONSIVE?

17         A      SHE SAID THAT SHE JUST APPEARED TO BE DEAD.

18  JUST TOTALLY UNRESPONSIVE.  COULD NOT UNDERSTAND ANYTHING

19  SHE WAS BEING ASKED.  SHE HAD HER EYES CLOSED.

20         Q      DID SHE TELL YOU IF THIS WAS IMMEDIATELY

21  AFTER THE INDIVIDUAL HAD LEFT THE DORM ROOM?

22         A      YES.

23         Q      DID SHE TELL YOU IF SHE YELLED AT HER TO TRY

24  TO WAKE HER UP?

25         A      YES.  SHE TOLD ME SHE YELLED AT HER, AND SHE

26  AND CECI BOTH TRIED TO WAKE HER UP NUMEROUS TIMES.

27         Q      DID SHE TELL IF YOU THERE WAS A POINT WHERE

28  ARSHIA HAD STOOD UP TWICE DURING THIS TIME?

```
 1        A     YES.  SHE SAID THAT, TALKING ABOUT TANIKA,
 2  SHE SAID THAT THEY WANTED TO DRESS HER WITH HER OWN
 3  CLOTHES.  SO TANIKA WALKED HER TO ARSHIA'S ROOM TO GRAB
 4  SOME CLOTHES SO THEY COULD PUT SOME CLOTHES ON HER.  IN
 5  THAT PROCESS, WHEN THEY CAME BACK, THEY SAID THAT ARSHIA
 6  SOMEHOW MANAGED TO STAND UP AND FALL RIGHT IN FRONT OF
 7  THEM AND FELL FACE FIRST ON THE FLOOR.
 8        Q     DID THIS HAPPEN ONCE OR MORE THAN ONCE?
 9        A     MORE THAN ONCE.  TANIKA SAID THAT ARSHIA
10  ATTEMPTED TO GET UP A SECOND TIME.  SHE DID AND FELL
11  AGAIN.
12        Q     DID SHE TELL WHAT YOU SHE DID NEXT?
13        A     AFTER NUMEROUS ATTEMPTS FAILED TO HAVE ARSHIA
14  WAKE UP, SHE CONTACTED THE DORM RESIDENT ASSISTANT.  THE
15  DORM RESIDENT ASSISTANT CAME UP TO THEIR ROOM.  THE
16  RESIDENT ATTEMPTED TO WAKE ARSHIA AS WELL.  AND AFTER SHE
17  WAS UNRESPONSIVE, THEY CALLED USC POLICE.
18        Q     DID SHE TELL YOU WHAT HAPPENED AFTER THAT?
19        A     USC POLICE ARRIVED AND FELT THAT SHE WAS TOO
20  INTOXICATED, AND THEY CALLED THE AMBULANCE TO HAVE HER
21  TAKEN TO A HOSPITAL.
22        Q     DID SHE TELL YOU ABOUT WHAT TIME THIS WAS
23  THAT THEY CALLED FOR AN AMBULANCE?
24        A     I CAN'T REMEMBER EXACTLY HOW MANY MINUTES.
25  SHE DIDN'T TELL ME SPECIFIC TIME, BUT IT WAS AFTER
26  SEVERAL MINUTES OF TRYING TO WAKE HER.
27        Q     DID SHE TELL YOU IF ARSHIA WAS TAKEN TO THE
28  HOSPITAL?
```

1     A     TO HER KNOWLEDGE, YES.  ARSHIA WAS TAKEN TO

2   THE HOSPITAL WHEN PARAMEDICS ARRIVED.

3     Q     DID SHE TELL YOU IF SHE KNEW THE INDIVIDUAL

4   PRIOR TO THIS INCIDENT, THE PERSON THAT WAS ON TOP OF

5   ARSHIA PRIOR TO APRIL 1ST, 2017?

6     A     NO.  SHE SAID SHE HAD NEVER SEEN HIM BEFORE.

7     Q     WHEN YOU WENT TO THE HOSPITAL, DID YOU

8   ACTUALLY SPEAK TO ARSHIA?

9     A     YES.

10     Q     WHEN YOU SPOKE TO HER, HOW DID SHE APPEAR?

11     A     SHE APPEARED GROGGY, SORT OF OUT OF IT STILL.

12   MAYBE SHE WAS.

13     MR. BRAUN:  OBJECTION.  FOUNDATION.  TIME.

14     THE COURT:  I WAS JUST THINKING THE EXACT SAME

15   THING MYSELF.  OVERRULED.  SUBJECT TO MOTION TO STRIKE.

16     MS. KIM:  THANK YOU, YOUR HONOR.

17     THE COURT:  FOUNDATION, MS. KIM.

18     Q     BY MS. KIM:  APPROXIMATELY WHAT TIME DID YOU

19   SPEAK TO ARSHIA AT THE HOSPITAL?

20     A     APPROXIMATELY 11:00 A.M. ON APRIL THE 1ST,

21   2017.

22     Q     WHEN YOU SAW HER AROUND 11:00 A.M. ON APRIL

23   1ST, YOU SAID SHE APPEARED OUT OF IT?

24     THE COURT:  I THINK THE TERM WAS GROGGY.  DID YOU

25   SAY OUT IT AS WELL?

26     A     GROGGY AND OUT OF IT.

27     THE COURT:  THANK YOU.

28     Q     BY MS. KIM:  WAS SHE ABLE TO GIVE YOU A

1    STATEMENT?

2         A     YES.

3         Q     WHAT DID SHE TELL YOU, IF ANYTHING, HAPPENED

4    THE NIGHT BEFORE?

5         A     SHE FIRST STARTED BY ASKING US WHY SHE WAS AT

6    THE HOSPITAL.  SHE HAD NO IDEA WHY SHE WAS AT THE

7    HOSPITAL.  MY PARTNER, DETECTIVE ZUNIGA, AND I ATTEMPTED

8    TO ASK HER WHAT WAS THE LAST THING SHE REMEMBERS.  SO WE

9    STARTED ASKING HER QUESTIONS ABOUT WHERE SHE WAS THE

10   NIGHT BEFORE, WHAT SHE WAS DOING, TO SEE IF THAT WOULD

11   HELP HER REMEMBER ANYTHING.

12        Q     DID SHE TELL YOU WHAT HER LAST MEMORY WAS OF

13   THE NIGHT BEFORE?

14        A     HER LAST MEMORY WAS BEING AT BANDITOS BAR.

15   SHE KNOWS THAT SHE WAS THERE.  SHE REMEMBERS HAVING TWO

16   TEQUILA SHOTS AND DOESN'T REMEMBER ANYTHING AFTER THAT.

17        Q     THE BANDITOS BAR, THAT IS 900 WEST MARTIN

18   LUTHER KING BOULEVARD?

19        A     YES.  CORNER OF MLK AND MENLO.

20        Q     WHAT WAS THE LAST STREET YOU MENTIONED?

21        A     MENLO, M-E-N-L-O.

22        Q     DID SHE TELL YOU WHAT SHE DID PRIOR TO

23   ARRIVING AT BANDITOS BAR?

24        A     YES.  SHE JUST IN GENERAL TOLD US SHE HAD

25   TAKEN SOME CLASSES THAT DAY.  AND AFTER CLASS, SHE TOLD

26   US THAT SHE HAD SMOKED MARIJUANA.  LATER THAT EVENING,

27   SHE WENT WITH A FRIEND OF HERS, KAAVYA, TO THE ROW, WHICH

28   IS A TERM FOR 28TH STREET WHERE ALL THE FRATERNITIES AND

1  SORORITIES ARE AT TO HANG OUT.  AND SHE STATED THAT SHE
2  WAS ONLY THERE FOR A FEW MINUTES BECAUSE THE FRATERNITY
3  THAT SHE WENT TO WAS BORING AND DECIDED TO GO TO BANDITOS
4  BAR AFTERWARDS.
5       THE COURT:  AT AN APPROPRIATE TIME, WE NEED TO
6  BREAK.  IS THIS CONVENIENT?
7       MS. KIM:  THIS IS CONVENIENT, YES.
8       THE COURT:  MR. BRAUN, OKAY WITH YOU?
9       MR. BRAUN:  CERTAINLY.
10      THE COURT:  WE WILL TAKE THE LUNCHEON BREAK UNTIL
11 1:30 P.M., AT WHICH TIME MR. PREMJEE AND BOTH COUNSEL AND
12 THE DETECTIVE ARE ORDERED TO COME BACK.  1:30 P.M.  THANK
13 YOU.
14      MS. KIM:  THANK YOU.
15      THE COURT:  BE CAREFUL AS YOU STEP DOWN, SIR.
16
17
18           (WHEREUPON, AT 12:00 P.M., A
19           NOON RECESS WAS TAKEN UNTIL 1:30
20           P.M.)
21
22
23
24
25
26
27
28

1   REMEMBERED HAVING THREE FIREBALL SHOTS AT THE ROW, A
2   FRATERNITY AT THE ROW.
3        Q    DID SHE TELL YOU IF SHE HAD ANY MEMORY OF
4   MEETING THE DEFENDANT?
5        A    NO, NONE.
6        Q    AND WHEN YOU SPOKE TO HER, I BELIEVE YOU TOLD
7   US IT WAS APPROXIMATELY 11:00 A.M. YOU SPOKE TO ARSHIA AT
8   THE HOSPITAL?
9        A    YES.
10       Q    WHEN YOU SPOKE TO HER AT THAT TIME, WAS SHE
11  INTUBATED?
12       A    NO.
13       Q    HOW WAS HER SPEECH DURING THAT INTERVIEW?
14       A    I EARLIER TESTIFIED SHE HAD APPEARED GROGGY,
15  BUT SHE ALSO SLURRED A COUPLE OF HER WORDS.
16       Q    AND YOU TOLD US WHAT SHE TOLD YOU WAS HER
17  LAST MEMORY, WHICH ARE THE SHOTS OF TEQUILA AT BANDITOS
18  BAR.  DID SHE TELL YOU WHAT HER NEXT MEMORY WAS?
19       A    THE NEXT MEMORY WAS WAKING UP IN THE
20  HOSPITAL.
21       Q    DID SHE TELL YOU IF SHE HAD HAD SEX THE EARLY
22  MORNING HOURS OF APRIL 1ST?
23       A    NO.  SHE SAID SHE LAST REMEMBERS HAVING THE
24  TWO DRINKS AT BANDITOS AND DOESN'T REMEMBER ANYTHING
25  ELSE.
26       Q    DURING YOUR INVESTIGATION OF THIS CASE, DID
27  YOU REVIEW ANY SURVEILLANCE VIDEOS OF BANDITOS BAR?
28       A    YES, I REVIEWED SEVERAL.

```
 1        Q     AND WHEN YOU REVIEWED THE SURVEILLANCE VIDEOS
 2   FROM BANDITOS BAR, HOW MANY LOCATIONS DID IT INCLUDE?
 3        A     OFF THE TOP OF MY HEAD, IF I HAD TO GUESS --
 4   BUT I KNOW THERE ARE SEVERAL CAMERAS.
 5        THE COURT:  PLEASE DON'T GUESS, SIR.
 6        Q     BY MS. KIM:  WAS THERE A VIDEO OF BANDITOS
 7   BAR OUTSIDE OF THE LOCATION SHOWING THE STREET?
 8        A     YES.
 9        Q     AND WHEN YOU REVIEWED THE SURVEILLANCE
10   VIDEOS, WERE THERE TIME STAMPS AS TO WHEN THE IMAGES WERE
11   HAPPENING?
12        MR. BRAUN:  OBJECT AS TO FOUNDATION.  CAN WE KNOW
13   WHEN HE REVIEWED THEM?
14        THE COURT:  SUSTAINED.
15        Q     BY MS. KIM:  YOU REVIEWED A VIDEO OF THE
16   BANDITOS BAR OUTSIDE OF THE ESTABLISHMENT FOR THE MORNING
17   HOURS OF APRIL 1ST, 2017?
18        A     YES.
19        MR. BRAUN:  OBJECTION.  WHEN DID HE REVIEW IT?  I'M
20   TRYING TO FIND OUT WHEN DID HE REVIEW IT.  WAS IT
21   YESTERDAY OR RIGHT AT THAT TIME?
22        THE COURT:  CAN YOU INQUIRE FURTHER.  RIGHT NOW,
23   THE OBJECTION IS OVERRULED.
24        MS. KIM:  THANK YOU.
25        Q     DID YOU REVIEW A VIDEO?
26        A     YES.
27        Q     WHEN DID YOU REVIEW THAT VIDEO?
28        A     I WOULD HAVE TO LOOK AT MY NOTES TO GIVE YOU
```

1    THE SPECIFIC DATE.

2         Q    WOULD THAT REFRESH YOUR RECOLLECTION?

3         A    YES.

4         MS. KIM:  WITH THE COURT'S PERMISSION.

5         THE COURT:  YES.  WHILE THE DETECTIVE IS DOING SO,

6    GOING BACK TO THE REQUEST FOR MEDIA COVERAGE, I HAVE THE

7    REQUEST.  I DON'T HAVE AN ORDER ATTACHED.  I HAVE

8    ATTACHED THE EARLIER ORDER OR ORDERS OF JUDGE HANASONO.

9    IF USC ANNENBERG HAS SUBMITTED THE REQUEST, WHICH I SEE,

10   IT HASN'T BEEN FILE STAMPED IN THIS COURT AND I NEED

11   SOMETHING NEW THAT WAS NOT ACTUALLY DONE BY JUDGE

12   HANASONO.

13        THE WITNESS:  (EXAMINING DOCUMENT)  APRIL 24, 2017.

14        Q    BY MS. KIM:  WAS THAT THE ONLY TIME YOU

15   REVIEWED THAT VIDEO?

16        A    I HAVE APRIL 25, AND APRIL 26, AND APRIL 27.

17   DO YOU WANT ME TO LOOK FOR THE SPECIFIC VIDEO THAT YOU

18   ARE ASKING ME ABOUT?

19        Q    DO YOUR NOTES REFLECT THAT?

20        A    YES.

21        MS. KIM:  WITH THE COURT'S PERMISSION, IF THAT

22   REFRESHES THE WITNESS'S RECOLLECTION.

23        THE COURT:  PLEASE.

24        THE WITNESS:  (EXAMINING DOCUMENTS)

25        Q    BY MS. KIM:  DETECTIVE GAMINO, DID YOU REVIEW

26   YOUR NOTES IN FRONT OF YOU?

27        A    YES, I DID.  I SAW THAT VIDEO ON APRIL 27,

28   2017.

1    Q    CAN YOU DESCRIBE TO THE COURT WHAT YOU SAW IN

2  THAT VIDEO THAT DEPICTS THE OUTSIDE PART OF BANDITOS BAR?

3    A    THAT PART OF THE VIDEO IS WHEN THE VICTIM AND

4  MR. PREMJEE WALK OUT OF BANDITOS WHERE THEY ENCOUNTER

5  KAAVYA, WHO WAS ALREADY OUTSIDE.  THE THREE APPEAR TO GET

6  TOGETHER AND APPEAR TO BE TALKING TO EACH OTHER.

7             AMONGST THE THREE, AT ONE POINT WHEN MR.

8  PREMJEE HAS HIS BACK TURNED TO THE VICTIM, SHE MAKES A

9  GESTURE WITH HER HAND DIRECTING THE GESTURE AT WHAT

10  APPEARS TO BE TO KAAVYA.

11    Q    CAN YOU SHOW THE COURT WHAT THAT GESTURE IS?

12    THE COURT:  AND DESCRIBE IT, IF YOU ARE ABLE.

13    THE WITNESS:  YES.  WHAT I SAW THE VICTIM DOING IS

14  EXTEND HER RIGHT INDEX FINGER, AND SHE PUT HER INDEX

15  FINGER THROUGH HER LEFT INDEX FINGER AND THUMB AND MADE A

16  MOTION, IN AND OUT MOTION, WITH HER HAND.

17    THE COURT:  THANK YOU.

18    MS. KIM:  THANK YOU, YOUR HONOR.

19    Q    DOES SHE DO THAT ONCE OR MORE THAN ONCE?

20    A    SHE DOES THAT TWICE.

21    Q    DURING THAT TIME WHERE SHE DOES THAT GESTURE,

22  HOW DOES ARSHIA APPEAR IN THE VIDEO?

23    THE COURT:  I DON'T UNDERSTAND THE QUESTION.

24    Q    BY MS. KIM:  IS SHE STANDING STRAIGHT?

25    A    SHE WAS MOVING AROUND WHEN SHE MADE THAT

26  GESTURE.

27    Q    AFTER SHE MADE THE FIRST GESTURE, DID YOU

28  NOTICE ANYTHING ABOUT HER MOVEMENTS?

```
 1         A     YES.  I CAN'T REMEMBER IF SHE MOVED TO THE
 2    LEFT OR THE RIGHT, BUT SHE MOVED TO ONE OF THOSE
 3    DIRECTIONS TO MAKE THAT GESTURE AGAIN TO KAAVYA.
 4         Q     IN THE VIDEO, DOES THE DEFENDANT EVER TURN
 5    AROUND AND APPEAR TO SEE THE GESTURE?
 6         A     NO.
 7         Q     FOR BOTH TIMES?
 8         A     FOR BOTH TIMES.
 9         Q     DID YOU REVIEW THIS VIDEO WITH ARSHIA
10    RECENTLY?
11         A     I BELIEVE, YES, JUST LAST WEEK ON JULY 19.
12         Q     HOW DID YOU CONDUCT THIS INTERVIEW?
13         A     THROUGH THE WEBCAM APPLICATION SKYPE.
14         Q     IS THAT S-K-Y-P-E, CORRECT?
15         A     CORRECT.
16         Q     DURING THIS INTERVIEW DID YOU SHOW HER THE
17    IMAGE THAT YOU JUST DESCRIBED TO THE COURT?
18         A     YES, I DID.
19         Q     WHAT, IF ANYTHING, DID SHE TELL YOU ABOUT
20    THAT GESTURE?
21         A     UPON SEEING THAT, SHE INDICATED THAT SHE HAS
22    NO MEMORY OF DOING THAT AND FELT EMBARRASSED.
23         Q     DID YOU SPEAK TO A DR. SHABANZADEH?  I'LL
24    SPELL THE LAST NAME, YOUR HONOR.  S-H-A-B-A-N-Z-A-D-E-H.
25         A     YES, I DID.
26         Q     AND WHEN DID THIS INTERVIEW TAKE PLACE?
27         A     LAST THURSDAY.  I BELIEVE IT IS ALSO JULY 19.
28         Q     DOES JULY 20 AROUND 10:00 A.M. SOUND MORE
```

```
 1        Q      LET ME JUST SKIP TO ANOTHER AREA BRIEFLY.   ON

 2   THE 19TH, YOU TALKED TO HER.  MAY I HAVE A MOMENT, YOUR

 3   HONOR?

 4        THE COURT:  YES, PLEASE.

 5        Q      BY MR. BRAUN:  NOW, WHEN YOU TALKED TO ARSHIA

 6   ON APRIL 1ST, WHEN WAS THE NEXT TIME YOU TALKED TO HER?

 7        A      THAT AFTERNOON.  THAT SAME AFTERNOON OF THE

 8   1ST.

 9        Q      THEN WHEN WAS THE NEXT TIME YOU TALKED TO

10   HER?

11        A      DURING A FOLLOW-UP INTERVIEW WITH HER ON

12   CAMPUS.

13        Q      THAT WAS APRIL 4TH?

14        A      CORRECT.

15        Q      DID SHE TELL YOU SHE HAD BEEN IN

16   COMMUNICATION WITH MR. PREMJEE?

17        A      SHE TOLD ME ON APRIL 1ST IN THE AFTERNOON

18   THAT SHE RECEIVED A MESSAGE FROM MR. PREMJEE REGARDING

19   HER PURSE AND HER JACKET.

20        Q      DID SHE SHOW YOU THE MESSAGE SHE SENT TO MR.

21   PREMJEE?

22        A      NO.

23        Q      DID SHE TELL YOU SHE SENT A MESSAGE TO MR.

24   PREMJEE SAYING, "HI, DUDE"?

25        A      I LATER ASKED IF SHE HAD ANY CONTACT WITH

26   HIM, WITH MR. ARMANN.  AND IF SHE DID, WHAT WAS THE

27   CONTENT OF THOSE MESSAGES.

28        Q      DID SHE GIVE THEM TO YOU?
```

```
 1        A      SHE E-MAILED THEM.

 2        Q      SHE SAID TO HIM, "HEY, DUDE.  THEY SAY WE

 3   FUCKED."

 4        A      I HAVE A COPY IN MY BOOK.  I CAN REFER TO

 5   WHAT EXACTLY IT SAID BETWEEN HER AND MR. ARMANN.  IT WAS

 6   MORE THAN JUST THAT.

 7        Q      DO YOU WANT TO LOOK AT YOUR BOOK SO WE GET

 8   THE EXACT DATE?

 9        A      YES.  (EXAMINING DOCUMENT)

10        Q      DO YOU HAVE A COPY OF HER E-MAIL?

11        A      YES.

12        Q      WHAT IS THE DATE ON THAT E-MAIL?

13        A      IT DOESN'T HAVE THE DATE.  IT FIRST STARTS

14   OFF WITH THE WORD "DUDE."  THE FIRST DATE IS APRIL 2ND,

15   2017.

16        Q      SHE SAYS TO MR. PREMJEE, SHE CALLS HIM DUDE,

17   RIGHT?

18        A      YES.

19        Q      AND THEN SHE SAYS, "I WAS TOLD THAT I WAS

20   WITH YOU FRIDAY NIGHT.  I WAS ALSO TOLD THAT WE FUCKED."

21   DID SHE TELL YOU THAT'S THE MESSAGE SHE SENT TO HIM?

22        A      YES.  SHE SAYS, "I DO NOT REMEMBER BECAUSE I

23   WAS VERY OUT OF IT.  OBVIOUSLY OUT OF IT."  YOU LEFT THAT

24   PART OUT, SIR.

25        Q      THAT IS NOT UNUSUAL, IS IT, BECAUSE YOU HAVE

26   TALKED TO HER CLOSEST FRIEND WHO SAID SHE COULD BE

27   FUNCTIONING ON ONE DAY AND COMPLETELY --

28        A      WHICH FRIEND ARE YOU REFERRING TO?
```

1    MS. KIM:  OBJECTION.  ARGUMENTATIVE.

2    THE COURT:  SUSTAINED.  YOU MAY REFINE THE

3    QUESTION, IF YOU WISH.

4    Q    BY MR. BRAUN:  DID YOU ASK HER WHY SHE WOULD

5    REFER TO MR. PREMJEE AS DUDE?

6    A    NO.

7    Q    DID YOU ASK HER WHY SHE WOULD SAY SOMETHING

8    LIKE, "WE FUCKED"?

9    A    IT IS MORE THAN JUST THAT.

10   Q    SHE IS CLAIMING SHE CAN'T REMEMBER ANYTHING?

11   A    CORRECT.

12   Q    YOU BELIEVED HER, CORRECT?

13   MS. KIM:  OBJECTION.  RELEVANCE.

14   THE COURT:  SUSTAINED.

15   Q    BY MR. BRAUN:  NOW, WHEN YOU SAW THESE

16   PICTURES WITH HER MAKING THIS SEXUAL GESTURE TWICE, DID

17   YOU PUT THAT INTO ANY REPORT?

18   A    NO.

19   Q    WHEN DID YOU FIRST TELL THE D.A.'S OFFICE

20   ABOUT THIS?

21   A    AFTER REVIEWING THE VIDEO.

22   Q    THAT IS BEFORE THE CASE WAS FILED?

23   A    MY FOLLOW-UP REPORT IS DATED APRIL 12, I

24   BELIEVE.  I DIDN'T REVIEW THE VIDEO UNTIL APRIL 27.

25   Q    SO YOU SUBMITTED THE REPORT TO THE D.A.

26   BEFORE YOU REVIEWED THE VIDEO?

27   A    CORRECT.

28   Q    DID YOU THEN DO A REPORT TO THE D.A. SAYING,

1   "HEY, WE HAVE GOT AN ALLEGED VICTIM MAKING THE

2   INTERCOURSE SIGN TWICE TO THE POSSIBLE DEFENDANT"?

3       A    WE SPOKE ABOUT IT.

4       Q    IT WAS NOT PUT IN ANY REPORT?

5       A    NO.

6       THE COURT:  THAT IS A DOUBLE NEGATIVE.  WAS IT PUT

7   IN ANY REPORT?

8       THE WITNESS:  NO, SIR.

9       Q    BY MR. BRAUN:  SO IT WAS NOT UNTIL JULY 19

10  THAT YOU THEN CONTACTED ARSHIA TO ASK HER ABOUT THIS

11  SEXUAL SYMBOL; IS THAT CORRECT?

12      A    I ASKED HER ABOUT THE VIDEO.

13      Q    WHAT OTHER PORTIONS OF THE VIDEO DID YOU

14  OBSERVE?  DID YOU WATCH THE WHOLE VIDEO?

15      A    ARE YOU TALKING ABOUT THAT SPECIFIC VIDEO OR

16  ALL VIDEOS?

17      Q    DID YOU LOOK AT ALL VIDEOS?

18      A    YES.

19      Q    YOU SAW ARSHIA DRINKING IN THE VIDEO?

20      A    YES, I DID.

21      Q    YOU COULD SEE HOW MANY DRINKS SHE HAD?

22      A    YES, I DID.

23      Q    YOU COULD SEE HER GO ACROSS THE FLOOR TO MEET

24  MR. PREMJEE, CORRECT?

25      A    YOU COULD SEE HER WALKING TO WHAT I WOULD

26  DESCRIBE AS THE WEST SIDE OF THE BAR INSIDE BANDITOS

27  WHERE A LARGE GROUP OF PEOPLE WERE GATHERING, DANCING.

28  THAT IS WHERE MR. PREMJEE WAS.

1    PREMJEE TOLD YOU THAT THERE WERE TWO UBER DRIVERS?

2        MS. KIM:  I OBJECT AS TO THE DEFENDANT'S STATEMENTS

3    COMING IN.

4        THE COURT:  OVERRULED.  UNDER NEINHOUSE, YOU MAY

5    ANSWER.

6        THE WITNESS:  YES.

7        Q      BY MR. BRAUN:  AND HE GAVE YOU HIS CELL PHONE

8    TO EXAMINE AND WAIVED ANY RIGHTS, AND YOU WERE ABLE TO

9    DETERMINE WHO THE UBER DRIVERS WERE FROM HIS CELL PHONE,

10   CORRECT?

11       A      YES.

12       Q      NOW, THE FIRST UBER DRIVER YOU AND YOUR

13   PARTNER LOCATED WAS THE ONE THAT TOOK THEM FROM BANDITOS

14   TO THE FRATERNITY HOUSE, CORRECT?

15       A      YES.

16       Q      AND YOU INTERVIEWED THAT UBER DRIVER,

17   CORRECT?

18       A      YES.

19       Q      AND THAT UBER DRIVER REMEMBERED THEM; DID HE

20   NOT?

21       A      YES.

22       Q      WHAT HE REMEMBERED WAS SHE WAS JUMPING UP ON

23   MR. PREMJEE'S LAP, SPREADING HER TWO LEGS, AND PUSHING

24   HER PELVIS AGAINST MR. PREMJEE; IS THAT CORRECT?

25       A      YES.

26       Q      DID YOU EVER ASK ARSHIA WHETHER SHE RECALLS

27   JUMPING ON MR. PREMJEE IN THE UBER, IN THE FIRST UBER,

28   SPREADING HER LEGS AND PUSHING HERSELF UP AGAINST MR.

1   PREMJEE?

2       A    NO.

3       Q    YOU JUST ACCEPTED THE FACT SHE SAID, "I NEVER

4   REMEMBER ANYTHING AFTER BANDITOS," RIGHT?

5       MS. KIM:  OBJECTION.  ARGUMENTATIVE.

6       THE COURT:  SUSTAINED.

7       Q    BY MR. BRAUN:  THE SECOND UBER DRIVER, WERE

8   YOU ABLE TO LOCATE THAT PERSON?

9       A    YES.

10      Q    THAT PERSON DID NOT HAVE ANY MEMORY OF THIS

11  PARTICULAR COUPLE GOING FROM THE FRATERNITY HOUSE TO THE

12  DORM, DID THEY?

13      A    HE DID NOT HAVE ANY MEMORY, NO.

14      Q    BUT WE NOW KNOW FROM ONE OF THE PEOPLE'S

15  WITNESSES THAT IN THE SECOND UBER THEY HAVE TESTIFIED

16  HERE, ARSHIA GOT IN THE BACK SEAT AND MR. PREMJEE GOT IN

17  THE FRONT SEAT, CORRECT?

18      A    THAT'S WHAT THE WITNESSES TESTIFIED TO.

19      Q    YOU HAVE NO REASON TO DISBELIEVE THAT

20  PARTICULAR WITNESS, CORRECT?

21      MS. KIM:  OBJECTION.  RELEVANCE.

22      THE COURT:  SUSTAINED.

23      Q    BY MR. BRAUN:  NOW, SO WHAT YOU KNOW THEN IS

24  WHEN MR. PREMJEE IS SITTING IN THE FRONT OF THE UBER AND

25  MS. ARSHIA IS SITTING IN THE BACK, THE CONFIGURATION

26  WOULD MAKE IT DIFFICULT FOR HER TO START JUMPING ON HIM,

27  SPREADING HER LEGS, AND PUSHING HERSELF INTO HIS BODY,

28  CORRECT?

```
 1        A     I DON'T BELIEVE WE TALKED ABOUT HIM HAVING A

 2   PHYSICAL EXAM.  HE ALREADY HAD SUBMITTED TO ONE EARLIER.

 3        Q     SO YOU ALREADY HAD INFORMATION THAT PURSUANT

 4   TO THE POLICE REQUEST, HE HAD SUBMITTED TO AN EXAM?

 5        MS. KIM:  OBJECTION.  ASSUMING FACTS NOT IN

 6   EVIDENCE.

 7        THE COURT:  SUSTAINED.  I DON'T KNOW WHO IS THE

 8   DECLARANT, WHEN, HOW, WHERE.  THANK YOU.

 9        Q     BY MR. BRAUN:  SO YOU MEET HIM IN THE LOCKUP.

10   DID YOU TAKE HIM TO AN INTERROGATION ROOM?

11        A     I TOOK HIM TO AN INTERVIEW ROOM.

12        Q     INTERVIEW ROOM.  THAT IS RECORDED, OF COURSE?

13        A     YES.  THE INTERVIEW WAS RECORDED.

14        Q     YOU WERE THERE, AND YOUR PARTNER WAS THERE?

15        A     CORRECT.

16        Q     HE GAVE YOU A COMPLETE STATEMENT, CORRECT?

17        A     YES.

18        Q     YOU HAVE AN AUDIO RECORDING OF THAT, CORRECT?

19        A     YES.

20        Q     AND HE ADMITTED TO HAVING SEX WITH ARSHIA,

21   CORRECT?

22        A     YES.

23        Q     AND HE SAID IT WAS VOLUNTARY, CORRECT?

24        A     YES.

25        Q     YOU WENT THROUGH FROM BANDITOS, WHAT HAPPENED

26   AT BANDITOS, CORRECT?

27        A     YES.

28        Q     HE TOLD YOU THAT SHE BASICALLY CAME ON TO HIM
```

1  AT BANDITOS?

2       A    HE SAID THAT SHE HAD PUT HER ARMS AROUND HIS

3  NECK AT BANDITOS AND KISSED HIM ON THE NECK.

4       Q    DID HE SAY THAT THEY THEN TOOK AN UBER TO THE

5  FRATERNITY HOUSE?

6       A    YES.

7       Q    DID HE TELL YOU HE WAS ACTUALLY RELUCTANT TO

8  HAVE SEX WITH HER?

9       A    AT SOME POINT IN THE INTERVIEW HE SAID THAT,

10  YES.

11       Q    BECAUSE SHE HAD BEEN DRINKING, CORRECT?

12       A    YES.

13       Q    HE SUGGESTED TO HER MAYBE SHE SHOULD SLEEP IT

14  OFF, AND THEN TAKE TELEPHONE NUMBERS AND MAYBE DECIDE THE

15  NEXT MORNING WHETHER TO HAVE SEX.  ISN'T THAT WHAT HE

16  SAID?

17       A    YES.

18       Q    THEN THEY GOT TO THE FRATERNITY HOUSE, AND

19  SOME OF THE FRATERNITY BROTHERS DIDN'T LIKE THE FACT

20  THERE WAS AN INTOXICATED WOMAN THERE, CORRECT?

21       A    YES.

22       Q    DID HE TELL YOU ABOUT HOW SHE WAS JUMPING ALL

23  OVER HIM IN THE UBER?

24       MS. KIM:  YOUR HONOR, I OBJECT AS TO DEFENDANT'S

25  STATEMENTS COMING IN AGAIN.

26       MR. BRAUN:  THIS IS 115.  IT CUTS BOTH WAYS.

27       THE COURT:  THE CASE OF NEINHOUSE VERSUS SUPERIOR

28  COURT IS FAR-REACHING AND FAR-RANGING, SO I'M GOING TO

SUPERIOR COURT OF THE STATE OF CALIFORNIA



FOR THE COUNTY OF LOS ANGELES

DEPARTMENT 110                HON. MICHAEL E. PASTOR, JUDGE

THE PEOPLE OF THE STATE OF      )
CALIFORNIA,                     )
                                )
                PLAINTIFF,      )
                                )
         VS.                    )   NO. BA456846-01
                                )
ARMANN KARIM PREMJEE,           )
                                )
                DEFENDANT.      )   VOLUME 2 OF 2
                                )
_____)

REPORTER'S TRANSCRIPT OF PRELIMINARY HEARING

JULY 25 AND 26, 2017

APPEARANCES:

FOR THE PEOPLE:        JACKIE LACEY, DISTRICT ATTORNEY
                       BY:  LANA KIM, DEPUTY
                       211 WEST TEMPLE STREET, SUITE 200
                       LOS ANGELES, CA 90012

FOR THE DEFENDANT:     HARLAND BRAUN, ESQ.
                       BRAUN & BRAUN, LLP
                       10250 CONSTELLATION BLVD.
                       SUITE 1020
                       LOS ANGELES,CA 90067

REPORTED BY:        MAVIS THEODOROU, CSR #2812
                    ʹOFFICIAL REPORTER

1      A      YES.

2      Q      BUT YOU HADN'T LOOKED AT SURVEILLANCE VIDEOS

3  AT THE TIME YOU DID THE INTERVIEW WITH THE DRIVER, DID

4  YOU?

5      A      THAT IS THE DATE OF THE REPORT.

6      Q      THE DATE OF THE INTERVIEW IS THE 17TH OF

7  APRIL, CORRECT?

8      A      CORRECT.

9      Q      AND YOU HADN'T LOOKED AT VIDEOS, THE SEXUAL

10  PART, OR AT LEAST THE VIDEOS YOU STARTED ON THE 24TH OF

11  APRIL, CORRECT?

12      A      THAT IS WHAT MY NOTES SAY, BUT I COULD HAVE

13  STARTED PRIOR TO THAT.

14      Q      SO YOUR NOTES SAY YOU STARTED ON THE 24TH,

15  BUT SOMEHOW FOR AN INTERVIEW THAT OCCURRED ON THE 17TH

16  YOU HAVE REFERRED TO THE VIDEO SURVEILLANCE CAMERAS,

17  CORRECT?

18      A      CORRECT.

19      Q      BUT YOU TOLD US YOU HADN'T EVEN STARTED

20  LOOKING AT THEM UNTIL THE 24TH.

21      MS. KIM:  OBJECTION.  ARGUMENTATIVE.

22      THE COURT:  OVERRULED.

23      THE WITNESS:  NO.  I THINK WHAT I SAID WAS I SENT

24  SOMEBODY OUT ON THE 6TH, AND I STARTED VIEWING SOME OF

25  THE CAMERAS ON THE 24TH.  I COULD HAVE LOOKED AT THEM

26  PRIOR TO THE 24TH AND NOT MADE A NOTE OF IT.  THAT IS WHY

27  I PUT IT IN THIS REPORT.

28      Q      BY MR. BRAUN:  HOW MANY HOURS OF RECORDINGS

```
 1        A       APRIL 27.

 2        Q       BUT THAT IS NOT ACCURATE, IS IT?

 3        A       IT IS ACCURATE IN THE SENSE THAT ON THAT DAY,

 4   I VIEWED THAT.  BUT I CAN ALSO ASSURE YOU THAT I VIEWED

 5   IT PRIOR TO THAT.  THAT I DON'T HAVE A RECORD OF WHEN I

 6   VIEWED IT, BUT ON THAT DAY I DID RECORD WHEN I SAW THAT.

 7        Q       WHEN YOU SAY YOUR REPORT FROM MAY 31ST OF

 8   YOUR INTERVIEW OF APRIL 17, THAT WOULD INDICATE THAT YOU

 9   LOOKED AT THAT PARTICULAR SCENE PRIOR TO APRIL 17,

10   CORRECT?

11        MS. KIM:  OBJECTION.  ARGUMENTATIVE.

12        THE COURT:  OVERRULED.

13        THE WITNESS:  IT IS A LIKELIHOOD, YES.

14        Q       BY MR. BRAUN:  AND WHEN SAW THAT ON APRIL 17,

15   YOU ALSO SAW JUST BEFORE THAT INSTANT, YOU SAW THE SEXUAL

16   SIGNAL, CORRECT?

17        A       CORRECT.

18        Q       SO WHEN YOU SAW THAT, DID YOU MAKE ANY REPORT

19   SAYING, "I VIEWED A TAPE.  I HAVEN'T HAD A CHANCE TO LOOK

20   AT IT ALL, BUT DEFINITELY OUR VICTIM IS MAKING THE

21   INTERCOURSE SIGN OVER THE DEFENDANT'S, MR. PREMJEE'S

22   SHOULDER."  DID YOU MAKE A REPORT OF THAT?

23        MS. KIM:  ARGUMENTATIVE AND ASKED AND ANSWERED.

24        THE COURT:  SUSTAINED.

25        Q       BY MR. BRAUN:  SO WHEN DID YOU MAKE A REPORT

26   INDICATING THAT?

27        MS. KIM:  OBJECTION.  ASKED AND ANSWERED.

28        THE COURT:  SUSTAINED.
```

```
 1          THE WITNESS:  THAT IS INCORRECT.

 2          Q     BY MR. BRAUN:  DO YOU HAVE AN EXPLANATION WHY

 3     THERE SEEMS TO BE A DIFFICULTY IN GETTING THESE THREE

 4     PIECES OF EVIDENCE DOCUMENTED AND TRANSMITTED TO THE

 5     DISTRICT ATTORNEY'S OFFICE?

 6          MS. KIM:  OBJECTION.  ARGUMENTATIVE, YOUR HONOR.

 7          THE COURT:  SUSTAINED.

 8          Q     BY MR. BRAUN:  NOW, IN YOUR JULY 19, 2017

 9     INTERVIEW OF ARSHIA S., WHICH YOU HAVE NO IDEA HOW THIS

10     CAME ABOUT, DO YOU?

11          MS. KIM:  I'M SORRY.  OBJECTION.  VAGUE.

12          THE COURT:  SUSTAINED.  IF THERE IS A PARTIAL

13     ANSWER, IT IS STRICKEN.

14          Q     BY MR. BRAUN:  NOW, YOU SAY TO ARSHIA AFTER

15     SHE TELLS YOU SHE HAS NO MEMORY, AND CORRECT ME IF I'M

16     WRONG THAT THESE ARE YOUR WORDS:

17                    "WELL, ARSHIA, YOU COULD

18                EASILY HAVE MADE THAT GESTURE.

19                BUT WHEN YOU GOT DOWN TO THE

20                DORM, YOU COULD HAVE EASILY

21                PASSED OUT.  YOU COULD HAVE

22                EASILY TOLD HIM YOU DIDN'T WANT

23                TO HAVE SEX.  THAT YOU COULD

24                HAVE DONE A NUMBER OF THINGS.

25                THE VIDEO DOESN'T NECESSARILY

26                MEAN IT IS OKAY FOR WHAT

27                HAPPENED."

28          MS. KIM:  OBJECTION.  ASKED AND ANSWERED.
```

 1          THE COURT:  OVERRULED.

 2          THE WITNESS:  THAT WOULD BE CORRECT.

 3          Q      BY MR. BRAUN:  SO YOU WERE TRYING TO GIVE

 4    ARSHIA A THEORY THAT SHE WITHDREW HER CONSENT BASED ON

 5    THE RECORDING, CORRECT?

 6          A      NO.

 7          Q      YOU CAN TELL ME.  DIDN'T YOU INTERPRET THE

 8    USE OF THE INTERCOURSE SIGN BY YOUR ALLEGED VICTIM OVER

 9    THE SHOULDER OF MR. PREMJEE AS A WAY OF EXPRESSING

10    CONSENT?

11          A      NO.  I DESCRIBED WHAT THAT GESTURE MEANS.  IT

12    DOESN'T MEAN IT IS CONSENT.

13          Q      WHAT DOES IT MEAN?

14          MS. KIM:  OBJECTION.  CALLS FOR A LEGAL CONCLUSION.

15          THE COURT:  OVERRULED.

16          Q      BY MR. BRAUN:  WHAT DOES IT MEAN WHEN A WOMAN

17    OVER THE SHOULDER OF SOMEONE SHE HAS JUST HOOKED UP WITH

18    AND IS DATING -- I WOULD SKIP THE WORD HOOKED UP.  JUST

19    MET AND IS GOING TO HIS FRATERNITY HOUSE, MAKES A SIGNAL

20    TWICE OF INTERCOURSE TO HER BEST FRIEND.

21          MS. KIM:  OBJECTION.  CALLS FOR SPECULATION.

22          THE COURT:  I'LL SUSTAIN THE OBJECTION AT THIS

23    JUNCTURE.

24          Q      BY MR. BRAUN:  LET ME ASK YOU THIS.  IN YOUR

25    TEN YEARS OF BEING AN INVESTIGATOR, HAVE YOU EVER SEEN AN

26    ALLEGED VICTIM USING THE INTERCOURSE SIGN BEFORE HAVING

27    INTERCOURSE WITH THE SUSPECT?

28          MS. KIM:  OBJECTION.  RELEVANCE.

1      THE COURT:  SUSTAINED.  350 AND 352.

2      Q      BY MR. BRAUN:  WHEN YOU INTERVIEWED ARSHIA

3   LAST WEEK, SHE DIDN'T DENY IT MEANT INTERCOURSE, DID SHE?

4      A      I'M SORRY.  CAN YOU ASK AGAIN.

5      Q      WHEN YOU INTERVIEWED ARSHIA, DIDN'T SHE SAY

6   IT OBVIOUSLY MEANS INTERCOURSE?

7      A      I DON'T REMEMBER THAT SPECIFICALLY.  IF THAT

8   IS IN YOUR NOTES, I'M NOT SURE WHAT YOU ARE REFERRING TO

9   IN YOUR HAND.

10     Q      DID YOU SAY THIS:

11              "OKAY, ARSHIA.  THE

12              QUESTION IS, OKAY, WE CAN SEE

13              WHAT IS IN THE VIDEO AND IT DOES

14              SHOW YOU MAKING A HAND GESTURE

15              STANDING BEHIND ARMANN.  DO YOU

16              REMEMBER DOING THAT?

17                 "NO, BUT IT IS SO OBVIOUS."

18              ISN'T THAT WHAT SHE SAID?

19     MS. KIM:  OBJECTION.  ASKED AND ANSWERED FROM

20   YESTERDAY, YOUR HONOR.

21     THE COURT:  OVERRULED.  YOU MAY ANSWER, PLEASE.

22     THE WITNESS:  SHE IS SAYING IT IS OBVIOUS SHE IS

23   MAKING THAT GESTURE.

24     Q      BY MR. BRAUN:  DID SHE SAY WHAT IT STOOD FOR?

25     A      I DON'T BELIEVE SHE SAID WHAT IT STOOD FOR,

26   NEITHER DO I REMEMBER HER SAYING THAT IT'S OBVIOUS SHE

27   CONSENTED.  SHE JUST SAID IT'S OBVIOUS.  BASED ON HER

28   RESPONSE, IT WAS OBVIOUS SHE MADE THAT GESTURE ONLY.

1      Q    DID YOU ASK HER, "WHEN YOU MADE THAT GESTURE,

2   WERE YOU SIGNALING CONSENT?"  DID YOU EVER ASK HER THE

3   BOTTOM LINE QUESTION?

4      MS. KIM:  OBJECTION.  RELEVANCE AND ARGUMENTATIVE.

5      THE COURT:  OVERRULED.

6      THE WITNESS:  NO.

7      Q    BY MR. BRAUN:  DID YOU ASK HER WHAT SHE MEANS

8   IN GENERAL WHEN SHE USES THAT SIGNAL?

9      MS. KIM:  OBJECTION.  RELEVANCE.

10     THE COURT:  OVERRULED.

11     THE WITNESS:  NO.

12     Q    BY MR. BRAUN:  DO YOU REMEMBER HER SAYING TO

13  YOU -- DO YOU RECALL THIS.  BUT SHE SAYS, "BUT THE VIDEO

14  IS OBVIOUS.  I DID MAKE A HAND GESTURE."

15          AND THEN THE MOTHER WHO SOMEHOW WAS AT THE

16  INTERVIEW SAYS, "BUT WERE YOU IN YOUR SENSES WHEN YOU

17  MADE THAT HAND GESTURE?"

18     MS. KIM:  OBJECTION.  ARGUMENTATIVE AS TO THE

19  MOTHER BEING PRESENT.

20     THE COURT:  SUSTAINED.

21     MS. KIM:  THANK YOU, YOUR HONOR.

22     Q    BY MR. BRAUN:  THEN DOESN'T SHE ADD, "I MUST

23  HAVE BEEN, BUT I --"

24     THE COURT:  WE NEED SOME CONTEXT.  YOU ARE STARTING

25  OFF, "DOESN'T SHE."  COULD YOU REFINE IT, PLEASE.

26     Q    BY MR. BRAUN:  OKAY.  DID SHE SAY TO YOU --

27  I'LL LEAVE OUT THE MOTHER, "BUT THE VIDEO IS VERY

28  OBVIOUS.  I DID MAKE A HAND GESTURE.  I MUST HAVE

```
 1   BEEN, BUT I WASN'T COMPLETELY DRUNK IN THE VIDEO.  I WAS

 2   ABLE TO WALK.  I JUST BLACKED OUT FOR SOME REASON."

 3             ISN'T THAT WHAT SHE TOLD YOU?

 4        A    YES.

 5        Q    SO, BASICALLY SHE TELLS YOU AS OF LAST WEEK

 6   IN THE PRESENCE OF HER MOTHER, WHO WAS PRESENT, THAT SHE

 7   DID MAKE THE SIGN AND IT'S OBVIOUS WHAT IT MEANS.  AND

 8   SHE SAYS SHE'S NOT THAT DRUNK IN THE VIDEO BUT THAT SHE

 9   SOMEHOW BLACKED OUT.  IS THAT WHAT SHE SAID?

10        MS. KIM:  OBJECTION.  ARGUMENTATIVE AS TO THE FORM

11   OF THE QUESTION, AND I OBJECT TO THE REFERENCE TO THE

12   MOTHER BEING PRESENT DURING THAT INTERVIEW.

13        MR. BRAUN:  I THINK IT IS IRRELEVANT ONLY BECAUSE

14   IT IS AN --  I THINK IF THE MOTHER HADN'T BEEN PRESENT

15   SHE WOULD HAVE SAID TO THE OFFICERS, "LET'S BE HONEST.  I

16   CONSENTED TO THIS AND I'M EMBARRASSED, BUT DON'T TELL MY

17   FAMILY."

18        THE COURT:  SUSTAINED.

19        Q    BY MR. BRAUN:  NOW, ONE OF THE THINGS THAT

20   YOU WANTED TO DETERMINE, YOU HAD INTERVIEWED TANIKA,

21   CORRECT?

22        A    AT THE HOSPITAL AT SOME TIME AFTER, YES.

23        Q    APRIL 4TH, 2017 ABOUT 3:17 P.M.  DOES THAT

24   SOUND ABOUT RIGHT?

25        A    YES.

26        Q    AND TANIKA TOLD YOU SHE WAS ONE OF THE

27   CLOSEST FRIENDS OF ARSHIA, CORRECT?

28        A    YES.
```

```
 1          Q     AND SHE WAS ONE OF THE PEOPLE THAT INITIALLY

 2    FOUND HER AFTER SHE HAD SEX WITH MR. PREMJEE AND CALLED

 3    THE RESIDENT AND SO FORTH; IS THAT CORRECT?

 4          A     SHE TOLD ME SHE FOUND HER.

 5          Q     SO NOW, THERE WERE CERTAIN THINGS THAT YOU

 6    QUESTIONED HER ABOUT.  NOW, ONE THING YOU QUESTIONED HER

 7    ABOUT WAS WHEN SHE HEARD A MAN AND A WOMAN MOANING, DID

 8    SHE INTERPRET IT AS ENJOYING SEX, CORRECT?

 9          MS. KIM:  OBJECTION.  RELEVANCE.

10          THE COURT:  OVERRULED.

11          THE WITNESS:  I COULD HAVE ASKED HER THAT QUESTION,

12    YES.

13          Q     BY MR. BRAUN:  TO GIVE IT SOME CONTEXT, YOU

14    HAD A REPORT ANYWAY FROM YOUR OFFICERS AT THE SCENE THAT

15    TANIKA SAID SHE HEARD A MAN AND A WOMAN ENJOYING HAVING

16    SEX, MOANING, AND YOU WANTED TO CLARIFY THAT; IS THAT

17    CORRECT?

18          A     IT WOULD HAVE BEEN TO PROVIDE CLARIFICATION.

19          Q     BECAUSE IF THE ALLEGED VICTIM WAS HEARD

20    MOANING BY ONE OF HER BEST FRIENDS, ENJOYING SEX, IT

21    WOULD BE EVIDENCE OF WHETHER OR NOT THERE WAS A SEXUAL

22    ASSAULT; ISN'T THAT CORRECT?

23          MS. KIM:  OBJECTION.  CALLS FOR A LEGAL CONCLUSION.

24          THE COURT:  SUSTAINED.

25          Q     BY MR. BRAUN:  SO WHY DID YOU ASK HER WHETHER

26    SHE TOLD THE OFFICER AT THE SCENE WHETHER SHE HEARD THE

27    ALLEGED VICTIM MOANING, ENJOYING SEX?

28          A     I DON'T BELIEVE I USED THE WORD MOANING AND
```

1    ENJOYING.

2         Q     WHAT WORDS DID YOU USE?

3         A     I'M SURE I ASKED HER, "CAN YOU DESCRIBE THE

4    NOISES THAT YOU HEARD."

5         Q     DID YOU SAY TO HER, "AND IT SAYS YOU

6    INTERPRETED IT AS THE SOUND OF A MAN AND A WOMAN ENJOYING

7    SEX."  ISN'T THAT WHAT YOUR QUESTION WAS?

8         A     I WOULD HAVE TO LOOK AT WHAT SHE INITIALLY

9    REPORTED TO THE OFFICERS ON THE PRELIMINARY REPORT.

10        Q     GO RIGHT AHEAD.

11        A     (EXAMINING DOCUMENT)  I FOUND THE PART.

12        Q     AND THAT INDICATES THAT TANIKA TOLD THE

13   OFFICERS THERE AT THE SCENE SHE HEARD A WOMAN MOANING

14   ENJOYING SEX; IS THAT RIGHT?

15        A     THAT'S WHAT SHE REPORTED.

16        Q     SO THAT IS WHAT YOU WANTED TO QUESTION HER

17   ABOUT, CORRECT?

18        A     CORRECT.

19        Q     AND SHE TOLD YOU SHE ACTUALLY RECOGNIZED THE

20   MOANING AS ARSHIA, RIGHT?

21        A     IT WASN'T UNTIL AFTER SHE HEARD SOME MOANING

22   AND NOISES THAT SHE RECOGNIZED THAT TO BE ARSHIA.

23        Q     SO CORRECT ME IF I'M WRONG.  AT LEAST

24   INITIALLY WHEN SHE WAS ASKED BY L.A. POLICE DEPARTMENT,

25   SHE SAID, "YEAH, I HEARD A WOMAN ENJOYING SEX AND I

26   RECOGNIZED IT WAS MY FRIEND ARSHIA."  RIGHT?

27        A     THAT'S WHAT SHE REPORTED TO THE OFFICERS.

28        Q     AT THE SCENE, CORRECT?

```
1        A     YES.

2        Q     NOW, DIDN'T SHE TELL YOU THAT HER FRIEND

3    ARSHIA HAD A HUGE DRINKING PROBLEM?

4        MS. KIM:  OBJECTION.  ASKED AND ANSWERED AND

5    RELEVANCE.

6        THE COURT:  SUSTAINED.

7        Q     BY MR. BRAUN:  DIDN'T SHE SAY WHEN SHE MIXED

8    MARIJUANA AND ALCOHOL THAT SHE WAS OUT OF CONTROL?

9        MS. KIM:  OBJECTION.  ASKED AND ANSWERED.

10   RELEVANCE.

11       THE COURT:  OVERRULED.

12       THE WITNESS:  YES, AND THAT WAS CONCERNING.

13       Q     BY MR. BRAUN:  DIDN'T SHE SAY SHE WAS THE

14   PERSON THAT WOULD HAVE TO GO OUT AND FIND HER AND SORT OF

15   RESCUE HER, ESSENTIALLY?

16       MS. KIM:  OBJECTION.  RELEVANCE.

17       THE COURT:  OVERRULED.

18       THE WITNESS:  SHE MENTIONED THAT SHE LOOKED AFTER

19   ARSHIA FROM TIME TO TIME, YES.

20       Q     BY MR. BRAUN:  AND SOMETIMES WHEN SHE WAS IN

21   THIS STATE, SHE WOULD HAVE TO LOCK HER LEGS AROUND HER TO

22   CONTAIN HER?

23       A     I DON'T REMEMBER THAT SPECIFICALLY.  SHE

24   MIGHT HAVE SAID THAT. .

25       Q     AND SHE TOLD YOU THAT ARSHIA WOULD HAVE ONE

26   DAY SHE WOULD BE APPARENTLY OPERATING NORMALLY, AND THEN

27   THE NEXT DAY SHE WOULDN'T BE ABLE TO REMEMBER WHAT

28   HAPPENED THE PREVIOUS DAY.  DID SHE TELL YOU THAT?
```

1    CONSENT.  YOU HAVE THIS SIGN THAT MAYBE SOME MIGHT

2    INTERPRET IT TO MEAN CONSENT, CORRECT?

3          MS. KIM:  OBJECTION.  RELEVANCE.  CALLS FOR

4    SPECULATION.

5          THE COURT:  THE SUBJECT AREA HAS BEEN COVERED.

6    350, 352.  SUSTAINED.

7          Q    BY MR. BRAUN:  SO MR. PREMJEE TOLD YOU HE HAD

8    CONSENT.  SHE SAYS SHE HAS NO MEMORY?

9          A    CORRECT.

10         Q    YET, SHE MADE A SIGN OF INTERCOURSE, CORRECT?

11         A    SHE MADE A GESTURE WITH HER HAND.

12         Q    AND YOU HAVE A VIDEO OF HER AT BANDITOS,

13   CORRECT?

14         A    YES.

15         Q    YOU HAVE A VIDEO OF HER DRINKING WITHOUT MR.

16   PREMJEE BEING PRESENT, CORRECT?

17         A    THAT'S CORRECT.

18         Q    YOU HAVE A VIDEO OF HER LEADING HIM OUT OF

19   BANDITOS BY THE HAND OUTSIDE, CORRECT?

20         A    YES.

21         Q    THEN THEY GET INTO THE UBER, CORRECT?

22         A    CORRECT.

23         Q    DO YOU HAVE ANY EVIDENCE WHATSOEVER THAT

24   WOULD INDICATE THAT SHE TOLD HIM SHE DIDN'T WANT TO HAVE

25   SEX?

26         MS. KIM:  OBJECTION.  CALLS FOR A LEGAL CONCLUSION.

27   AS TO THE CHARGE, YOUR HONOR, THE VICTIM WAS UNABLE TO

28   GIVE CONSENT BECAUSE SHE WAS UNCONSCIOUS.

1    A    YES.  I CAN REFER TO MY NOTES.

2    Q    WOULD YOU REFER TO YOUR NOTES?

3    A    (EXAMINING DOCUMENT)  I FOUND A STATEMENT OR

4  A COMMENT THAT SHE MADE IN RESPONSE TO A QUESTION THAT I

5  ASKED HER.

6    Q    THIS IS ON WHICH DAY?

7    A    THIS WAS ON APRIL THE 1ST WHEN SHE WAS AT THE

8  HOSPITAL.

9    Q    YOU TAPE RECORDED THAT, CORRECT?

10    A    YES, AND I REVIEWED THAT RECORDING LAST

11  NIGHT.

12    Q    WHAT DO YOUR NOTES SAY, OR WHAT DO YOU RECALL

13  NOW?

14    A    SHE SAYS, "I THINK IT IS UNFAIR THAT SOMEONE

15  WOULD DO THAT TO ME WHEN I WAS IN THAT STATE."

16    Q    WE HAVE TO PUT THIS INTERVIEW IN CONTEXT.  AT

17  LEAST HALF OF THE INTERVIEW AT THE BEGINNING, YOU DIDN'T

18  TELL HER ANYTHING ABOUT HAVING SEX WITH ANYONE, DID YOU?

19    A    NO.  WE WERE ASKING HER QUESTIONS TO SEE WHAT

20  SHE REMEMBERED.

21    Q    YOU WERE ASKING HER ABOUT HOW MUCH SHE DRANK,

22  CORRECT?

23    A    WITHIN THOSE QUESTIONS.

24    Q    SHE HAD BEEN INJURED ON THE FACE OR

25  SOMETHING; IS THAT CORRECT?

26    A    YES.  SHE ASKED ABOUT INJURIES ON THE FACE.

27    Q    SO AT THE POINT THAT YOU STARTED ASKING HER

28  ABOUT SEX, SHE HAD ALREADY SAID, "I DON'T REMEMBER

```
1        A     ASKED WHO?

2        Q     FIRST, TANIKA.

3        A     NO.

4        Q     DID YOU ASK ARSHIA?

5        A     NO.

6        Q     WHY NOT?

7        A     AT THE TIME I JUST FELT THAT IT WASN'T

8   RELEVANT BECAUSE WE HAD INFORMATION FROM THE HOSPITAL

9   THAT SHE WAS MOSTLY SUFFERING FROM HIGH LEVELS OF ALCOHOL

10  POISONING AT THAT TIME.

11       Q     YOU ARE FAMILIAR WITH RISING ALCOHOL LEVELS;

12  ARE YOU NOT?

13       MS. KIM:  OBJECTION.  RELEVANCE.

14       THE COURT:  SUSTAINED.

15       Q     BY MR. BRAUN:  WHEN YOU TALKED TO MR.

16  PREMJEE, HE WAIVED HIS RIGHTS AND GAVE YOU A STATEMENT

17  AND ANSWERED ALL YOUR QUESTIONS; DID HE NOT?

18       MS. KIM:  OBJECTION.  ASKED AND ANSWERED.

19       THE COURT:  SUSTAINED.

20       Q     BY MR. BRAUN:  AT THE END OF YOUR INTERVIEW

21  YOU SAID TO HIM, "WELL, SHE HAD A HIGH BLOOD ALCOHOL

22  LEVEL.  SO WHAT DO YOU HAVE TO SAY ABOUT THAT?"  ISN'T

23  THAT BASICALLY WHAT YOU SAID TO HIM?

24       A     I DON'T RECALL MAKING THAT STATEMENT IF I

25  DID.

26       Q     DO YOU RECALL HIM SAYING, "WELL, MAYBE SHE

27  HAD A RISING BLOOD ALCOHOL LEVEL, BUT SHE NEVER HAD ANY

28  ALCOHOL IN FRONT OF ME."  REMEMBER HIM TELLING YOU THAT?
```

|     | CROSS-EXAMINATION (RESUMED) |
| --- | --- |
| 1 | CROSS-EXAMINATION (RESUMED) |
| 2 | BY MR. BRAUN: |
| 3 | Q      DETECTIVE, WE WILL BE PLAYING.  YOU ARE |
| 4 | FAMILIAR WITH THE VIDEO FROM BANDITOS, CORRECT? |
| 5 | A      YES, SIR. |
| 6 | THE COURT:  DETECTIVE, DO YOU ACKNOWLEDGE YOU ARE |
| 7 | STILL UNDER OATH AND STILL SWORN TO TELL THE TRUTH, SIR? |
| 8 | THE WITNESS:  YES. |
| 9 | THE COURT:  DO YOU WANT TO REASK THAT QUESTION? |
| 10 | Q      BY MR. BRAUN:  OKAY.  YOU HAVE VIEWED THE |
| 11 | ENTIRE VIDEO OFF OF BANDITOS? |
| 12 | A      YES. |
| 13 | Q      A LOT OF IT WAS IRRELEVANT TO THE CASE, |
| 14 | CORRECT?  IT IS JUST -- |
| 15 | A      I FOCUSED ON -- |
| 16 | Q      THE PEOPLE INVOLVED IN THIS CASE? |
| 17 | A      YES. |
| 18 | Q      SO WE ARE GOING TO SHOW YOU WHAT WILL BE A |
| 19 | COMPILATION OF AN INSIDE SHOT, THEN OUTSIDE SHOT.  IF YOU |
| 20 | COULD LOOK AT THAT AND SEE IF YOU COULD SEE WHAT IS GOING |
| 21 | ON THERE AND RECOGNIZE IT, IF IT IS ACCURATE AND IF THERE |
| 22 | IS ANYTHING THAT SHOULD BE ADDED BECAUSE WE DO HAVE THE |
| 23 | ENTIRE EIGHT HOURS HERE? |
| 24 | THE COURT:  SOMETHING SHOULD BE MARKED AS "D," AS |
| 25 | IN DELTA. |
| 26 | MR. BRAUN:  SHE HAS IT RIGHT HERE.  IT IS A FLASH |
| 27 | DRIVE WITH EVERYTHING ON THERE. |
| 28 | THE COURT:  SOMETHING HAS TO BE MARKED AS AN |

1   EXHIBIT.

2       MR. BRAUN:  WE WILL ASK THE COURT TO MARK THE FLASH

3   DRIVE "D," AS IN DELTA.

4       MS. KIM:  YES, YOUR HONOR.

5       THE COURT:  THE ENTIRE FLASH DRIVE IS "D," AS IN

6   DELTA.  WHEN YOU REFER TO A SPECIFIC SHOT OR SCENE, YOU

7   CAN JUST LET US KNOW.

8

9           (THE ABOVE-MENTIONED ITEM WAS MARKED

10          FOR IDENTIFICATION AS DEFENSE EXHIBIT

11          "D.")

12

13      Q    BY MR. BRAUN:  THE FOURTH ONE DOWN SAYS

14  BANDITOS VIDEO.  WOULD YOU PLAY THAT FOR THE DETECTIVE.

15

16          (DEFENSE EXHIBIT "D," VIDEO, PLAYED

17          IN OPEN COURT.)

18

19      MR. BRAUN:  COULD YOU STOP THIS FOR A SECOND?

20      MS. KIM:  YES.

21      Q    BY MR. BRAUN:  CAN YOU SEE ARSHIA IN THAT

22  VIDEO?

23      A    YES.  SHE IS HERE (INDICATING) ON THE SCREEN.

24      MS. KIM:  YOUR HONOR, FOR THE RECORD ON THE SCREEN

25  IT SAYS 23:56:15, AND CAMERA 9 ON THE BOTTOM RIGHT.  THE

26  DETECTIVE JUST POINTED TO PRETTY MUCH THE CENTER OF THE

27  SCREEN RIGHT BY THE BAR.

28      THE COURT:  THANK YOU.

```
 1    THE TOP CENTER OF THE SCREEN, TO SHOW WHERE THEY CAME
 2    FROM.  IS THAT CORRECT?
 3         MR. BRAUN:  THAT'S CORRECT, COUNSEL.
 4         THE COURT:  THIS IS AFTER MIDNIGHT 00:35:07.
 5         MS. KIM:  THANK YOU, YOUR HONOR.  SHOULD I HIT
 6    PLAY?
 7         MR. BRAUN:  YES, PLEASE.
 8
 9              (DEFENSE EXHIBIT "D," VIDEO, PLAYED
10              IN OPEN COURT.)
11
12         Q    BY MR. BRAUN:  OKAY.  WOULD YOU STOP.  YOU
13    OBSERVE NOW AT APPROXIMATELY 00:35:28, WHAT DO YOU
14    OBSERVE ARSHIA DOING WITH MR. PREMJEE?
15         A    THEY LOOK LIKE THEY ARE BOTH HUGGING EACH
16    OTHER.
17         Q    IS HER RIGHT ARM AROUND, OVER HIS SHOULDER?
18         A    IT LOOKS LIKE SHE HAS EXTENDED AND IS ABOUT
19    TO WRAP IT AROUND HIS SHOULDER.
20         MR. BRAUN:  COULD WE START AGAIN?
21         MS. KIM:  YES.
22
23              (DEFENSE EXHIBIT "D," VIDEO, PLAYED
24              IN OPEN COURT.)
25
26         THE WITNESS:  YOU CAN SEE IT MORE CLEARLY NOW AND
27    THEN SHE REMOVES IT.
28         MR. BRAUN:  OKAY.  CONTINUE.
```

```
 1              (DEFENSE EXHIBIT "D," VIDEO, PLAYED
 2              IN OPEN COURT.)
 3
 4       Q     BY MR. BRAUN:  WOULD YOU STOP.  WE ARE NOW AT
 5   00:36:53.  WOULD IT BE FAIR TO SAY THEY WERE EMBRACING
 6   SINCE THE LAST CLIP?
 7       A     YES, BUT YOU CAN'T SEE IT IN THIS CAMERA.
 8   ANOTHER CAMERA, YOU CAN SEE MR. PREMJEE LIFT ARSHIA'S
 9   LEG.  AND IN THE VIDEO THAT I JUST SAW, YOU CAN CLEARLY
10   SEE MR. PREMJEE LIKE TRYING TO HOLD ONTO HER AND THEN HE
11   LEANS DOWN.  HE PUTS HER ONTO THE COUNTER.
12       Q     OKAY.  SO SHE ENDS UP ON THE COUNTER STILL
13   HUGGING EACH OTHER.  IS THAT A FAIR STATEMENT?
14       A     YES.  IT IS RIGHT THERE.
15       MR. BRAUN:  PLEASE CONTINUE.
16
17              (DEFENSE EXHIBIT "D," VIDEO, PLAYED
18              IN OPEN COURT.)
19
20       Q     BY MR. BRAUN:  NOW, STOP, PLEASE.
21              DO YOU SEE SOMEONE COMING OVER TO THEM WHILE
22   SHE IS UP ON THE BAR?
23       A     YOU CAN SEE SOMEONE THERE IN ANOTHER CAMERA
24   VIEW.  IT APPEARS THIS PERSON LOOKS LIKE A FEMALE WHITE
25   IN THE OTHER VIDEO I SAW.  LOOKS AT THEM AND APPEARS TO
26   SAY SOMETHING.  WHAT IS SAID, I DON'T KNOW.  BUT WITHIN
27   FIVE SECONDS OR SO, SHE GETS OFF AND HE HELPS HER OFF THE
28   COUNTER.
```

1      MS. KIM:  YOUR HONOR, THE TIME STAMP IS 00:36:58

2  FOR CAMERA NO. 9, THE SAME LOCATION THAT IS DESCRIBED IN

3  THE PREVIOUS SHOT BUT THERE IS A FEMALE TO THE LEFT OF

4  THE TWO INDIVIDUALS THAT WE DESCRIBED.

5      MR. BRAUN:  CORRECT.

6      MS. KIM:  SHOULD I HIT PLAY?

7      MR. BRAUN:  YES, PLEASE.

8

9          (DEFENSE EXHIBIT "D," VIDEO, PLAYED

10          IN OPEN COURT.)

11

12     MR. BRAUN:  COULD YOU STOP.

13     MS. KIM:  DO YOU WANT ME TO GO BACK A LITTLE?

14     MR. BRAUN:  IF YOU COULD.  COULD YOU STOP, PLEASE.

15     Q    NOW, OFFICER, THIS IS AT 00:37:34.  DO YOU

16  SEE MS. ARSHIA?

17     A    ARSHIA IS RIGHT HERE, AND MR. PREMJEE IS

18  RIGHT HERE.

19     Q    WHAT IS SHE DOING.  WHERE IS HIS RIGHT HAND

20  AND WHERE IS HER LEFT HAND?

21     A    HIS RIGHT HAND IS HOLDING HER LEFT HAND.

22     Q    WHO IS GOING FIRST?

23     A    SHE IS.

24     Q    THANK YOU.

25     MS. KIM:  FOR THE RECORD THE WITNESS POINTED TO THE

26  BOTTOM PORTION OF THE SCREEN.

27     MR. BRAUN:  AGREED.

28  ///

1      MR. BRAUN:  YES, PLEASE.

2

3              (DEFENSE EXHIBIT "D," VIDEO, PLAYED

4              IN OPEN COURT.)

5

6      MR. BRAUN:  WOULD YOU STOP, PLEASE.

7      Q     OFFICER, COULD YOU IDENTIFY THE THREE

8  INDIVIDUALS THAT ARE AT 00:37:51?

9      A     THIS IS KAAVYA.  I WANT TO SAY HER LAST NAME

10  IS NAYAR.  THIS IS ARSHIA S., AND THIS IS MR. PREMJEE.

11      THE COURT:  FROM RIGHT TO LEFT.

12      MS. KIM:  YES, YOUR HONOR.  THANK YOU.

13      MR. BRAUN:  PROCEED, PLEASE.

14

15              (DEFENSE EXHIBIT "D," VIDEO, PLAYED

16              IN OPEN COURT.)

17

18      MR. BRAUN:  WOULD YOU STOP, PLEASE.

19      Q     NOW, AT 00:38:06, WOULD YOU IDENTIFY THE

20  INDIVIDUALS IN THIS PICTURE?

21      A     IN THE LOWER PORTION OF THE SCREEN HERE, WHO

22  I'M DESCRIBING FIRST IS ARSHIA S.  THE INDIVIDUAL IN THE

23  MIDDLE IS MR. PREMJEE, AND TO THE RIGHT OF MR. PREMJEE IS

24  KAAVYA.

25      Q     IN OBSERVING THE INDIVIDUAL YOU DESCRIBED AS

26  ARSHIA, IS THAT THE SIGN OR SYMBOL WE HAVE BEEN

27  DISCUSSING?

28      A     YES.

1    (DEFENSE EXHIBIT "D," VIDEO, PLAYED
2    IN OPEN COURT.)
3

4    MS. KIM:  DO YOU WANT ME TO GO BACK?
5    MR. BRAUN:  YES, IF YOU WOULD.
6

7    (DEFENSE EXHIBIT "D," VIDEO, PLAYED
8    IN OPEN COURT.)
9

10   Q    BY MR. BRAUN:  STOP, PLEASE.
11        NOW, AT 00:38:09, THE WOMAN TO THE LEFT, TO
12   OUR LEFT OF MR. PREMJEE AND TO HIS RIGHT, IS THAT ARSHIA?
13   A    YES.
14   Q    AND IS SHE THEN MAKING THE SAME SYMBOL AGAIN?
15   A    YES.
16   MR. BRAUN:  THANK YOU.  DO YOU WANT TO PROCEED.
17

18   (DEFENSE EXHIBIT "D," VIDEO, PLAYED
19   IN OPEN COURT.)
20

21   Q    BY MR. BRAUN:  WOULD YOU STOP, PLEASE.
22        OFFICER, LOOKING AT 00:38:56, IS IT FAIR TO
23   SAY MR. PREMJEE SEEMS TO BE TAKING A PICTURE OR SOMETHING
24   OF THE TWO GIRLS?
25   A    YES.
26   Q    YOU ACTUALLY OBTAINED THAT PHOTOGRAPH FROM
27   ONE OF THE OTHER WITNESSES; DID YOU NOT?
28   A    I HAVE A COPY OF THAT PHOTOGRAPH.

1      MR. BRAUN:  WOULD YOU PROCEED, PLEASE.

2

3          (DEFENSE EXHIBIT "D," VIDEO, PLAYED

4          IN OPEN COURT.)

5

6      Q    BY MR. BRAUN:  WOULD YOU STOP, PLEASE.  SO WE

7  STOPPED AT 00:39:20.  IS IT FAIR TO SAY THE UBER DRIVER

8  CAME UP.  THE DOOR WAS OPEN.  MR. PREMJEE GOT IN FIRST?

9      A    YES.

10     Q    THEN ARSHIA GOT IN THE UBER?

11     A    YES.

12    MR. BRAUN:  PROCEED.

13

14        (DEFENSE EXHIBIT "D," VIDEO, PLAYED

15        IN OPEN COURT.)

16

17     Q    BY MR. BRAUN:  OFFICER, LOOKING AT THIS --

18  WOULD YOU STOP, PLEASE.  THIS IS THE FOOTAGE THAT YOU GOT

19  FROM FLUOR TOWER; IS THAT RIGHT?

20     A    YES.

21     Q    AT THIS POINT NO ONE, NEITHER ARSHIA OR MR.

22  PREMJEE, ARE IN THE VIDEO?

23     A    NO, NOT YET.

24     Q    WHAT IS THAT?  THERE IS A STAND THERE.  IS

25  THAT THE SECURITY STAND?

26     A    THIS IS THE CHECK-IN STAND, KIOSK COUNTER,

27  IF YOU WILL.  AND THIS YOUNG LADY -- FIRST NAME IS

28  RANESHA.  I FORGET HER LAST NAME.  SHE IS THE ONE WHO

1  EVENTUALLY SIGNS IN BOTH ARMANN AND ARSHIA.

2      MS. KIM:  FOR THE RECORD THE TIME STAMP IS 1:03:49.

3  BOTTOM LEFT SAYS FLT-9-SECURITY DESK.  THE WITNESS

4  POINTED TO THE CENTER, A LITTLE TO THE RIGHT PORTION OF

5  THE SCREEN WHERE THERE APPEARS TO BE ALMOST LIKE A PODIUM

6  WITH A BLACK FEMALE SITTING OR STANDING BEHIND IT.

7      THE COURT:  THANK YOU.

8

9          (DEFENSE EXHIBIT "D," VIDEO, PLAYED

10          IN OPEN COURT.)

11

12  Q      BY MR. BRAUN:  STOP, PLEASE.

13          OFFICER, WHAT IS THE TIME STAMP?

14  A      1:04 A.M. AND THREE SECONDS.

15  Q      THERE IS TWO PEOPLE OR A PERSON STANDING IN

16  FRONT OF THE STAND.  IS THAT ARSHIA?

17  A      YES.

18  Q      THEN A PERSON TO HER LEFT A COUPLE FEET AWAY.

19  IS THAT MR. PREMJEE?

20  A      YES.

21      MR. BRAUN:  MAY WE PROCEED, PLEASE.

22

23          (DEFENSE EXHIBIT "D," VIDEO, PLAYED

24          IN OPEN COURT.)

25

26  Q      BY MR. BRAUN:  WOULD YOU STOP, PLEASE.

27          NOW, THE YOUNG LADY, ARSHIA, THEN WALKS OVER

28  TO THE ELEVATOR AND PUSHES A BUTTON OR SOMETHING.  IS

1  THAT WHAT YOU OBSERVED?

2       A     YES.  SHE LOOKS LIKE SHE IS TRYING TO PUSH

3  THE BUTTON.

4       Q     SHE LOOKS A LITTLE TIPSY?

5       A     YES.  YOU CAN TELL SHE WAS SWAYING.

6       Q     SHE DIDN'T FALL DOWN, THOUGH, FROM THE TIME

7  SHE LEFT THE SECURITY GUARD TO GET OVER TO THE ELEVATOR,

8  DID SHE?

9       A     NO.

10      MS. KIM:  JUST FOR THE RECORD THE TIME STAMP IS

11  1:04:20.

12

13            (DEFENSE EXHIBIT "D," VIDEO, PLAYED

14            IN OPEN COURT.)

15

16      Q     BY MR. BRAUN:  WOULD YOU STOP, PLEASE.

17            DID YOU SEE HER SIGNAL MR. PREMJEE WITH HER

18  LEFT ARM?

19      A     I SAW ARSHIA EXTEND HER LEFT ARM.  I DON'T

20  RECALL SEEING HER MOVE HER HAND.

21      Q     THEN MR. PREMJEE CAME OVER.  SHE PUT HER LEFT

22  ARM AROUND MR. PREMJEE?

23      A     YES.

24      MR. BRAUN:  DID WE PUT THE TIME STAMP?

25      MS. KIM:  WE CAN DO IT.  FOR THE RECORD IT IS

26  1:04:33.

27      Q     BY MR. BRAUN:  SO THEY GET IN THE ELEVATOR

28  AND THAT IS THE END OF THIS VIDEO?

1  CASES DEALING WITH THE NATURE OF ANY EVIDENCE TO

2  ESTABLISH A PRIMA FACIE CASE, EITHER DESCRIPTIONS OF THE

3  ACTUAL ACT IN VIEW OF THE UNDERLYING CIRCUMSTANCES, ANY

4  TESTIMONY AND FINDINGS REGARDING CREDIBILITY, PHYSICAL

5  EVIDENCE WHICH THERE DOES NOT APPEAR TO BE ANY IN THIS

6  CASE.

7           SO WITH THAT IN MIND, I AM NOT OF THE OPINION

8  THAT A PENETRATION HAS BEEN ESTABLISHED.  AND FOR THAT

9  REASON, I DO NOT BELIEVE THE PEOPLE HAVE MET THEIR

10  BURDEN, HOWEVER MINIMAL IT MAY BE.

11           SECONDARILY, WITH REGARD TO ANY ISSUE AS TO

12  CONSENT, I AM FAMILIAR WITH BOTH THE CAL CRIM AND CALJIC

13  JURY INSTRUCTIONS AS REPRESENTED BY BOTH COUNSEL.  I LOOK

14  TO THE TOTALITY OF THE EVIDENCE IN THIS CASE, NOT ANY

15  INDIVIDUAL ASPECT OF EVIDENCE.  AND AS I EVALUATE THE

16  TOTALITY OF THE EVIDENCE FROM THE INITIAL ENCOUNTER

17  BETWEEN ARSHIA AND THE DEFENDANT, MR. PREMJEE, I BELIEVE

18  THAT THERE WAS CONSENT AND THERE REMAINED CONSENT

19  THROUGHOUT THE UNFORTUNATE INCIDENTS IN THIS CASE.

20           THERE IS NO INDICATION OF ANY WITHDRAWAL OF

21  CONSENT.  THERE IS A VERY STRONG INDICATION THAT THE

22  ALLEGED VICTIM IN THIS CASE WAS THE INITIATOR OF ANY

23  CONDUCT BETWEEN THE DEFENDANT AND THE ALLEGED VICTIM.

24  AND, YES, THAT DOESN'T MEAN NECESSARILY BECAUSE THE

25  ALLEGED VICTIM WAS THE INSTIGATOR OF ANY CONDUCT, BUT IT

26  IS A FACT TO BE EVALUATED, AND THE CONTINUING NATURE OF

27  CONSENT IS EVIDENT TO THIS COURT.

28           ONE CAN SPECULATE.  ONE CAN SURMISE, BUT THAT

1        SUPERIOR COURT OF THE STATE OF CALIFORNIA

2           FOR THE COUNTY OF LOS ANGELES

3 DEPARTMENT 110        HON. MICHAEL E. PASTOR, JUDGE

4

5 THE PEOPLE OF THE STATE OF CALIFORNIA,)
                        )

6              PLAINTIFF,  )

7         VS.               )   NO. BA456846-01

8 ARMANN KARIM PREMJEE,      )
                        )   REPORTER'S

9            DEFENDANT.  )   CERTIFICATE
  _____)

10

11

12       I, MAVIS THEODOROU, OFFICIAL REPORTER OF THE

13 SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR THE COUNTY

14 OF LOS ANGELES, DO HEREBY CERTIFY THAT THE FOREGOING

15 PAGES 1-311, COMPRISE A TRUE AND CORRECT PARTIAL

16 TRANSCRIPT OF THE PROCEEDINGS OF JULY 24, 25 AND 26,

17 2017.

18       DATED THIS 28TH DAY OF AUGUST, 2017.

19

20

21        _Mavis Theodorou_

22       MAVIS THEODOROU, CSR, OFFICIAL REPORTER

23

24

25

26

27

28