# EXHIBIT C

(Gamino Deposition Excerpts)

Atkinson-Baker, Inc.
www.depo.com

```
 1              SUPERIOR COURT OF CALIFORNIA
 2             FOR THE COUNTY OF LOS ANGELES
 3
 4   ARMAAN PRENJEE,            )
                                )
 5                   Plaintiff, )
                                )
 6      vs.                     ) Case No. 18CV04998
                                )
 7   CITY OF LOS ANGELES,       )
                                )
 8                   Defendant. )
     _____)
 9
10
11
12
13                     DEPOSITION OF
14                     OSCAR GAMINO
15                 GLENDALE, CALIFORNIA
16                   APRIL 17, 2019
17   ATKINSON-BAKER, INC.
     (800) 288-3376
18   WWW.DEPO.COM
19
20
21
22
23
24   REPORTED BY: WHITNEY SAIZ-HARDWICK, CSR NO. 13747
25   FILE NO: AD037C0
```

CERTIFIED COPY

Atkinson-Baker, Inc.
www.depo.com

```
 1        MS. SARMIENTO:  Same objection.
 2             You can answer.
 3        THE WITNESS:  Yes.
 4   BY MR. GALIPO:
 5     Q   Okay.  Is part of your job, as you understand it, to
 6   also turn over exculpatory evidence?
 7     A   Yes.  Every detective knows that.
 8     Q   Okay.  What is your general understanding of what
 9   exculpatory evidence is?
10     A   My understanding of exculpatory evidence is evidence      09:43:53
11   that can exonerate someone, prove that a crime didn't occur.
12   Maybe even show that a person that is being charged with a
13   crime may have not been at a particular location, may also
14   show someone else who committed the crime, things of that
15   nature that would show that a particular person under
16   investigation would have not been responsible for a
17   particular crime.
18     Q   Okay.  And do you understand when you're doing an
19   investigation on a potential sexual assault one of the things
20   that you have to consider is exculpatory evidence?              09:44:37
21     A   That's considered in every case.
22     Q   Okay.  And if you find exculpatory evidence, is it
23   your general understanding that you should include that in
24   your reports?
25     A   Yes.
```

Atkinson-Baker, Inc.
www.depo.com

```
 1     A    Yes.  But in -- in -- in a case like that or a
 2  charge like that, oftentimes -- I've had, for example, other
 3  cases in the past where a woman suspects that she may have
 4  been the victim of a rape or a sexual assault.  But because
 5  of their memory of not being able to remember, we ask them
 6  additional questions so we try to establish the corpus of the
 7  crime.  Can we show that sex in the first place even
 8  occurred.
 9     Q    Right.
10     A    Was there a witness, was a condom present, was there       09:49:58
11  video, photographs, something like that.
12          In this case, we had -- we found a condom in the
13  dorm room of this case, so that was one of the things that
14  contributed to the corpus of the crime to show that sex did
15  actually happen.  And there was also statements from people
16  who were in the dorm room that heard things and saw things
17  that can establish that sex occurred.
18     Q    Okay.  But if one was looking, at least as you
19  understand it, to the elements of the crime, you know,
20  sometimes they list it, the elements, one would -- one of the     09:50:46
21  elements would include the sexual act and maybe another one
22  would include something to the effect of without consent?
23     A    I would have to look at the penal code.  There's --
24  there's two penal codes.  One of them is -- they're very
25  close do each other in -- in their definition.  But the
```

Case 2:18-cv-04998-AB-RAO Document 29-6 Filed 08/02/19 Page 5 of 19 Page ID #:379
Atkinson-Baker, Inc.
www.depo.com

```
 1     A     This report does not reflect anything about the
 2  video.
 3     Q     Okay.  And we're referring to Exhibit 2, the
 4  supplementary report dated April 12th, 2017.
 5     A     Correct.
 6     Q     Okay.  Did you watch the videos related to Banditos
 7  prior to turning over your materials to the district
 8  attorney's office?
 9     A     When you say "your materials," now we're talking
10  about different days.  I know that Exhibit 2 was submitted     10:39:28
11  either on the 12th or some days after that.
12     Q     Correct.
13     A     To say that I reviewed the video before this, I
14  think would be inaccurate.  Because from my memory, I believe
15  I reviewed the video in late April.
16     Q     Okay.  Well, I'm not trying to say anything.  I'm
17  just trying to ask you, because I don't know when you looked
18  at it.  I guess what I'm getting at --
19     A     I looked at the videos, if I remember correctly,
20  April 25, 26, and 27.  I spent, like, three days looking at    10:40:04
21  videos because I think there were several hours looking at
22  video.
23     Q     Okay.  So prior -- let me just ask you:  Prior to --
24  strike that.
25           Take me through the process of how -- how this
```

Atkinson-Baker, Inc.
www.depo.com

```
 1  works.  You do an investigation, you generate one or more
 2  supplemental reports, you put a packet together.  Do you --
 3  and it may depend on the case.  But do you walk it in to the
 4  district attorney and have a conversation with them?  Do you
 5  send it to them?  How does it work?
 6       A    Every case is different.  In this case, I can't
 7  speak to exact dates, but I know it would have been a phone
 8  call initially to the district attorney's office to say that
 9  we were assigned to this case.  At some point, I would relay
10  some of the facts in the case to them.  Some of their          10:41:08
11  requirements are to interview the victims in the case,
12  sometimes the -- well, in this case, and like in most cases,
13  when we call the district attorney's office, we -- the
14  initial phone call is to deputy district attorney Jody Link,
15  she is the assistant head DA.  She is kind of like the filter
16  there, she takes calls and we tell her, you know, ask her for
17  advise on any case, this case.  And she'll want to know more
18  about the case and, you know, we can talk to her about it in
19  person or we can meet or we can talk over the phone.  I don't
20  remember if we talked two or three times on the phone.  I     10:41:57
21  know that I did meet with her in person and the head district
22  attorney, Catherine Buckley, to discuss some of the things
23  that I had seen already on this case.
24       Q    Okay.  Do you know if you discussed -- would these
25  discussions be before formal charges were brought?
```

Atkinson-Baker, Inc.
www.depo.com

1  A    Oh, yes.

2  Q    Okay. And during some of those discussions, did you
3  let them know that there was a -- you had obtained some
4  video?

5  A    I would have most likely since I reviewed the video
6  in late April. And then I know that that they had conducted
7  an interview of the victim in this case, I believe, it was
8  early April, mid-April.

9  Q    Okay. Do you know approximately when formal charges
10 were brought against Mr. Prenjee?     10:43:00

11 A    It would have been a few days after his arrest. And
12 I say that because after Mr. Prenjee was arrested and posted
13 bail, so when that happens, you know, he gets issued a court
14 date and I believe his court date was sometime in May or
15 July. I don't recall specifically.

16 Q    Do you know approximately when Mr. Prenjee was
17 arrested?

18 A    I believe he was arrested on April the 11th.

19 Q    So you believe that he was arrested before you wrote
20 the supplemental report that's Exhibit 2?     10:43:45

21 A    I believe so, yes.

22 Q    And had you obtained the videos before he was
23 arrested?

24 A    I don't remember. I know that -- so April 1st was a
25 Saturday, Monday would have been the 3rd of April. Either

Atkinson-Baker, Inc.
www.depo.com

```
 1        A     -- move forward.
 2              Mr. Prenjee comes out of the elevator around
 3   1:28 a.m.
 4        Q     To leave?
 5        A     To leave.
 6        Q     So obviously it would have had to have happened
 7   between 1:04 and 1:28?
 8        A     Correct.
 9        Q     Okay.  And then did the witness who arrived at about
10   1:14, did she witness some of the events or some of the sex?    10:57:31
11        A     She -- she witnessed what she described was the
12   backside or the butt of a man.
13        Q     Oh, okay.
14        A     And she goes into her room.
15        Q     Okay.  Was that one of the witnesses who said they
16   heard moaning?
17        A     It would have been one, yes.
18        Q     There were several witnesses who said they heard
19   moaning?
20        A     There were several witnesses who heard noises, yes.  10:57:57
21        Q     Okay.  So at one oh -- so your understanding is the
22   sexual act would have taken place at some point between 1:04
23   and 1:28; is that fair?
24        A     I can only estimate, unless they went up there,
25   talked, whatever they did in between.
```

Atkinson-Baker, Inc.
www.depo.com

```
 1   usually not requested to go back to court until about 90 days
 2   later.  There's no urgency or necessity to complete a report
 3   immediately after watching a video, or this video in this
 4   case.
 5             It could have been because at the moment I'm trying
 6   to find out who these -- who the person was that was in this
 7   car.  It's important to locate witnesses because with the
 8   passing of time, their memory fades and they forget things.
 9   So I could have been working on other cases.  I could have
10   been assisting my partner on another case.  It's not                11:25:41
11   necessarily a requirement that I author a report immediately.
12        Q   Okay.  But you would agree, at least in this report
13   that we're looking at marked Exhibit 3, dated May 31st, 2017,
14   you're referencing at least one of the cameras outside of
15   Banditos?
16        A   Yes.
17        Q   And you would agree in this report you make no
18   reference to the gesture we've been talking about that would
19   suggest potentially consent to have sexual intercourse?
20        A   I'm looking at Page 2 --                                   11:26:19
21        Q   Take your time.
22        A   -- just to make sure there's nothing here.
23        Q   Sure.
24        A   Yes.  This report does not reference the gesture.
25        Q   Did you ever, yourself, ever show that video to one
```

Atkinson-Baker, Inc.
www.depo.com

| | | |
|---|---|---|
| 1 | A | No, that's not what I said. I said that I would |
| 2 | | like for her to see it because she is making a gesture that, |
| 3 | | you know, anybody who would see it would say that she is |
| 4 | | signaling to her friend that, you know, she wants to have |
| 5 | | sex, intends to have sex so I wanted the district attorney to |
| 6 | | know about it. |
| 7 | Q | I guess you saw that in late April, right, April |
| 8 | | 25th or 26th or 27th? |
| 9 | A | Uh-huh. |
| 10 | Q | Is that a yes? |
| 11 | A | Yes, I'm sorry. |
| 12 | Q | How soon after you saw that do you think you told |
| 13 | | the district attorney about it? |
| 14 | A | I don't remember, but it would have been soon after. |
| 15 | Q | Within a week or a few days or what would be your |
| 16 | | estimate? |
| 17 | | MS. SARMIENTO: Objection. May call for speculation. |
| 18 | | You can answer. |
| 19 | | THE WITNESS: A few days. |
| 20 | BY MR. GALIPO: | |
| 21 | Q | Okay. And then did you write your report a few days |
| 22 | | after she told you you should document it and write a report? |
| 23 | A | No. If I remember correctly, I did not document |
| 24 | | that until July. |
| 25 | Q | So if you would have seen it on April 25th, 26th, |

11:29:36 (line 10)
11:29:57 (line 20)

Case 2:18-cv-04998-AB-RAO Document 29-6 Filed 08/02/19 Page 11 of 19 Page ID #:385
Atkinson-Baker, Inc.
www.depo.com

```
 1   first to the frat house and then they basically left there to
 2   go to the Floor Tower.  Is that your understanding?
 3       A    Yes.
 4       Q    And so is it your understanding they took an Uber
 5   from Banditos to the frat house?
 6       A    Yes.
 7       Q    And then was it another Uber, if you know, from the
 8   frat house to the Floor Tower?
 9       A    Yes.
10       Q    Okay.  And at any point in time did you attempt to        12:00:28
11   see if you could contact either one of the Uber drivers?
12       A    Yes.
13       Q    Okay.  Were you able to contact one or the other?
14       A    I was able to contact both.
15       Q    Both of them, okay.
16            And were you able to speak to them?
17       A    Yes.
18       Q    Okay.  And did you write reports based on what they
19   observed?
20       A    Yes.                                                      12:00:52
21       Q    Okay.  Do you generally recall, and you could take
22   one Uber driver at a time, what they observed relative to
23   Mr. Prenjee and Arshia?
24       A    I believe the first Uber driver, when I say first
25   Uber driver, that would be the Uber that took them from
```

Case 2:18-cv-04998-AB-RAO Document 29-6 Filed 08/02/19 Page 12 of 19 Page ID #:386
Atkinson-Baker, Inc.
www.depo.com

|   |   |
|---|---|
| 1 | Banditos to the fraternity on 28th Street, I believe his |
| 2 | first name was Arthur. |
| 3 | Q    Okay. |
| 4 | A    I'm sorry. What did you -- |
| 5 | Q    What generally did they tell you they observed? |
| 6 | A    If I remember correctly, Arthur picked up Arshia and |
| 7 | Mr. Prenjee. He made I think one more stop and picked up |
| 8 | another young woman prior to arriving to the fraternity. He |
| 9 | told -- he told me that he observed Armaan and Arshia kissing |
| 10 | in the back seat. He told me that he saw Arshia, at one |
| 11 | point, straddle Armaan in the back seat. He told me that the |
| 12 | woman who got into the car, at some point at a stop, got out |
| 13 | of the back seat and sat in the front seat. He -- |
| 14 | Q    Was that another woman? |
| 15 | A    Another woman. |
| 16 | Q    All right. Maybe she felt a little uncomfortable |
| 17 | sitting back there and wanted to reposition herself? |
| 18 | A    Well, I think he just said that she wanted to move |
| 19 | to the front seat before they get to the fraternity. He |
| 20 | drops off this woman, who was in the back and then goes to |
| 21 | the front. |
| 22 | Q    I see. |
| 23 | A    And then eventually he drops Armaan -- I keep going |
| 24 | back and forth, Mr. Prenjee at his fraternity. He said that |
| 25 | he did observe that, in his opinion, that Arshia was drunk |

12:01:59

12:02:52

Case 2:18-cv-04998-AB-RAO Document 29-6 Filed 08/02/19 Page 13 of 19 Page ID #:387
Atkinson-Baker, Inc.
www.depo.com

1  and he said that her speech was slurred and he said that --
2  that she smelled of alcohol. He also said that Mr. Prenjee
3  had to help her get out of the Uber because it appeared to
4  him that she was drunk. I believe that was everything he
5  said about that ride.
6      Q    Okay. In your mind, did you necessarily equate
7  someone being drunk with someone being unconscious?
8      A    No. I would say they're two different things.
9      Q    Okay. And the part that he described about Arshia
10 straddling Mr. Prenjee, did you think that could be at least    12:04:05
11 an important factor among other factors related to the
12 consent issue?
13     A    No. I would just -- I would categorize it as her
14 kissing him, you know, aggressively, because of the way she
15 straddled him.
16     Q    Okay.
17     A    Because we really can't say, I don't think anybody
18 can say anything about consent in that particular moment.
19     Q    Okay. But straddling, just so I have it correct,
20 what I'm envisioning, I don't know if it was what was          12:04:42
21 described to you. But would the -- the straddling be
22 Mr. Prenjee sitting down somewhere in the back seat and
23 Arshia would -- straddled herself so that she is facing him
24 almost lap to lap, if you will? Is that how you understood
25 the straddling?

Atkinson-Baker, Inc.
www.depo.com

```
 1     A     Yes.
 2     Q     Okay.  And then during the straddling, there was
 3  some kissing going on, according to the Uber driver?
 4     A     Yes.
 5     Q     Okay.  Now, when -- do you know when approximately
 6  you wrote a report about the conversation you had with the
 7  Uber driver?
 8     A     I believe that was in May.  I believe it was one of
 9  the exhibits that I had mentioned earlier.
10     Q     Okay.  I think we're going to just take a peek at        12:05:49
11  some of these again.  Okay.  I'm going to finish the photos,
12  okay.
13     MR. GALIPO:  What is it up to, 8?  So let's look at 9.
14           (Plaintiff's Exhibit 9 was marked for
15            identification.)
16  BY MR. GALIPO:
17     Q     And this I think, again, is taken off the video.
18  Does it look -- you can see Arshia and Mr. Prenjee in this
19  exhibit?
20     A     Yes.                                                     12:06:28
21     Q     And it appears that Arshia is closer to the elevator
22  than Mr. Prenjee; would that be fair?
23     A     Yes.
24     Q     And does it appear in this exhibit that she is
25  extending her arm in the direction of Mr. Prenjee?
```

Case 2:18-cv-04998-AB-RAO Document 29-6 Filed 08/02/19 Page 15 of 19 Page ID #:389
Atkinson-Baker, Inc.
www.depo.com

1 Madison Seeley.
2 Q Okay. And those four interviews were recorded?
3 A Those three interviews.
4 Q Three, I mean.
5 A Yes.
6 Q And the -- did you record the entire interviews?
7 A Yes.
8 Q Did you talk to them at all about anything before --
9 related to the case, before you started the recording?
10 A No. I just -- I go on tape and let them know who I    12:23:45
11 am and why I'd like to interview them and proceed with the
12 interview.
13 Q And would it be correct to say that you read this
14 initial report, including summaries of their statements,
15 before you interviewed them?
16 A Yes.
17 Q Now, with respect to Tanika, witness three, her
18 indication in the summary that the moaning she heard sounded
19 like a male and female enjoying sex together. Did you think
20 that was important to follow up on?    12:24:22
21 A Well, as -- as a detective, any detective, we --
22 it's a common practice to go back and reinterview witnesses
23 to see if there's anything else that they want to add, if
24 there's anything about their statement that -- that is not
25 accurate, pretty much it. And then kind of go over what

Case 2:18-cv-04998-AB-RAO Document 29-6 Filed 08/02/19 Page 16 of 19 Page ID #:390
Atkinson-Baker, Inc.
www.depo.com

```
 1      Q    And they confirmed to you that, at least as they
 2  said in their original statement, they interpreted it as two
 3  people enjoying sex?
 4      A    Yes.
 5      Q    And then witness number five, she indicated, and
 6  that would be Madison, she indicated she saw I guess Arshia's
 7  legs wrapped around Mr. Prenjee's back?
 8      A    That's what she told the officer.
 9      Q    Okay.  Did you think, in looking at that, before you
10  interviewed her, that might be something important to follow        12:27:08
11  up on to the extent it relates to the consent issue or
12  whether she was actually unconscious at the time if her legs
13  were wrapped around his back?
14      A    My purpose of interviewing all of these witnesses to
15  get, again, their statement from them to find out if there is
16  anything else that needs to be added or omitted or incorrect.
17  At the time, I'm not thinking about consent.  I want to know
18  what they saw, so I can document that.
19      Q    Okay.  And did she confirm, then, again with you
20  that she did, in fact, see Arshia's legs wrapped around            12:27:49
21  Mr. Prenjee's back?
22      A    No.
23      Q    How did that come about that she --
24      A    I basically went over her statement to the officers,
25  just like I did with witness three and four when I was
```

Atkinson-Baker, Inc.
www.depo.com

```
 1      A    Most likely.  Because you would have to be in
 2   control of your body to -- to do that.
 3      Q    Would you also agree that someone moaning during sex
 4   is perhaps a -- consistent with them being conscious as well?
 5      A    No.
 6      Q    You think someone would be moaning during sex and be
 7   unconscious?
 8      A    Mr. Galipo, I've worked sexual assault cases for a
 9   long time.  And during those years that I've worked sexual
10   assault cases, I've seen videos where victims are passed out,      12:35:04
11   whether it's because of the victims being drugged or heavily
12   intoxicated and there is a man in most of the videos that I
13   saw, the man is having sex with the woman and the woman does
14   not know what is happening and she is making noises.
15           And a lot of those noises I attribute to someone who
16   is extremely drunk.  And I believe in your lifetime and
17   everybody here, we've probably seen somebody to a point where
18   they've been really drunk and they'll make these noises that
19   they're extremely drunk.  So to answer your question, to say
20   yes, I can't say that because I've seen the other side too.       12:35:46
21      Q    Okay.  So the next thing I wanted to look at is your
22   supplemental report.  So that's the April 12th, 2017, report?
23      A    Yes.
24      Q    You believe this was the first supplemental report
25   you issued in the case?
```

Atkinson-Baker, Inc.
www.depo.com

1    A    Can you repeat again?
2    Q    Yeah.
3         And I'm paraphrasing. These aren't exact words,
4    that her saying something to the effect after seeing her
5    making the gesture, do you recall her saying that to her it
6    was -- it was obvious -- it was obvious that she was, by
7    doing that gesture, it meant she wanted to have sex with
8    Mr. Prenjee?
9    A    I don't remember her saying that. I do remember her
10   saying it was obvious because we were showing her the video          14:05:15
11   and she seen herself in the video. I don't remember the
12   specific words.
13   Q    Do you recall words to that effect?
14   A    Can you repeat it again.
15   Q    Yeah.
16        Words to the effect that she said, after seeing it,
17   that it was obvious that she was doing that indicating she
18   wanted to have sex with Mr. Prenjee?
19   A    I don't remember if she used the words I wanted to
20   have sex with Mr. Prenjee. What I remember her saying, I          14:05:43
21   mean, it's obvious that I made the gesture, it's there.
22   Q    I see.
23        But I noticed you didn't indicate anything in your
24   report about why she did that or what she was intending to
25   signal by doing that?

Atkinson-Baker, Inc.
www.depo.com

REPORTER'S CERTIFICATE

I, WHITNEY SAIZ-HARDWICK, CSR No. 13747, Certified Shorthand Reporter, certify:

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Dated Friday April 19, 2019.

*Whardwick*

WHITNEY SAIZ-HARDWICK, CSR No. 13747