# EXHIBIT D

(Zuniga Deposition Excerpts)

Atkinson-Baker, Inc.
www.depo.com

```
 1              SUPERIOR COURT OF CALIFORNIA
 2              FOR THE COUNTY OF LOS ANGELES
 3
 4   ARMAAN PRENJEE,              )    CERTIFIED COPY
                                  )
 5                   Plaintiff,   )
                                  )
 6       vs.                      )    Case No. 18CV04998
                                  )
 7   CITY OF LOS ANGELES,         )
                                  )
 8                   Defendant.   )
                                  )
 9
10
11
12
13                    DEPOSITION OF
14                    CARLA ZUNIGA
15               GLENDALE, CALIFORNIA
16                  APRIL 17, 2019
17   ATKINSON-BAKER, INC.
     (800) 288-3376
18   WWW.DEPO.COM
19
20
21
22
23
24   REPORTED BY:  WHITNEY SAIZ-HARDWICK, CSR NO. 13747
25   FILE NO:  AD037C0
```

Atkinson-Baker, Inc.
www.depo.com

| | |
|---|---|
| 1 | said that she did not say they were wrapped around the male's |
| 2 | back, that they were laid flat down on the ground. |
| 3 | Q    Okay.  Do you have any reason to believe that the |
| 4 | initial officer who took the statement wrote something in |
| 5 | here that she did not say? |
| 6 | A    I can't say that he wrote something that she didn't |
| 7 | say because I wasn't there.  I wasn't there for their |
| 8 | conversation.  All I can do is take the information that's in |
| 9 | that report, reinterview everybody and get a statement based |
| 10 | on my questioning or my partner's questioning. |
| 11 | In the -- you know, in -- in all my detective |
| 12 | experience, the reports that are taken during the preliminary |
| 13 | investigation are very brief.  The officers that are taking |
| 14 | the statements aren't as experienced in interviewing |
| 15 | techniques.  They're going to, most of the time, take a brief |
| 16 | statement about what happened.  And sometimes -- most of the |
| 17 | time when we go back as detectives, I can talk for myself and |
| 18 | my partner and reinterview somebody.  There is always |
| 19 | additional information, obviously more detail most of the |
| 20 | time and that's based on our questioning.  And sometimes it's |
| 21 | different what was initially written in that police report. |
| 22 | Q    Okay.  So when the original person wrote that she |
| 23 | saw a woman's legs wrapped around his back, did you assume |
| 24 | that that was something that this witness told the initial |
| 25 | officer? |

Timestamps: 15:21:19, 15:22:03

Atkinson-Baker, Inc.
www.depo.com

```
 1       Q    July 19th?
 2       A    If that was the last one, I believe it was July.
 3  There was the description of what was seen in the video in
 4  regard to the hand signal.
 5       Q    Right.
 6            But if he saw it in late April, you would have
 7  obviously all of May, all of June in between the time he saw
 8  it and the July 19th report, wouldn't you?  In other words,
 9  it would be almost -- I don't know, it would be about
10  eighty days, two and a half months later.  Is that your                15:33:28
11  recollection of how long there was between him seeing the
12  video in late April and writing the report in July 19th?
13       A    Well, it would have been from late April to
14  July 19th, if that would equal that amount of time.  I can
15  say that there was no time requirement that a supplemental
16  report is written.
17            In this case, the DA was notified of the
18  investigation, either that same day on Sunday, during -- when
19  we were called out because I'm the one that took the call, or
20  Monday.  And at that point, we were already assigned a deputy     15:34:05
21  district attorney to work with.
22            So at that time, the both of us were already in
23  contact with her talking about the case, telling her about
24  the case.  And at that time, we get direction on what is
25  needed for, you know, what is needed as soon as possible
```

Atkinson-Baker, Inc.
www.depo.com

1  regarding the investigation, in regards to what is -- what
2  does she need to determine whether the case is going in the
3  direction of an arrest in a filing or whether it is not.  So
4  she would give us directives, basically, hey, concentrate on
5  this, focus on that.
6          But in regards to writing a follow-up report,
7  there's no requirement of that, that that be done in
8  two days, one week, two weeks.  The only thing that's
9  necessary for her to look at is, number one, a preliminary
10 investigation report, that would be already initially done,                    15:34:58
11 an arrest report if there is.  And then we would go in person
12 and explain to her what the case was about, what the evidence
13 entailed, what we were planning on doing to further the
14 investigation.
15         And in this situation, we did take the victim and a
16 witness for her to do a pre-filing interview, which is a
17 standard practice.  That any time we have a case, the
18 district attorney won't -- won't file charges involving a
19 sexual assault unless they do a pre-filing interview.  And at
20 that time, they interview the victim and they can interview                    15:35:41
21 witnesses or not.  In this situation, it was the victim and a
22 witness.
23    Q    Do you know -- oh, sorry.  Go ahead.
24    A    And at that time, they make the determination
25 whether charges will be filed.  And at that time, we would

```
 1  person is intoxicated by either drugs or alcohol, or
 2  incapacitated and is incapable of consenting to sex.  And
 3  then the second element is that the suspect having sex with a
 4  person should -- should have known -- knows or should have
 5  known that the person is incapable of giving consent.
 6      Q    Okay.
 7      A    So nobody was ever changed with rape of an
 8  unconscious person.  There was no element of the person being
 9  unconscious.  That wasn't something that we had to prove or
10  show, that the person was unconscious.                          15:43:15
11      Q    Why did you put that in your search warrant, then,
12  that she was unconscious?
13      A    Because at the point when the one victim -- one
14  witness saw her, she described her and used the word
15  unconscious.  And that was at the point where Arshia was
16  laying flat out in the mattress, and in her words, the person
17  was unconscious.
18           It took the girls -- the girls -- the witnesses told
19  us, during our interviews, sorry, they didn't testify, that
20  it took them approximately 45 minutes of trying to wake        15:43:47
21  Arshia up, they threw water on her, they smacked her in the
22  face, they tried to pick her up, she fell twice.  At that
23  point, they called the resident assistant who was interviewed
24  and told us that she tried to wake her up and she was not
25  responding, that she started getting worried, she said it
```

Atkinson-Baker, Inc.
www.depo.com

1   A   I'm sorry?
2   Q   It would be one piece of the puzzle or one bit of
3   information. In other words, if she was unable to walk or
4   couldn't talk, that would be important to know? If she
5   seemed more or less maybe happy and buzzed, but she was
6   talking and walking okay, that would be something else to
7   consider at least?
8   A   Well, but I think people have different perception
9   of a level of intoxication. Because what that employee, I
10  don't know if she is a resident assistant or security guard,   16:07:12
11  whatever she is, her perception was one thing and I did read
12  that, though my perception is different when I looked at that
13  video.
14  Q   What was --
15  A   So I can't say what -- you know, she was thinking.
16  Because I did read that she says they looked happy, they
17  looked like a happy couple.
18  Q   Right.
19  A   This and that.
20  Q   Right.   16:07:33
21  A   But I mean, when I look at that video, she was very
22  intoxicated. I mean, she was stumbling all over. Yes, they
23  were hugging. But it was more he was holding her up to keep
24  her from falling. So...
25  Q   Did you see her when you watched that video her

Atkinson-Baker, Inc.
www.depo.com

```
 1  discovery when you're investigating a case, to the DA?
 2      A    Yes.
 3      Q    What is your understanding?
 4      A    My understanding is that normally I can say what I
 5  practice or what I teach others to practice would to be to --
 6  that everything has to be turned over, obviously, 30 days
 7  before for a trial.  I mean, technically.  But I always try
 8  to make it a point to turn things over as I would receive
 9  them.
10           So, for example, if I completed -- if I had -- in          16:26:55
11  the beginning of an investigation if I have photographs, an
12  arrest report, a preliminary investigation report, some
13  evidence reports, I may start with that, depending on what
14  the DA has requested.
15           So for an example, if the arrest has already been
16  made and we're waiting to go to court, then I would probably
17  wait until my follow up was done to turn all that over.  But
18  if it was something that I felt they needed to see sooner,
19  then I may just take that report, piece of evidence, picture,
20  photograph, whatever it is, I would take that to them.  It's   16:27:35
21  always my practice to tell them about anything that -- that I
22  discover that is important in the case, regardless if it's --
23  if it's good for one side or the other being exculpatory or
24  other.  But if it's something that I think is significant,
25  I'll automatically make a phone call.  I just received these
```

Atkinson-Baker, Inc.
www.depo.com

```
 1                    REPORTER'S CERTIFICATE
 2
 3
 4       I, WHITNEY SAIZ-HARDWICK, CSR No. 13747, Certified
 5   Shorthand Reporter, certify:
 6       That the foregoing proceedings were taken before
 7   me at the time and place therein set forth, at which
 8   time the witness was put under oath by me;
 9       That the testimony of the witness, the questions
10   propounded, and all objections and statements made at
11   the time of the examination were recorded
12   stenographically by me and were thereafter transcribed;
13       That the foregoing is a true and correct
14   transcript of my shorthand notes so taken.
15       I further certify that I am not a relative or
16   employee of any attorney of the parties, nor financially
17   interested in the action.
18       I declare under penalty of perjury under the laws
19   of California that the foregoing is true and correct.
20       Dated Friday April 19, 2019.
21
22           whardwick
23           WHITNEY SAIZ-HARDWICK, CSR No. 13747
24
25
```