# EXHIBIT F

(Premjee Deposition Excerpts)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAAN KARIM PREMJEE, ) | CERTIFIED COPY |
| Plaintiff, ) | |
| vs. ) | No. CV18-04998AB(ROA) |
| CITY OF LOS ANGELES, CHIEF ) CHARLIE BECK, DETECTIVE OSCAR ) GAMINO, DETECTIVE CARLA ZUNIGA, ) | Volume I |
| Defendants. ) | |

VIDEOTAPED DEPOSITION OF ARMAAN KARIM PREMJEE

Los Angeles, California

Tuesday, July 16, 2019

Reported by:

Marcena M. Munguia,
CSR No. 10420

Job No.:
23447CAT(V)

| | |
|---|---|
| 13:08:33 | because of me. I think both of us wanted to leave that |
| 13:08:36 | bar that night to have sex. It was mutual. It was |
| 13:08:41 | consensual. It was agreed upon. |
| 13:08:48 | BY MS. FITZGERALD: |
| 13:08:48 |     Q   And how were you able to know what was in her |
| 13:08:51 | head? |
| 13:08:52 |     A   Well, because of everything she told me. |
| 13:08:54 | Because of her behavior at the bar where we're just |
| 13:08:57 | having a conversation and she puts her arms around me and |
| 13:08:59 | starts kissing me on the neck, because of the way she was |
| 13:09:02 | kissing me in the Uber, because she told me where she |
| 13:09:05 | lived. She came with me in the Uber. We were walking |
| 13:09:08 | together. It was a long walk by the time we got out of |
| 13:09:10 | the Uber to the time we entered the Fluor Tower, it's a |
| 13:09:13 | decent-sized walk. So we walked together. Even then |
| 13:09:15 | when I expressed hesitation, she said, "Yes. Why are you |
| 13:09:18 | being such a good boy? Be a bad boy." |
| 13:09:21 |     She knew what she wanted and she got it. From |
| 13:09:23 | her side, there was a hundred percent consent at every |
| 13:09:26 | point in the night. Until I left the apartment, there |
| 13:09:28 | was consent. I was the one who was hesitant and I was |
| 13:09:30 | the one who was giving her the consent that night. |
| 13:09:33 |     Q   Is it -- do you believe it's possible that she |
| 13:09:36 | did not have the capacity to consent? |
| 13:09:40 |     A   No. I don't think she was drunk to the point |

| | |
|---|---|
| 13:54:57 | THE WITNESS: It's attorney-client privilege. |
| 13:55:20 | BY MS. FITZGERALD: |
| 13:55:30 | Q   Okay.  That's fair. |
| 13:55:05 | I'm going to ask you the same question but with |
| 13:55:08 | regard to do you have any knowledge of the claim that the |
| 13:55:16 | detectives falsified evidence?  And again, if that's |
| 13:55:19 | information you've gotten from your attorneys, I don't |
| 13:55:22 | want to know about it. |
| 13:55:22 | A   It's attorney-client privilege. |
| 13:55:24 | Q   Okay.  The same as to the claim that |
| 13:55:28 | attorneys -- I'm sorry -- that detectives hid evidence. |
| 13:55:33 | If it's information you got from through your attorneys, |
| 13:55:36 | I don't want to know about it. |
| 13:55:37 | A   It's attorney-client privilege. |
| 13:55:38 | Q   Okay.  Now, you have had a number of television |
| 13:55:46 | interviews as a result of this incident.  Can you list |
| 13:55:51 | all the different TV shows that you have appeared on? |
| 13:55:56 | A   I do not remember all of them, but I could give |
| 13:55:58 | you some of them from my recollection:  Fox News, |
| 13:56:02 | L.A. Times, New York Times, ABC, Inside Edition.  KTLA I |
| 13:56:14 | think was another one.  Daily Trojan.  I don't remember |
| 13:56:21 | what the other ones are. |
| 13:56:22 | Q   Okay.  And did you yourself reach out to these |
| 13:56:25 | news outlets to let them know your story? |
| 13:56:28 | A   I did what my attorney instructed me to do. |

```
 1                    REPORTER'S CERTIFICATION
 2
 3            I, the undersigned, a Certified Shorthand
 4    Reporter of the State of California, do hereby certify:
 5            That the foregoing proceedings were taken before
 6    me at the time and place herein set forth; that any
 7    witnesses in the foregoing proceedings, prior to
 8    testifying, were duly sworn; that a record of the
 9    proceedings was made by me using machine shorthand, which
10    was thereafter transcribed under my direction; that the
11    foregoing transcript is a true record of the testimony
12    given.
13            Further, that if the foregoing pertains to the
14    original transcript of a deposition in a federal case,
15    before completion of the proceedings, review of the
16    transcript [] was [] was not requested.
17            I further certify I am neither financially
18    interested in the action nor a relative or employee of
19    any attorney or party to this action.
20            IN WITNESS WHEREOF, I have this date subscribed
21    my name.
22    Dated:   July 16, 2019
                                    Marcena M. Munguia, CSR No. 10420
                                    Certified Shorthand Reporter
23                                  For The State Of California
24
25
```