**MICHAEL N. FEUER,** City Attorney (SBN 111529x)
**JAMES P. CLARK,** Supervising/Managing Attorney (64780)
**CORY M. BRENTE,** Supervising Assistant City Attorney (SBN 115453)
**ELIZABETH FITZGERALD,** Deputy City Attorney (SBN 158917)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Phone: (213) 978-7560 / Fax: (213) 978-8785
Email: elizabeth.fitzgerald@lacity.org

*Attorneys for Defendants* **CITY OF LOS ANGELES, CHARLIE BECK, OSCAR GAMINO and CARLA ZUNIGA**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAAN KARIM PREMJEE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, CHIEF CHARLIE BECK, DETECTIVE OSCAR GAMINO, and DETECTIVE CARLA ZUNIGA,<br><br>Defendants. | **Case No. CV18-04998 AB (ROA)**<br>*Hon Judge: Andre Birotte, Jr.; Crtm 7B*<br>*Hon Magistrate Judge: Rozella A. Oliver*<br><br>**DECLARATION OF DETECTIVE OSCAR GAMINO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[Filed with Defendants' Notice of Motion and Motion for Summary Judgment; Statement of Uncontroverted Facts and Conclusions of Law; Exhibits; and Proposed Order]<br><br>Date: Sept, 13, 2019<br>Time: 9:00 a.m.<br>Court: 7B, 350 W. 1st Street |

## DECLARATION OF DETECTIVE OSCAR GAMINO

I, OSCAR GAMINO, declare and state as follows:

1. I am a Defendant in the above-entitled case and am a Detective II with the Los Angeles Police Department (LAPD). I have been employed in that capacity since October 2002 and have been employed with the LAPD for approximately 25 years. I have worked in the Robbery Homicide Division for more than 11 years and have been assigned in the Special Assault Section for approximately 11 years as well. In that capacity, I investigate DNA hits on unsolved sexual assaults, serial rapes, high profile sexual assault cases, and home invasion sexual assault cases.

2. I have personal knowledge of the facts stated herein and if called upon, could and would testify to the contents contained herein.

3. As a detective, I prepare a "Detective Case Progress Log" for every case I investigate. I use the case progress log to track events within the case, although it will not capture all actions taken in a case. My partner on a given case will have access to the case progress log as well.

4. Attached to this Declaration as Exhibit "A" is a true and correct copy of the entry dated December 11, 2017 from the case progress log generated during my investigation of Armaan Premjee (Premjee).

5. On December 11, 2017, I learned from LAPD Toxicology Unit analyst Mandel Medina (Medina) that Arshia Saxena had a blood alcohol content between .30 and .34 at the time of her sexual assault. Approximately two hours after her sexual assault, Arshia's blood alcohol content was .32. This determination was made by the hospital where Arshia was admitted after the assault. Although the hospital initially drew Arshia's blood at 3:51 a.m. on April 1, 2017 in order to determine her blood alcohol content, this was done after the hospital had started to administer intravenous fluids and after the hospital had intubated Arshia.

6. The hospital drew Arshia's blood again at 4:15 p.m. on April 1, 2017. After Premjee's preliminary hearing and the trial court's dismissal of the criminal case, I had

1 | Arshia's second blood draw analyzed for its blood alcohol content. In early December 2017, I called the LAPD Toxicology Unit and asked them to obtain the vial from the second blood draw so that the unit could conduct their analysis. The unit's analysis ultimately determined that Arshia's blood alcohol content was .05 by 4:15 p.m. on April 1, 2017, a level achieved after Arshia had received a full day of medical treatment, including a steady infusion of intravenous fluids.

7. Attached to this Declaration as Exhibit "B" is a true and correct copy of the lab report generated by the LAPD Toxicology Unit and finalized on December 29, 2017.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of July 2019 at Los Angeles, California.

_____
OSCAR GAMINO, Declarant