# EXHIBIT A

(Detective's Case Progress Log Excerpts)

# Detective's Case Progress Log

Page: 1

Detective Name: GAMINO, OSCAR
Case: 1704:35M15-001          DR: 170300655          Category: 1

FOLLOWUP:     Date Due: 04/25/2017     Date Completed: 06/15/2017     Multiple ( )
(X)Cleared by Arrest   ( )Cleared Other   ( )Report Unfounded   ( )Investigation Continued

INTERVIEWS:

| Role Date | Name | Res Phone | Bus Phone | Comments |
|---|---|---|---|---|
| / / | | ( ) | ( ) | |

DMV Info:

SUSPECTS/ARRESTEES:                          LA Nbr     Bkg Nbr     CII Nbr     FBI Nbr
A 4958024    PREMJEE, ARMANN KARIM                      4958024
S 170300655  PREMJEE, ARMAAN

TELECOMMUNICATIONS MESSAGE DATES:

| Wanted Sus | In Custody | Crm Rpt Inf | Property | Cancel | Supplement | Other |
|---|---|---|---|---|---|---|
| / / | / / | / / | / / | / / | / / | / / |

ADDITIONAL ACTIONS (CHECK)
( )Prints ( )Crime Lab ( )Photo ( )DMV ( )TT ( )Polygraph ( )Crime Analysis Date:   / /
( )Property Examined:   / /     ( )Property Dispo:   / /     ( )15.25 Sent:   / /
( )Police Bulletins, (etc):   / /

CASE NOTES -- ADDITIONAL INFO (Warrants, Other Agencies contacted, etc)
04/03/2017   Report: 170300655/I was previously assigned to div/tbl: 35/S
             and is now assigned to case: 1704:35M15-001 BY 31825
04/03/2017   Gamino/Zuniga   RHD/SAS

Delayed Entry for Saturday, April 1, 2017
At 0900 hours, my partner Det. Zuniga notified me to respond to work for a
sexual assault investigation involving a female student from USC.

1015 hours, met with Det. Zuniga at RHD. We responded to California Hospital
where we met with victim Arshia S. Arshia stated that on Friday, March 31,
2017, she went to class during the day and to the gym after. That evening, she
stated she went to the "Row" with her friend Kaavya. She stated they only went
to one fraternity and was only there for about 10 minutes before leaving. They
said "it was dead" and went to Bandidos. She believes it was 1130 or after
midnight when they arrived. She stated she only had two shots of tequila. She
observed the bartender pour the shots and hand them to her. She drank one after
the other and claimed not to have drank anymore. From that point, the victim
only remembers waking up in the hospital. This interview was digitally

LAPD 01.44.0 (DCTS R 9/97)

## Detective's Case Progress Log

Page: 8

Detective Name: **GAMINO, OSCAR**
Case: **1704:35M15-001**     DR: **170300655**     Category: **1**

---

lived at the location and lives with Dennis Alcala. Dennis, was identified as the Uber driver the victim and suspect took from 928 W. 28th Street, and where he drove them to 1027 W. 34th Street, where the victim lives. Borja stated that Dennis was working and not at home. He provided me with Dennis' cell phone number. This meeting was not recorded.

04/17/2017

1545 hours at RHD, I called Dennis and he answered. I advised him why I was looking for him and that I needed to interview him. Scheduled to meet Dennis at 1030am at the Coffee Bean in Downey.

04/18/2017  Gamino  RHD/SAS

At 1030 hours, I met with witness Dennis Alcala at a McDonalds located at 28th and Figueroa. I recorded the interview. I questioned Dennis about picking up the victim and suspect and transporting them to the victim's dorm on April 1, 2017, at approximately 12:57am. Dennis stated he could not remember the victim or the suspect and could not provide any further information.

04/18/2017  Gamino  RHD/SAS

Submitted Toxicology request form to have Item No. 15 (Vict's Urine), and Item No. 16 (Susp's Urine), to be screened for THC and the level of alcohol.

04/21/2017  4-20-17- Zuniga went with DDA Lana Kim to USC dorm for walk thru. Spoke and interviewed Victim's sister; Anshida Saxena.

4-21-17- Zuniga did a 3.18 on Banditos Bar and send in grey mail to Lt. Bachmann at OSB Vice Coordinator.

4-21-17- Zuniga called Gretchen Means who is the Title 9 coordinator at USC. I asked about the suspects status at USC. She said he is currently enrolled- USC is almost done with their investigation and as of now, no criteria has been met for interim action. She also said that she has info that we don't, and that we should subpoena their case. She said to call her with any further questions 213 740-5450.

04/24/2017  Gamino  RHD/SAS

April 20, 2017, worked from my residence.
Reviewed the Fluor tower videos from April 1, 2017. Viewed the video from four cameras in search of the victim and suspect. The videos commence at approximately 0102 hours, and run through approximately 0130 hours. The suspect and victim are first seen arriving at 0103 with 43 seconds. They come into view as they walked to what has been described as the parking lot entrance to the Fluor tower. The additional camera views from the elevator, and two of the main

LAPD 03.44.0 (DCTS R 9/97)

## Detective's Case Progress Log

Page: 21

Detective Name: **GAMINO, OSCAR**
Case: **1704:35M15-001**          DR: **170300655**          Category: **1**

12/11/2017  Gamino  RHD/SAS

    Wednesday, December 6, 2017
    Called the LAPD Toxicology Unit. Spoke with analyst Melissa Kramer Sarratt, Serial No. N3464, at 323-414-8870. She stated I needed to verify if the blood drawn from the victim was whole blood or yellow serum blood. This is based on the type of vial that was used to collect the blood at the hospital. Each can yield different BAC results.

    Called Jovita Velasco, CLS, MT(ASCP), Laboratory Supervisor at California Hospital Medical Center located at 1401 S. Grand Ave, Los Angeles, CA 90015. 213-742-6148. No answer, left a voicemail message. Requested to know whether whole blood or yellow serum blood was taken from victim Arshia.

    Thursday, December 7, 2017
    Called Jovita at California Hospital who verified that blood was drawn using a yellow serum vial.

12/11/2017      I then called the LAPD Toxicology Unit and spoke with analyst Medina, Serial No. N3141. I advised him of my conversation with Sarratt. I then provided Medina with information about Arshia, i.e. the last known time Arshia drank alcohol, the approximate time of the sexual assault, the time the blood was drawn at the hospital and the hospital results.

    Based on the this information, Medina calculated that Arshia's BAC 2.5 hours before her blood was drawn at 0351 hours, on April 1, 2017, that her BAC would have been .30 to .34. A higher BAC than that of the hospital.

12/11/2017  Gamino  RHD/SAS

    Sent DDA Lana Kim the information from analyst Medina and his calculations. Kim is to meet with DDA J. Link and Head DDA C. Buckley, to discuss possibly refiling the case.

12/12/2017  Gamino/Rauch  RHD/SAS

    Follow-up to California Hospital, Medical Records section. Obtained a Final Report on Arshia S. for treatment she receieved in the Emergency Room. The report indicates that she received 1000mg of natural saline at 0344 hours, on April 1, 2017, which is 7 minutes before blood was drawn from Arshia. This information was provided by Emergency Room RN Marco, who reviewed the Final Report obtained from medical records and from verifying the information kept on hospital computer records for patients treated in the ER.

LAPD 01 44 0 (DCTS R 9/97)