# EXHIBIT B

(12/29/17 Lab Report)



Los Angeles Police Department
Forensic Science Division

Laboratory Report
SID-17-004866 / Req. # 0005
Report finalized: December 29, 2017
Page 1 of 2

DR / Agency #: 17-03-00655              Offense: Sexual Assault

Name Associated:    ARSHIA

DOB:        Driver License #:            Booking Date: 04-01-2017

Requested Service: Toxicology - Alcohol Analysis

I, the undersigned analyst, as a Criminalist employed by the Los Angeles Police Department, am prepared to testify to the information provided in this report.

Evidence Item(s):

- Item 14 (LIMS #1-1): BLOOD

Conclusion(s)

| Item 14 (LIMS #1-1): | Alcohol Concentration | % Blood Alcohol | Analysis Date | Performed By |
|---|---|---|---|---|
| | Result 1 | 0.054 | 12/27/2017 | M. Medina |
| | Result 2 | 0.054 | 12/27/2017 | M. Medina |
| | Average % Blood Alcohol | 0.05 | | |

Notes: Vial contained inside envelope labeled "COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT."

I, the analyst, certify under penalty of perjury, under the laws of the State of California, that this analysis was performed during the regular course of my duties as a Forensic Alcohol Analyst, pursuant to Title 17 of the California Code of Regulations.

I further certify, the equipment used to perform the analysis was in proper working order at the time the analysis was performed and the recording of the results was done at the time of analysis. The transfer of data for reporting purposes was entered into the Laboratory Information Management System (LIMS) following laboratory polices and procedures. The date under each electronic signature is the date of draft, technical, and administrative reviews.

For average alcohol concentrations 0.176g% and lower, the measurement uncertainty is ±0.004g% at a 99% confidence level.



PRM-City 0443

Los Angeles Police Department Laboratory Report continued
FSD # SID-17-004866

DR # 17-03-00655    Req # 0005    Page 2 of 2

Analyst: M. Medina #N3141 323-415-8142 12-29-17

Admin Review: M. Kramer-Sarrett #N3464 12-29-17

Tech Review: M. Kramer-Sarrett #N3464 12-29-17