1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ARMAAN KARIM PREMJEE, | Case No.: 2:18-cv-04998-AB-(RAOx) |
|---|---|
| Plaintiff, | *The Honorable Andre Birotte, Jr.* |
| vs. | |
| CITY OF LOS ANGELES; CHIEF CHARLIE BECK, DETECTIVE OSCAR GAMINO, DETECTIVE CARLA ZUNIGA, and DOES 1-10, inclusive. | [Proposed] ORDER RE PLAINTIFF'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF ADMINISTRATIVE PROCEEDING CONDUCTED BY USC TITLE IX OFFICE |
| Defendants. | |

Before the Court is Plaintiff's Motion in *Limine No*.1 to exclude evidence of the administrative proceeding conducted by U.S.C's Title IX office, including: (1) any evidence, argument, testimony, or reference at trial as to the fact that a Title IX investigation occurred once, twice, or at all; (2) any evidence, argument, testimony, or reference at trial as to any findings and/or conclusions by U.S.C's

Title IX office; (3) any evidence, argument, testimony or reference at trial of any witness statements made pursuant to any Title IX investigation.

Having read and considered the memoranda submitted by the parties, and having heard the arguments of counsel, and for good cause shown it is ordered as follows: Plaintiff's motion in *limine* no. 1 is GRANTED.

**IT IS SO ORDERED.**

DATED: _____      _____
                                                  Honorable Andre Birotte, Jr.
                                                  United States District Court Judge