# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAAN KARIM PREMJEE,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; CHIEF CHARLIE BECK, DETECTIVE OSCAR GAMINO, DETECTIVE CARLA ZUNIGA, and DOES 1-10, inclusive.<br><br>            Defendants. | Case No.: 2:18-cv-04998-AB-(RAOx)<br><br>*The Honorable Andre Birotte, Jr.*<br><br>[Proposed] ORDER RE PLAINTIFF'S MOTION IN LIMINE NO. 2 TO EXCLUDE BLOOD ALCOHOL CONTENT RESULT WITHOUT PROPER FOUNDATION; AND OPINIONS ABOUT ITS EFFECTS ON ARSHIA'S ABILITY TO CONSENT TO SEXUAL INTERCOURSE |

Before the Court is Plaintiff's Motion in *Limine No.* 2 to exclude evidence of Arshia's BAC result without proper foundation; and to exclude any argument, reference, or testimony by Dr. Keanan or any other person that Arshia did not have the legal capacity to consent when she had sexual intercourse with Mr. Premjee; or

that her BAC was "descending" and therefore would have been "higher" at the time of the sex.

Having read and considered the memoranda submitted by the parties and having heard the arguments of counsel, and for good cause shown it is ordered as follows:  Plaintiff's motion in *limine* no. 2 is GRANTED.


**IT IS SO ORDERED.**


DATED: _____     _____
Honorable Andre Birotte, Jr.
United States District Court Judge

[PROPOSED] ORDER RE PLAINTIFF'S MOTION IN LIMINE NO. 2 TO EXCLUDE BLOOD ALCOHOL CONTENT RESULT WITHOUT PROPER FOUNDATION; AND OPINIONS ABOUT ITS EFFECTS ON ARSHIA'S ABILITY TO CONSENT TO SEXUAL INTERCOURSE