LAW OFFICES OF VICKI I. SARMIENTO
A Professional Corporation
VICKI I. SARMIENTO, SBN 134047
333 North Garfield Avenue
Alhambra, California 91801
vsarmiento@vis-law.com
Telephone: (626) 308-1171
Facsimile : (626) 308-1101

LAW OFFICES OF DALE K. GALIPO
DALE K. GALIPO, SBN 144074
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
dalekgalipo@yahoo.com
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiff,* ARMAAN K. PREMJEE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAAN KARIM PREMJEE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; CHIEF CHARLIE BECK; DETECTIVE OSCAR GAMINO, DETECTIVE CARLA ZUNIGA, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-04998-AB-(RAOx)<br><br>*The Honorable Andre Birotte, Jr.*<br><br>**DECLARATION OF VICKI I. SARMIENTO IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE #3**<br><br>Pre-Trial Conf.: November 8, 2019<br>Time: 11:00 a.m.<br><br>Trial Date: December 3, 2019<br>Time: 8:30 a.m. |

///
///
///
///
///
///
///

# DECLARATION OF VICKI I. SARMIENTO

I, Vicki I. Sarmiento, hereby declare as follows:

1. I am an attorney licensed to practice law in this district. I am one of the attorneys of record for Plaintiff. I make this declaration in support of Plaintiff's Motion *in Limine* #3. I have personal knowledge of the facts stated herein and would and could testify competently thereto if called.

2. Attached hereto as "**Exhibit A**" are true and correct copies of the relevant pages of the Transcript of the Deposition of DA Lana Kim taken on July 19, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of October, 2019, at Alhambra, California.

/s/ *Vicki I. Sarmiento*
Vicki I. Sarmiento, Esq.

**EXHIBIT A**

Atkinson-Baker, Inc.
www.depo.com

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4  ARMAAN KARIM PREMJEE,        )  CASE NO:
                                 )  2:18:-cv-04998-AB-(RAOx)
 5           Plaintiff,          )
                                 )
 6  Vs.                          )   CERTIFIED COPY
                                 )
 7  CITY OF LOS ANGELES; CHIEF   )
    CHARLIE BECK, DETECTIVE      )
 8  OSCAR GAMINO, DETECTIVE      )
    CARLA ZUNIGA, and DOES 1-10, )
 9  inclusive.                   )
                                 )
10           Defendants.         )
                                 )
11
12
13               DEPOSITION OF
14               LANA SUE KIM
15            GLENDALE, CALIFORNIA
16              JULY 19, 2019
17
18
19
20
21
22
    ATKINSON-BAKER, INC.
23  (800) 288-3376
    www.depo.com
24  REPORTED BY:   ALICIA SANTANA, CSR NO. 12824
25  FILE NO.: AD07423
```

1

1  Law 101?
2  A. There are people that are familiar with sex
3  crimes, and there are people that are not that familiar.
4  They're more familiar with say -- say, your robbery,
5  homicide, you know, gang cases, and this particular
6  supervisor doesn't really have a history with dealing
7  with sex crimes.
8  So I had to explain to him that it's not like a
9  layperson where it's like -- you -- you would assume
10 that -- he had sex with me, and I didn't give him
11 consent. Like, that's usually what people think of when
12 they hear rape, but the charge that we filed is not
13 that -- dealing with consent. It's that the person
14 legally was unable to consent due to the level of
15 intoxication, so that's what I had to do to explain to
16 my supervisor when I say "Law 101."
17 Q. And did you -- did you find that you ran into
18 that same, kind of, non-understanding of the law at the
19 preliminary hearing?
20 A. Yes.
21 Q. You were asked about the Fluor Tower video as
22 well, and it's along the same lines. If you had -- if
23 that video had -- I'm making this up because it's not
24 what it showed, but let's say that it showed Arshia
25 walking ramrod straight, not wobbling, not fumbling for

117

Atkinson-Baker, Inc.
www.depo.com

1  I did think that the judge was wrong on the law. The
2  investigation that I asked for the detectives to do was
3  not because I believe I needed it in terms of this case.
4  It was if I ever dealt with a judge like Judge Pastor,
5  again, if I were to refile this case, I wouldn't have to
6  deal with his lack of knowledge or incorrect knowledge
7  of the law.
8  BY MS. SARMIENTO:
9      Q.  Did you file anything after the preliminary
10 hearing with Judge Pastor to enlighten him about what
11 you believe the law to be?
12     A.  That's not something that our office would do,
13 and no, I did not.
14     Q.  Did you submit any briefing to Judge Pastor
15 before the preliminary hearing to provide him your
16 interpretation of the law?
17     A.  That's not appropriate to do that.
18     Q.  Did -- at least as far as you know, was Judge
19 Pastor aware of the jury instructions and elements for
20 the crime that you filed against Mr. Premjee?
21     A.  I always proceed with a preliminary hearing
22 assuming that they do, but clearly he did not or he had
23 a misinterpretation of the law. But I don't know what
24 was in his head, but based on his actions I don't think
25 he did.

Atkinson-Baker, Inc.
www.depo.com

# REPORTER'S CERTIFICATION

I, ALICIA SANTANA, CSR No. 12824, Certified Shorthand Reporter, certify:

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Dated this 23rd day of July, 2019.

*Alicia Santana*

ALICIA SANTANA, CSR No. 12824
SIGNATURE REQUESTED