1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ARMAAN KARIM PREMJEE, | Case No.: 2:18-cv-04998-AB-(RAOx) |
|---|---|
| Plaintiff, | *The Honorable Andre Birotte, Jr.* |
| vs. | |
| CITY OF LOS ANGELES; CHIEF CHARLIE BECK, DETECTIVE OSCAR GAMINO, DETECTIVE CARLA ZUNIGA, and DOES 1-10, inclusive. | [Proposed] ORDER RE PLAINTIFF'S MOTION IN LIMINE NO. 3 TO EXCLUDE CERTAIN OPINIONS BY DDA LANA KIM |
| Defendants. | |

Before the Court is Plaintiff's Motion in *Limine No.*3 to exclude the following opinions by Deputy District Attorney Lana Kim:  (1) express or implied opinions that Detectives Gamino and Zuniga did not do anything wrong and/or that Plaintiff's claims against the Detectives lack merit; (2) that Ms. Kim would have filed charges irrespective of the evidence not provided to her by the Detectives when they presented the case for filing; and, (3) that Judge Pastor misunderstood or misapplied the law when he dismissed the charges against Mr. Premjee.

Having read and considered the memoranda submitted by the parties, together with the supporting documents, and having heard the arguments of counsel, for good cause it is ordered as follows: Plaintiff's motion in *limine* no. 3 is GRANTED.

**IT IS SO ORDERED.**

DATED: _____        _____
                                                                  Honorable Andre Birotte, Jr.
                                                                  United States District Court Judge