# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAAN KARIM PREMJEE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, CHIEF CHARLIE BECK, DETECTIVE OSCAR GAMINO, DETECTIVE CARLA ZUNIGA,<br><br>Defendants. | **Case No. CV18-04998 AB (RAO)**<br>*Hon Judge: Andre Birotte, Jr.; Crtm 7B*<br><br>[Proposed] ORDER<br>[Filed concurrently with Defendants' <u>Motion In Limine No. 2</u>, To Exclude Mention of Police Scandals, Prior Bad Acts, Police Personnel Information, Negative Media Accounts of Police, etc. |

Good cause appearing therefore, defendants' Motion in Limine No. 2 is granted.

///
///
///
///
///
///
///

1

**IT IS HEREBY ORDERED:**

    All parties, their respective counsel, their witnesses and their experts are precluded from mentioning in the presence of the jury, other lawsuits against Defendants, other lawsuits against police or police agencies, police personnel records, police related scandals, negative media accounts of police, Complaints against police and other bad acts by police officers.

DATED: _____

                                            HONORABLE ANDRE BIROTTE, JR.
                                            U.S. District Court Judge