# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAAN KARIM PREMJEE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; CHIEF CHARLIE BECK, DETECTIVE OSCAR GAMINO, DETECTIVE CARLA ZUNIGA, and DOES 1-10, inclusive.<br><br>　　　　Defendants. | Case No.: 2:18-cv-04998-AB-(RAOx)<br><br>*The Honorable Andre Birotte, Jr.*<br><br>[Proposed] ORDER RE PLAINTIFF'S MOTION IN LIMINE NO. 4 TO EXCLUDE AND/OR LIMIT THE TEXT MESSAGES BETWEEN PLAINTIFF AND HARSH GODHWANI |

　　　　Before the Court is Plaintiff's Motion in *Limine No*. 4 to exclude and/or limit the text messages between Plaintiff and Harsh Godhwani.

　　　　Having read and considered the memoranda submitted by the parties and having heard the arguments of counsel, and for good cause shown it is ordered as follows:  Plaintiff's motion in *limine* no.4 is GRANTED.

**IT IS SO ORDERED.**

DATED: _____   _____
Honorable Andre Birotte, Jr.
United States District Court Judge