LAW OFFICES OF VICKI I. SARMIENTO
A Professional Corporation
VICKI I. SARMIENTO, SBN 134047
333 North Garfield Avenue
Alhambra, California 91801
vsarmiento@vis-law.com
Telephone: (626) 308-1171
Facsimile : (626) 308-1101

LAW OFFICES OF DALE K. GALIPO
DALE K. GALIPO, SBN 144074
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
dalekgalipo@yahoo.com
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorney for Plaintiff*, ARMAAN K. PREMJEE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMAAN KARIM PREMJEE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; CHIEF CHARLIE BECK, DETECTIVE OSCAR GAMINO, DETECTIVE CARLA ZUNIGA, and DOES 1-10, inclusive.<br><br>Defendants. | Case No.: 2:18-cv-04998-AB-(RAOx)<br><br>*The Honorable Andre Birotte, Jr.*<br><br>**PLAINTIFF'S REQUEST FOR LEAVE TO LODGE VIDEO RELATED TO SCREENSHOTS THEREFROM PRESENTED INTO EVIDENCE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT/ ADJUDICATION UNDER SUBMISSION** |

Plaintiff Armaan K. Premjee respectfully requests permission to lodge the short video clips from which screenshots were captured and submitted as exhibits in Opposition to Defendants' (City of Los Angeles, Chief Charlie Beck, Detective Oscar

1

Gamino and Detective Carla Zuniga) Motion for Summary Judgment/Adjudication. The hearing on the motion was held on September 27, 2019, and the motion is under submission.   Plaintiff's counsel, Vicki I. Sarmiento, sought a stipulation from Elizabeth Fitzgerald (counsel for Defendants) in this regard.  Ms. Fitzgerald declined to stipulate.

    References to the videos capturing the relevant interactions between Plaintiff and Arshia (the alleged victim) shortly before their sexual encounter were made by, both, Plaintiff and Defendants in their extensive briefing and at the hearing.

    Lodging the video clips for the Court to review will not prejudice any party to this litigation as both sides relied extensively on what the videos captured, and each side described what the videos showed to support their respective positions. Defendants relied on the video from Fluor Tower to support their contention that Arshia was unable to hold herself up, needing assistance by Plaintiff to stand and, therefore, lacked capacity to consent to sex due to intoxication.  Plaintiff relied on the Banditos and Fluor Tower videos to confirm that Arshia was in control of herself, walking and standing on her own accord, and interacting with Mr. Premjee and others, which supported his position that Arshia's actions were consistent with someone who had capacity to consent (versus someone lacking capacity to consent); and also to corroborate Plaintiff's version of the events regarding his encounter and interactions with Arshia.

For these reasons, Plaintiff respectfully requests permission to lodge two short video clips -- one depicting Mr. Premjee and Arshia outside of the Banditos Bar where they met as they waited for an Uber; the other depicting them in the lobby of the Fluor Tower dormitory checking in with the security guard and at the elevator before going up to her dorm room to have sex.

Dated:   December 10, 2019          LAW OFFICES OF VICKI I. SARMIENTO
                                    LAW OFFICES OF DALE K. GALIPO


                                    By:   */s/ Vicki I. Sarmiento*
                                         VICKI I. SARMIENTO
                                         Attorneys for Plaintiff