# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAAN KARIM PREMJEE,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; CHIEF CHARLIE BECK, DETECTIVE OSCAR GAMINO, DETECTIVE CARLA ZUNIGA, and DOES 1-10, inclusive.<br><br>    Defendants. | Case No.: 2:18-cv-04998-AB-(RAOx)<br><br>*The Honorable Andre Birotte, Jr.*<br><br>**[Proposed] ORDER** |

Having reviewed "Plaintiff's Request for Leave to Lodge Video Related to Screenshots Therefrom Presented into Evidence in Opposition to Defendants' Motion for Summary Judgment/Adjudication" and good cause appearing,

Plaintiff's request is hereby GRANTED.

Within 5 days of the date of this Order, Plaintiff shall lodge with the Court two short video clips as follows:  (1) depicting Mr. Prejmee and Arshia outside of the Banditos Bar where they met as they wait for an Uber, and (2) depicting Mr. Premjee

and Arshia in the lobby of the Fluor Tower dormitory checking in with the security guard and at the elevator before going up to Arshia's dorm room.

Dated: _____  _____

HONORABLE ANDRE BIROTTE, JR.