LAW OFFICES OF VICKI I. SARMIENTO
A Professional Corporation
VICKI I. SARMIENTO, SBN 134047
333 North Garfield Avenue
Alhambra, California 91801
vsarmiento@vis-law.com
Telephone: (626) 308-1171
Facsimile : (626) 308-1101

LAW OFFICES OF DALE K. GALIPO
DALE K. GALIPO, SBN 144074
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
dalekgalipo@yahoo.com
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiff*, ARMAAN K. PREMJEE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAAN KARIM PREMJEE,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; CHIEF CHARLIE BECK, DETECTIVE OSCAR GAMINO, DETECTIVE CARLA ZUNIGA, and DOES 1-10, inclusive.<br><br>        Defendants. | Case No.: 2:18:-cv-04998-AB-(RAOx)<br><br>**[PROPOSED] JOINT STATEMENT OF THE CASE**<br><br>Pre-Trial Conf.: July 17, 2020<br>Time: 11:00 a.m.<br><br>Trial Date: August 25, 2020<br>Time: 8:30 a.m. |

        Pursuant to the Court's order of November 27, 2018, the parties hereby submit this brief joint statement of the case.

///

///

1

**JOINT STATEMENT OF THE CASE**

The Plaintiff in this case is Armaan Premjee.  The Defendants are Oscar Gamino and Carla Zuniga, detectives with the Los Angeles Police Department, and the City of Los Angeles.

Plaintiff contends that on April 1, 2017, while he was a student at U.S.C., he was arrested without probable cause for alleged rape of an unconscious woman named "Arshia".  As a result of the arrest, Plaintiff claims he suffered irreparable damages.

Defendants deny all of Plaintiff's claims and deny that he was arrested without probable cause.  Defendants further deny all of Plaintiff's claims for damages.

Dated:   July 6, 2020          LAW OFFICES OF DALE K. GALIPO
                               LAW OFFICES OF VICKI I. SARMIENTO

                               By:  _/s/ Dale K. Galipo_____
                               VICKI I. SARMIENTO
                               DALE K. GALIPO
                               Attorneys for Plaintiff


Dated:  July 6, 2020          MICHAEL N. FEUER, City Attorney
                               JAMES CLARK, Chief Assistant City Attorney
                               CORY M. BRENTE, Supervising City Attorney


                               By:  _/s/ Elizabeth Fitzgerald_____
                               ELIZABETH FITZGERALD, Deputy City Attorney
                               Attorneys for Defendants City of Los Angeles,
                               Oscar Gamino and Carla Zuniga

2