LAW OFFICES OF VICKI I. SARMIENTO
A Professional Corporation
VICKI I. SARMIENTO, SBN 134047
333 North Garfield Avenue
Alhambra, California  91801
vsarmiento@vis-law.com
Telephone:  (626) 308-1171
Facsimile  : (626) 308-1101

LAW OFFICES OF DALE K. GALIPO
DALE K. GALIPO, SBN 144074
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
dalekgalipo@yahoo.com
Telephone:  (818) 347-3333
Facsimile:   (818) 347-4118

*Attorneys for Plaintiff,* ARMAAN K. PREMJEE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAAN KARIM PREMJEE,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; CHIEF CHARLIE BECK; DETECTIVE OSCAR GAMINO, DETECTIVE CARLA ZUNIGA, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-04998-AB-(RAOx)<br><br>*The Honorable Andre Birotte, Jr.*<br><br>**DECLARATION OF VICKI I. SARMIENTO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 1**<br><br>Pre-Trial Conf.: July 17, 2020<br>Time: 11:00 a.m.<br><br>Trial Date: August 25, 2020<br>Time: 8:30 a.m. |

///

///

///

///

///

///

///

# DECLARATION OF VICKI I. SARMIENTO

I, Vicki I. Sarmiento, hereby declare as follows:

1. I am an attorney licensed to practice law in this district. I am one of the attorneys of record for Plaintiff. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion *in Limine* #1. I have personal knowledge of the facts stated herein and would and could testify competently thereto if called.

2. Attached hereto as "**Exhibit 1**" are true and correct copies of the relevant pages of the Transcript of the Deposition of Detective Oscar Gamino taken on April 17, 2019.

3. Attached hereto as "**Exhibit 2**" are true and correct copies of the relevant pages of the Transcript of the Deposition of Detective Carla Zuniga taken on April 17, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of July, 2020, at Alhambra, California.

                                  */s/ Vicki I. Sarmiento*
                                  Vicki I. Sarmiento, Esq.