# Exhibit "2"

Atkinson-Baker, Inc.
www.depo.com

SUPERIOR COURT OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

**CERTIFIED COPY**

ARMAAN PRENJEE,                )
                               )
              Plaintiff,       )
                               )
    vs.                        ) Case No. 18CV04998
                               )
CITY OF LOS ANGELES,           )
                               )
              Defendant.       )
_____)

DEPOSITION OF

CARLA ZUNIGA

GLENDALE, CALIFORNIA

APRIL 17, 2019

ATKINSON-BAKER, INC.
(800) 288-3376
WWW.DEPO.COM

REPORTED BY: WHITNEY SAIZ-HARDWICK, CSR NO. 13747

FILE NO: AD037C0

1   Q   Okay.  Did you include anywhere in your search
2   warrant or affidavit that at the dormitory there's part of
3   the video where you could see the victim, you know, having
4   her arm extended and then they're hugging before they go up
5   in the elevator?
6   A   No.
7   Q   Can you show me anywhere on this April 12th, 2017,
8   report where one of the witnesses say they saw the victim
9   unconscious on a mattress with a male on top of them -- on
10  top of her having sexual intercourse while she was                15:53:04
11  unconscious?
12  A   In those exact words, no.
13  Q   How about words to that effect?  Can you see
14  something where it says we saw her, she was on the mattress,
15  she was unconscious -- unconscious and he's on top of her
16  having sexual intercourse?
17  A   Yes.  Tanika says she saw Arshia laying naked on the
18  mattress unconscious.
19  Q   Was that before or after the sex had taken place?
20  A   Well, it wasn't during the sex because he had walked   15:53:51
21  into the bathroom.  And then when he came out, she was
22  yelling at him.
23  Q   Right.
24      My question is:  Did anyone say they saw her
25  unconscious while they were having the sex or before they

Atkinson-Baker, Inc.
www.depo.com

```
 1  were having the sex?
 2      A    No.
 3      Q    Okay.  The -- the Uber driver, did you become aware
 4  at some point that something happened with the tape, the
 5  recording?
 6      A    Yes.
 7      Q    Okay.  What did you -- what -- what were you told
 8  about that?
 9      A    Detective Gamino told me that Detective Reyes used
10  her watch, that it had a recording device on it and that it         15:54:27
11  malfunctioned and it didn't get a full recording.
12      Q    Did it get a partial recording?
13      A    I believe it did.
14      Q    Do you know if the Uber driver was interviewed once
15  or more than once?
16      A    I don't know that because I wasn't there for that
17  interview.
18      Q    Are there supplemental records regarding what the
19  Uber driver said, if you know?
20      A    Do you want me to read through them.                      15:54:52
21      Q    No.  I think there is because I recall I talked
22  about it with the --
23      A    Okay.  Let me look through them.
24      Q    No.  That's okay.
25      A    Okay.
```

Atkinson-Baker, Inc.
www.depo.com

REPORTER'S CERTIFICATE

I, WHITNEY SAIZ-HARDWICK, CSR No. 13747, Certified Shorthand Reporter, certify:

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Dated Friday April 19, 2019.

*whardwick*

WHITNEY SAIZ-HARDWICK, CSR No. 13747