LAW OFFICES OF VICKI I. SARMIENTO
A Professional Corporation
VICKI I. SARMIENTO (SBN 134047)
333 North Garfield Avenue
Alhambra, California 91801
vsarmiento@vis-law.com
Tel: (626) 308-1171
Fax: (626) 308-1101

LAW OFFICES OF DALE K. GALIPO
DALE K. GALIPO (SBN 144074)
21800 Burbank Blvd., Suite 310
Woodland Hills, CA  91367
dalekgalipo@yahoo.com
Tel: (818) 347-3333
Fax: (818) 347-4118

Attorneys for Plaintiff ARMAAN KARIM PREMJEE

**MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY,** Chief Assistant City Attorney (SBN 212289)
**SCOTT MARCUS,** Chief, Civil Litigation Branch (SBN 184980)
**CORY M. BRENTE,** Senior Assistant City Attorney (SBN 115453)
**ELIZABETH T. FITZGERALD,** Deputy City Attorney (SBN 158917)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel:  (213) 978-7560   Fax:  (213) 978-8785
Email: elizabeth.fitzgerald@lacity.org

*Attorneys for Defendants* **CITY OF LOS ANGELES**, **OSCAR GAMINO and CARLA ZUNIGA**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAAN KARIM PREMJEE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; CHIEF CHARLIE BECK, DETECTIVE OSCAR GAMINO, DETECTIVE CARLA ZUNIGA, and DOES 1-10, Inclusive,<br><br>Defendants. | **Case No. 2:18-CV-04998-AB-(RAOx)**<br><br>[*Hon. Andre Birotte, Jr*]<br><br>**NOTICE OF LODGING OF AMENDED [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER**<br><br>Pre-Trial Conf.: July 17, 2020<br>Time: 11:00 a.m.<br><br>Trial Date: August 25, 2020<br>Time: 8:30 a.m. |

-1-                       2:18-cv-04998-AB (RAOx)
NOTICE OF LODGING OF AMENDED PROPOSED FINAL PRETRIAL CONFERENCE ORDER

1 **TO THIS HONORABLE COURT, AND ALL PARTIES AND THEIR**
2 **ATTORNEYS OF RECORD:**
3       PLEASE TAKE NOTICE THAT the parties hereby jointly lodge their
4 Amended [Proposed] Final Pretrial Conference Order.
5
6       Respectfully submitted,
7
8 Dated  July 6, 2020

By: */s/ Vicki I. Sarmiento*
      Counsel for Plaintiff
      LAW OFFICES OF VICKI I. SARMIENTO
      LAW OFFICES OF DALE K. GALIPO

12 Dated:  July 6, 2020            By: */s/ Elizabeth Fitzgerald*
                                        Counsel for Defendants
                                        Los Angeles City Attorney's Office