UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: | CV 18-04998-AB (RAOx) |
| Date: | April 2, 2021 |
| Title: | Armaan Karim Premjee v. City of Los Angeles et al |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Dale K Galipo | Geoffrey R Plowden |
| Vicki I Sarmiento | Rebekah Young |

**Proceedings:** PRETRIAL CONFERENCE
PLAINTIFF'S MOTION IN LIMINE:
NO. 2 TO EXCLUDE BLOOD ALCOHOL CONTENT RESULT WITHOUT PROPER FOUNDATION; AND OPINIONS ABOUT ITS EFFECTS ON ARSHIA'S ABILITY TO CONSENT TO SEXUAL INTERCOURSE [60];
NO. 4 TO EXCLUDE AND/OR LIMIT THE TEXT MESSAGES BETWEEN PLAINTIFF AND HARSH GODHWANI [71];
DEFENDANT'S MOTION IN LIMINE:
NO. 1 TO PRECLUDE MENTION THAT PREMJEE WAS NOT HELD TO ANSWER AT THE PRELIMINARY HEARING [57];
NO. 2 TO EXCLUDE MENTION OF POLICE SCANDALS, PRIOR BAD ACTS, POLICE PERSONNEL INFORMATION, NEGATIVE MEDIA ACCOUNTS OF POLICE, ETC [64];
NO. 3 TO BIFURCATE TRIAL INTO A (1) LIABILITY PHASE AND (2) MONELL, AND PUNITIVES PHASE IF NEEDED [66];

        NO. 5 TO PRECLUDE REFERENCES AND DAMAGES AFTER THE DISTRICT ATTORNEY FILED THE CRIMINAL CASE [68]

        (Video Conference-Zoom)

    The Court, having conferred with counsel, allots 6 hours of trial time to each side, excluding openings and closings. Opening statements must not exceed 20 minutes per side, and closing arguments must not exceed 30 minutes per side.

    The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.

    The Court and counsel confer re Voir Dire questions, Verdict Form, and Witness Lists.