LAW OFFICES OF VICKI I. SARMIENTO
Vicki I. Sarmiento (SBN 134047)
E-mail: vsarmiento@vis-law.com
333 North Garfield Avenue
Alhambra, California 91801
Tel: (626) 308-1171
Fax: (626) 308-1101

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

Attorneys for Plaintiff ARMAAN KARIM PREMJEE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAAN KARIM PREMJEE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; CHIEF CHARLIE BECK, DETECTIVE OSCAR GAMINO, DETECTIVE CARLA ZUNIGA, and DOES 1-10, inclusive,<br><br>　　　　　Defendants | Case No. 2:18-CV-04998-AB(RAOx)<br><br>Judge: Hon. André Birotte Jr.<br><br>**NOTICE OF LODGING AND LODGING [PROPOSED] AMENDED FINAL PRETRIAL CONFERENCE ORDER**<br><br>Trial Date: September 28, 2021<br>Time: 8:30 a.m.<br><br>Pretrial Conference: April 2, 2021 |

-1-
Case No. 2:18-CV-04998-AB(RAOx
NOTICE OF LODGING [PROPOSED] AMENDED PRETRIAL CONFERENCE ORDER

1    TO THIS HONORABLE COURT, PLEASE TAKE NOTICE THAT
2 Plaintiffs, by and through their counsel of record, hereby lodge the [Proposed] Joint
3 Final Pretrial Conference Order.

6 Dated: May 14, 2021          Respectfully submitted,

                              LAW OFFICES OF VICKI I. SARMIENTO
                              LAW OFFICES OF DALE K. GALIPO


                              *By:*  */s/ Vicki I. Sarmiento*
                                    VICKI I. SARMIENTO
                                    Attorneys for Plaintiff