LAW OFFICES OF VICKI I. SARMIENTO
A Professional Corporation
VICKI I. SARMIENTO, SBN 134047
333 North Garfield Avenue
Alhambra, California 91801
vsarmiento@vis-law.com
Telephone: (626) 308-1171
Facsimile : (626) 308-1101

LAW OFFICES OF DALE K. GALIPO
DALE K. GALIPO, SBN 144074
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
dalekgalipo@yahoo.com
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiff*, ARMAAN K. PREMJEE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAAN KARIM PREMJEE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; CHIEF CHARLIE BECK, DETECTIVE OSCAR GAMINO, DETECTIVE CARLA ZUNIGA, and DOES 1-10, inclusive.<br><br>Defendants. | Case No.: 2:18:-cv-04998-AB-(RAOx)<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

**TO THIS HONORABLE COURT:**

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff Armaan Premjee and Defendants City of Los Angeles, Detective Oscar Gamino, and Detective Carla Zuniga, by and through their attorneys of record, that the entire action be dismissed

with prejudice pursuant to FRCP Rule 41(a)(1)(A)(ii). All parties shall bear their own costs of suit and attorneys' fees.

**IT IS SO STIPULATED AND REQUESTED:**

Dated: September 23, 2021     LAW OFFICES OF DALE K. GALIPO
                              LAW OFFICES OF VICKI I. SARMIENTO


                              By:  */s/ Vicki I. Sarmiento*
                                    VICKI I. SARMIENTO
                                    Attorneys for Plaintiff


Dated: September 23, 2021     MICHAEL N. FEUER, City Attorney
                              JAMES CLARK, Chief Assistant City Attorney
                              CORY M. BRENTE, Supervising City Attorney


                              By:  */s/ Geoffrey R. Plowden*
                                   GEOFFREY R. PLOWDEN, Deputy City Attorney
                                   Attorneys for Defendants City of Los Angeles,
                                   Oscar Gamino and Carla Zuniga