# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAAN KARIM PREMJEE,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; CHIEF CHARLIE BECK, DETECTIVE OSCAR GAMINO, DETECTIVE CARLA ZUNIGA, and DOES 1-10, inclusive.<br><br>    Defendants. | Case No.: 2:18:-cv-04998-AB-(RAOx)<br><br>**[PROPOSED] ORDER GRANTING STIPUATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Having reviewed the parties' Stipulation to Dismiss Entire Action with Prejudice, IT IS HEREBY ORDERED, that this action, in its entirety, be dismissed with prejudice pursuant to FRCP Rule 41(a)(1)(A)(ii). All parties shall bear their own costs of suit and attorneys' fees.

**IT IS SO ORDERED.**

Dated: _____                                  _____
                                                        Honorable Andre Birotte, Jr.
                                                        United States District Court Judge