JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAAN KARIM PREMJEE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; CHIEF CHARLIE BECK, DETECTIVE OSCAR GAMINO, DETECTIVE CARLA ZUNIGA, and DOES 1-10, inclusive.<br><br>Defendants. | Case No.: 2:18:-cv-04998-AB (RAOx)<br><br>[PROPOSED] ORDER GRANTING STIPUATION TO DISMISS ENTIRE ACTION WITH PREJUDICE |

Having reviewed the parties' Stipulation to Dismiss Entire Action with Prejudice, **IT IS HEREBY ORDERED**, that this action, in its entirety, be **DISMISSED WITH PREJUDICE** pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).  All parties shall bear their own costs of suit and attorneys' fees.

**IT IS SO ORDERED.**

Dated: September 23, 2021

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE